Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

**FILED**
JUL 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

OSAHON OMOREGIE,

    Plaintiff,

vs.

BOARDWALK AUTO CENTER, INC. and
VW CREDIT LEASING, LTD. and
VOLKSWAGEN CREDIT, INC.,

    Defendants.

Case No. C07-03884 JCS

COMPLAINT

DEMAND FOR JURY TRIAL

1. **Jurisdiction.** This court has jurisdiction over this complaint because at least one claim arises under the laws of the United States and all claims in this complaint arise from a common nucleus of operative facts.

2. **Venue.** Venue is appropriate in this court because at least one of the defendants resides in this district, and a substantial amount of the acts giving rise to this lawsuit occurred in this district.

3. **Intradistrict Assignment.** This lawsuit should be assigned to the Oakland Division of this Court because a substantial part of the events which give rise to this lawsuit occurred in San Mateo County.

Complaint

4.  Plaintiff Osahon Omoregie ("Omoregie") is an African American of Nigerian national origin. On September 2, 2005, Omoregie was a graduate of Harvard University and a second-year law student at Stanford Law School.

5.  On September 2, 2005, at or about 3:00 p.m., at One Bair Island Road, Redwood City, San Mateo County, California, Omoregie entered into an agreement to lease a 2005 new Jetta Value Edition ("Jetta") from defendant Boardwalk Auto, Inc. ("Boardwalk") who immediately thereafter assigned the lease to defendants VW Credit Leasing, Ltd. and Volkswagen Credit, Inc. (together "Volkswagen"). Exhibit A is the lease agreement. Exhibit B describes the Jetta.

6.  On August 30, 2005, Omoregie obtained a quote for a promotional offer on a 2005 Nissan Altima 2.5s Automatic ("Altima") from another dealership. The offered rate was $199 per month. Exhibit C.

7.  On September 2, 2005, Omoregie arrived at Boardwalk's One Bair Island Road location to discuss the lease of an Altima at the promotional rate of $199 per month.

8.  After test driving an Altima, Omoregie test drove a Jetta and became interested in leasing a Jetta.

9.  While test driving the Jetta, Del El-Hassani ("El-Hassani"), an employee at Boardwalk, told Omoregie that he believed an offer similar to the Altima $199 per month offer was available for the Jetta through Volkswagen, however, El-Hassani indicated he was not entirely certain.

10. During the negotiation of the lease of the Jetta, Omoregie specifically asked Mourad Zemmama ("Zemmama"), an Assistant Sales Manager at Boardwalk, if a $199 per month promotional offer was available for the Jetta.

2

Complaint

1   11.   Zemmama, stated that he was unsure and would check with his manager, David
2   Horn, Boardwalk's General Manager.  Zemmama then left the room.
3   12.   On Zemmama's return, he stated that after consulting with his manager, he was
4   certain that a $199 per month promotional offer was not currently available for the Jetta and to
5   their knowledge no such promotional offer had ever existed for any Jetta.
6   13.   Zemmama then offered to lease Omoregie a Jetta for $299 a month.  As a result of
7   subsequent negotiations, Omoregie agree to lease a Jetta for $216 a month, subject to his not
8   being able to locate proof of a $199 per month promotional offer online with the use of a
9   Boardwalk computer.
10  14.   Omoregie then preformed a search for a $199 per month promotional offer with
11  the aid of a Boardwalk computer.  Omoregie was unable to find such an offer and subsequently
12  leased a Jetta for $216 per month.
13  15.   During the negotiation, Zemmama stated that after contacting Volkswagen
14  regarding Omoregie, Volkswagen had agreed to finance Omoregie's lease.  Zemmama then
15  provided Omoregie with a document regarding Volkswagen.  Exhibit D.
16  16.   On or about September 4, 2005, Omoregie learned that in fact a $199 per month
17  promotional offer was being offered for the Jetta on September 2, 2005 by Volkswagen for
18  which Omoregie would have been eligible.
19  17.   Exhibit E details the Jetta offer.  Exhibit E was provided to Omoregie by Sidi
20  Lalou, General Manager of Sales at Boardwalk, on or about November 18, 2005, during a
21  meeting.
22  18.   Boardwalk was in possession of Exhibit E, or a substantially similar document, on
23  September 2, 2005.

Complaint

1   19.   Omoregie is a responsible consumer and prior to September 2, 2005 had
2   maintained an excellent credit history with a high credit score. Omoregie's Experian credit
3   rating on August 29, 2005 was 774. Exhibit F.
4   20.   The effective annual periodic interest rate on Omoregie lease was 2.40%.
5   21.   The effective annual periodic interest rate on the promotional offer offered by
6   Volkswagen was 1.08%.
7   22.   The interest rate on Omoregie's lease was at a higher rate than was held out to
8   other similarly situated members of the public.
9   23.   Omoregie was qualified for the interest rate discussed in Paragraph 21.
10  24.   Omoregie was qualified for the $199 per month promotional offer on the Jetta
11  offered by Volkswagen.
12  25.   The difference in value of the $199 per month promotional offer offered by
13  Volkswagen and the lease Omoregie signed was $2461.95 (not accounting for time value).
14  26.   To date, Omoregie has incurred costs of $9453.95 under obligations imposed by
15  the lease.
16  27.   Boardwalk regularly extends or arranges for the extension of credit and thus is a
17  creditor under the Equal Credit Opportunity Act, 15 U.S.C. § 1691 (2007) ("ECOA").
18  28.   VW Credit Leasing, Ltd. and Volkswagen Credit, Inc. regularly extend or arrange
19  for the extension of credit and thus are creditors under the ECOA.
20  29.   **Count 1.** Boardwalk unlawfully discriminated against Omoregie with respect to a
21  credit transaction on the basis of Omoregie's race, color, or national origin in violation of the
22  ECOA.

Complaint

30. **Count 2.** Volkswagen unlawfully discriminated against Omoregie with respect to a credit transaction on the basis of Omoregie's race, color, or national origin in violation of the ECOA.

31. **Count 3.** Boardwalk fraudulently induced Omoregie into entering the lease described in Paragraph 5. The fraudulent statements were made by Zemmama as described in Paragraph 12.

32. **Count 4.** Volkswagen unlawfully aided and abetted in the fraudulent inducement of Omoregie into entering the lease described in Paragraph 5. The fraudulent statements were made by Zemmama as described in Paragraph 12. Volkswagen was aware, or had sufficient facts to put an ordinary prudent person on notice, that a fraud had been committed. Volkswagen enabled and received the fruits of that fraud.

33. **Prayer for relief.** Omoregie desires the recession of the lease agreement described in Paragraph 5. Omoregie desires compensatory damages in the amount of $9453.95. Omoregie desires that punitive damages be award against all three defendants for their violation of the ECOA to the statutory maximum of $10,000.00 per defendant for a total of $30,000.00. Omoregie desires that punitive damages be awarded against all three defendants for their fraud in the amount of no less than $1,000,000.00 per defendant for a total of no less than $3,000,000.00.

1
2
3
4
5
6
7

Respectfully submitted,

By: /s/ *[signature]*

42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Complaint

**Volkswagen Credit**
Contact us at (800) 428-4034

# CALIFORNIA
## MOTOR VEHICLE LEASE AGREEMENT



Exhibit A
2 pages
Redacted

| APPROVAL NO | LESSOR NAME AND BUSINESS ADDRESS | LESSEE(S) NAME AND GARAGING ADDRESS(ES) |
|---|---|---|
| BULLETIN NO (for internal use only) | | |
| LEASE DATE | DEALER NUMBER | COUNTY |

**Lessee Billing Address** (if different from above)
STREET ADDRESS, CITY, STATE, ZIP CODE AND COUNTY

**Primary Residential Address** (if different from above)
STREET ADDRESS, CITY, STATE, ZIP CODE AND COUNTY

"You" (the "Lessee" and "Co-Lessee" if applicable) agree to lease from Lessor the following Vehicle. If more than one Lessee executes this Lease, each Lessee will be individually liable for the entire amount owing under this Lease. Lessor will assign this Lease and leased Vehicle to VW Credit Leasing, Ltd. or its assignee (the "Holder").

### Description of Leased Vehicle

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE IDENTIFICATION NUMBER | ODOMETER READING | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ NEW | ☐ USED | ☐ DEMO |

Primary use of Vehicle is for Personal, Family or Household purposes unless the following box is checked: ☐ Primary use of Vehicle is for Business, Commercial or Agricultural purpose

### Description of Trade-in Vehicle or Other Property

YEAR    MAKE    MODEL
OTHER

Agreed-Upon Value of Vehicle ........ $
Agreed-Upon Value (Other): ........ + $
Amount Owed on Trade-in ........ − $
Net Trade-in Allowance ........ = $

## YOUR PAYMENT CALCULATIONS

**1 Amount Due at Lease Signing or Delivery** (Itemized below)*
$

**2 Monthly Payments**
A. Your first Monthly Payment of $ _____ is due _____ followed by _____ payments of $ _____ due on the _____ of each month, beginning on _____
B. The total of Your Monthly Payments is $ _____

**3 Other Charges** (Not part of Your Monthly Payment)
A. Turn-in Fee (if You do not purchase the Vehicle) $ _____
B. _____ $ _____
C. _____ Total $ _____

**4 Total of Payments** (The amount You will have paid by the end of the Lease)
$ _____
(Section 1 plus Section 2(B) plus Section 3(C) minus Section 5(A)(3) minus Section 5(A)(4))

---

**5 *Itemization of Amount Due at Lease Signing or Delivery**

A. Amount Due at Lease Signing or Delivery:
1. Capitalized Cost Reduction ........ $ _____
2. Taxes on Capitalized Cost Reduction ........
3. First Monthly Payment ........
4. Refundable Security Deposit ........
5. Acquisition Fee ........
6. Title Fees ........
7. Registration Fees ........
8. License Fees ........
9. Sales Tax ........
10. Documentary Fee ........
11. _____
12. _____
13. _____
14. _____
15. Total ........ ▶ $ _____

B. How the Amount Due at Lease Signing or Delivery will be Paid:
1. Net Trade-in Allowance ........ $ _____
2. Rebates and Noncash Credits ........
3. Amount to be Paid in Cash ........
4. Amount to be Paid by Credit Card ........
5. Total ........

**6 Your Monthly Payment is Determined as Shown Below:**

A. **Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ _____) and any items You pay over the Lease Term (such as taxes, fees, service contracts, insurance, and any outstanding prior credit or lease balance) ........ $ _____

B. **Capitalized Cost Reduction.** The amount of any Net Trade-in Allowance, Rebate, Noncash Credit, or Cash You pay that reduces the Gross Capitalized Cost ........ −

C. **Adjusted Capitalized Cost.** The amount used in calculating Your Base Monthly Payment ........ =

D. **Residual Value.** The value of the Vehicle at the end of the Lease used in calculating Your Base Monthly Payment ........ −

E. **Depreciation and any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term ........ =

F. **Rent Charge.** The amount charged in addition to the Depreciation and any Amortized Amounts ........ +

G. **Total of Base Monthly Payments.** The Depreciation and any Amortized Amounts plus the Rent Charge ........ =

H. **Lease Payments.** The number of payments in Your Lease [the number of months in Your Lease ; Lease Term)] ........ ÷

I. **Base Monthly Payment** ........ =

J. **Monthly Sales Use Tax** ........ +

K. _____

L. **Total Monthly Payment** ("Monthly Payment") ........ = $ _____

**Early Termination.** You may have to pay a substantial charge if You end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier You end the Lease, the greater this charge is likely to be.

**7 Excessive Wear and Use.** You may be charged for Excessive Wear based on our standards for normal use and for mileage in excess of _____ miles for the Lease Term with a maximum odometer reading of _____ at a rate of $ _____ per mile. You will not receive a credit or rebate if You drive the Vehicle for less mileage than allowed. ☐ If box is checked, above mileage includes _____ miles over the Lease Term purchased at $0 _____ per mile, which is included in Your Monthly Payment.    X _____    X _____
LESSEE INITIALS    CO-LESSEE INITIALS

**8 Purchase Option at End of Lease Term.** You have an option to purchase the Vehicle at the end of the Lease Term for a Purchase Option Amount of $ _____ plus a Purchase Option Fee of $ _____ plus all amounts You owe under the Lease, plus any official fees and taxes imposed in connection with the purchase of the Vehicle.

**9 Other Important Terms.** See the front and back of this Lease for additional information on early Termination, Purchase Options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

## 10 Itemization of Gross Capitalized Cost

A. Agreed Upon Value of Vehicle at Lease Signing ............... $ _____
B. Agreed Upon Value of Accessories and Optional Equipment
   to be Added After Lease Signing.
   ............................................................ $ _____
   ............................................................ $ _____
   ............................................................ $ _____
   ............................................................ $ _____
   ............................................................ $ _____
   ............................................................ $ _____
   ............................................................ $ _____
   ............................................................ $ _____
C. Premiums for Insurance Policies
   ............................................................ $ _____
   ............................................................ $ _____
D. Service Contracts:
   ............................................................ $ _____
   ............................................................ $ _____
E. Charge for Optional Debt Cancellation ........................ $ N/A
F. Outstanding Prior Credit or Lease Balance .................... $ _____
G. Acquisition Fee ............................................. $ _____
H. Sales Tax .................................................. $ _____
I. Initial License, Title and Registration Fees ................ $ _____
J. Documentary Fee (Not a Government Fee) ...................... $ _____
K. Other: 
   ............................................................ $ _____
   ............................................................ $ _____
L. **Gross Capitalized Cost** ................................. $ _____

## 11 Estimated Official Fees and Taxes.
The total estimated amount You will pay during the Lease Term for official fees, vehicle registration, certificate of title, license fees and taxes, including personal property tax, whether included with Your Monthly Payment or assessed otherwise, is $ _____. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the Vehicle at the time a fee or tax is assessed.

## 12 Service Contract.
Although You are not required to do so, You agree to purchase a contract for certain services and repairs of the Vehicle, if initialed below. The term of this protection will be _____ months from the Lease Date or from the date of Vehicle delivery or until the Vehicle's odometer shows _____ miles, whichever occurs first. If You have decided to purchase this protection, You have reviewed the terms of the contract which describe the details of this protection and understand a copy of the completed contract will be sent to You as soon as practicable.

NAME AND ADDRESS OF SERVICE CONTRACT PROVIDER

You choose to purchase a Service Contract for $ _____ and pay for it during the Lease Term as part of the Monthly Payment, or You have paid cash for the Service Contract.

X _____  X _____
  LESSEE INITIALS    CO-LESSEE INITIALS

## 13 Warranties.
This Vehicle is covered by a limited warranty or extended warranty if indicated below.
☐ Standard New Vehicle Limited Warranty provided by the manufacturer.
☐ Used Vehicle Limited Warranty provided by the manufacturer
☐ Remainder of Standard New Vehicle Limited Warranty provided by the manufacturer (if used Vehicle)
☐ _____

You acknowledge that You are leasing the Vehicle from Lessor "AS-IS" EXCEPT AS EXPRESSLY PROVIDED UNDER THIS LEASE. LESSOR MAKES NO PROMISE AS TO THE MERCHANTABILITY, SUITABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF THE VEHICLE. This means that there is no promise that the Vehicle will be fit for use for any particular purpose or even that it will be fit for the normal purpose for which a vehicle is used.

## 14 Insurance Verification.
You must maintain the insurance coverage described in the Vehicle Insurance paragraph. You affirm that such insurance is in force on the date of this Lease. Insurance details are as follows:
My Insurance Company ▮▮▮▮▮▮▮▮▮
Policy Number ▮▮▮▮▮▮▮▮▮
Effective Date _____ Expiration Date _____
Agent's Name ▮▮▮▮▮▮▮▮▮
Agent's Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Phone Number ▮▮▮▮▮▮▮▮▮
Initials of Dealer Employee who verified insurance coverage X _____
Agency Contact Name and Title _____
You must instruct your Agent to send the Policy, Endorsement or Certificate to

VOLKSWAGEN CREDIT, P.O. BOX 650300, COCKEYSVILLE, MD 21065-0300

## 15 Other Agreements Between You and Lessor.
This space is provided by Lessor to memorialize trade-in, turn-in and other agreements with You that are not documented elsewhere in the Lease. Except as provided below, You agree that there are no other agreements between You and Lessor relating to the Lease.

You have the right to return the Vehicle, and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by You.

**THERE IS NO COOLING OFF PERIOD**
California law does not provide for a "cooling off" or other cancellation period for vehicle leases. Therefore, You cannot later cancel this Lease simply because You change Your mind, decided the Vehicle costs too much, or wish You had acquired a different Vehicle. You may cancel this Lease only with the agreement of the Lessor or for legal cause, such as fraud.

Notice to Lessee: (1) Do not sign this Lease before You read it or if it contains any blank spaces to be filled in; (2) You are entitled to a completely filled in copy of this Lease; (3) Warning - Unless a charge is included in this Lease for public liability or property damage insurance, payment for that coverage is not provided by this Lease.

**You acknowledge that You have read this Lease and have been given a filled in copy of this Lease at the time of signing.**

**LESSEE SIGNATURE(S)**
LESSEE SIGNATURE (INCLUDE TITLE IF BUSINESS)            CO-LESSEE SIGNATURE
X                                                       X

This form is designed to comply with existing law as of the date printed at the top right of this form. Changes to the law may render this form obsolete. Before using this form, contact Volkswagen Credit to determine if a new form is available.

**LESSOR SIGNATURE**
The authorized signature of the Lessor has the effect of: (1) Accepting the terms and conditions of this Lease, and (2) Assigning to Holder as indicated in the assignment below all rights, title and interest in and to the Vehicle and this Lease, including all amounts to become due under it, subject to the provisions of the Direct Lease Finance Plan Agreement between Lessor and Holder.

LESSOR                  AUTHORIZED REPRESENTATIVE       TYPE PRINT NAME OF AUTHORIZED REPRESENTATIVE
                        X

**GUARANTY**
The undersigned unconditionally guarantees payment to Holder of all liabilities and indebtedness of the above Lessee under the terms of this Lease and full performance under the terms of this Lease. Holder shall not be required to exhaust any recourse or take any action against Lessee before being entitled to payment by the undersigned of all amounts hereby guaranteed. If Lessee defaults, Holder shall have the right to approve any extensions, renewals, modifications or compromises of any indebtedness, liability or obligation under the terms of this Lease without waiving its rights against the undersigned. The undersigned agrees to pay all expenses (including, but not limited to, attorneys' fees and legal expenses) incurred by Holder if it has to enforce this Guaranty. The undersigned acknowledges having received a copy of this Lease.

GUARANTOR (PRINT NAME)           SIGNATURE                          DATE
                                 X
STREET             CITY                    STATE    ZIP CODE    TELEPHONE NUMBER
                                                                (    )

**THIS LEASE CONTINUES ON THE REVERSE SIDE. PLEASE READ BOTH SIDES FOR TERMS AND CONDITIONS.**

# 2005 new JETTA Value Edition

Exterior: Platinum Gray     Interior: Velour Anthracite

**Exhibit B**

**Manufacturer's Suggested Retail Price:**  $17,900.00

## STANDARD FEATURES (unless replaced by options)

### PERFORMANCE/HANDLING
- 2.5 liter, 150 horsepower, 170 lbs-ft torque, in-line 5 cylinder engine, Partial Zero Emissions Vehicle
- Front wheel drive
- Electro-mechanical power steering
- Independent strut front suspension
- Multilink independent rear suspension
- Anti-Slip Regulation (ASR)
- Electronic Differential Lock (EDL)
- Anti-lock Braking System (ABS)
- 195/65/R15 H, all season tires

### SAFETY/DURABILITY
- Driver and front passenger front airbag supplemental restraint system
- Driver and front passenger side airbag supplemental restraint system
- Side Curtain Protection (TM) head airbags, front and rear
- 3-point safety belts, all seating positions
- Lower Anchors and Tethers for CHildren (LATCH)
- Child safety rear door locks
- Daytime running lights
- Height adjustable front safety belts
- Adjustable active front seat head restraints
- Side protection beams
- Front and rear power assisted disc brakes

### COMFORT/CONVENIENCE
- Air conditioning, CFC-free with pollen and dust filter
- Cruise control
- Power windows with pinch protection
- Folding key with remote keyless locking
- Power/heatable outside mirrors
- Height adjustable, telescoping steering column
- Center armrest with storage
- Adjustable intermittent front wipers
- Front and rear carpeted floor mats
- Adjustable height and lumbar for front seats
- Split folding rear seat w/ valet lockout
- Dual front visor vanity mirrors
- Front and rear reading lights
- Remote release for fuel filler flap
- Remote release for trunk w/ valet lockout
- Power central locking system

### SPECIAL FEATURES AT NO CHARGE
- 15" steel wheels with full wheel covers
- In-dash, single CD player
- Anti-theft alarm system for vehicle and radio
- Immobilizer theft deterrent system

### WARRANTY INFORMATION
- Volkswagen New Vehicle Limited Warranty 4 years/50,000 miles (whichever occurs first)
- Powertrain Limited Warranty 5 years/60,000 miles (whichever occurs first)
- Limited Warranty against Corrosion Perforation 12 years/unlimited mileage
    Please ask your dealer for a copy of the Volkswagen warranty booklet for details.

### ROADSIDE ASSISTANCE
- 4 years/unlimited mileage
- Provided by a third party supplier

### PACKAGES/OPTIONS
| | |
|---|---|
| Platinum Gray | No Charge |
| Velour Anthracite | No Charge |
| Splash Guards (Set Of 4) | $160.00 |
| 5 Speed Manual Transmission | No Charge |

Destination Charge     $615.00

 Volkswagen Credit

better to get you into a Volkswagen than us?

**Total Price:**  $18,675.00
Fuel, license, title fees, taxes and dealer installed accessories are not included.

**Osahon Omoregie**

| | |
|---|---|
| From: | Falore Nissan - SRIKAR REDDY [sreddy@users.ccleads.com] |
| Sent: | Tuesday, August 30, 2005 11:47 AM |
| To: | Osahon Omoregie |
| Subject: | Re: Your New Vehicle Purchase Request |

Exhibit C
2 pages

Hi Osahon...

Right now we have a Special on leasing 2005 Altima 2.5s Autoamtic.

Here are the details....

Drive off $1999 which includes first month payment.

$199+tax monthly payment for 24 months.

Roughly your payment with tax would be $216 per month and it is 12000 miles per year lease.

This lease offer may end tommorrow, this is special lease from Nissan for 24 months only.


Any questions let me know.

You can reach me on 408-735-6888 or 408-234-4624(cell)

Thanks

REDDY



-----Original Message-----
From: Osahon Omoregie
Sent: August 30, 2005 10:39:45 AM PDT
To: Falore Nissan - SRIKAR REDDY
Subject: Re: Your New Vehicle Purchase Request

Hello Srikar,

Thank you very much for your email. I am actually interested in quotes on how much it would cost to lease this car for either 24 or 36 months. Could you please tell me how much I would need to put down and how much I would then have to pay each month including all applicable fees and tax. I am planning on purchasing a car tomorrow (either an Altima or a comprable care, i.e., Civic or Corolla) and I would like to determine which dealerships to visit, so your quote would be very helpful. If it helps to determine the quotes my credit rating is 774 on Experian. Please let me know as soon as possible so I can plan accordingly.

Thank you very much.

1

Osahon Omoregie

*Falore Nissan - SRIKAR REDDY* <                    > wrote:

Dear Osahon,

Thank you for your interest in our new 2005 Nissan Altima, here at Falore Nissan. My name is SRIKAR REDDY and I am the Fleet Manager. We are committed to providing our Internet consumers with a simple, efficient and enjoyable shopping experience. Moreover, here at Falore Nissan you can be assured of receiving the premier service in the Sunnyvale area.

The Altima that you requested is in stock. Our Internet sale price for that vehicle is $$17995+Fees (After Rebate) plus all applicable taxes and fees as required by law.

When would be the best time for you to see and test drive this vehicle:
Today or tomorrow?
Morning or afternoon?
Appointment time?
Location (dealership/home/office)?

Please let me know at your earliest convenience (via e-mail or phone). Also, please include the two most convenient phone numbers to reach you at so I can reconfirm this appointment. If I have not heard from you by the end of business today, I will try to touch base prior to leaving the dealership.

Once again, thank you for your inquiry and for choosing Falore Nissan.

Sincerely,
SRIKAR REDDY
Fleet Manager
408-735-6888

```
SEP 2, 2005   TITLING INFORMATION            Store 01 FANDI01    RT 5009  TITL
-------------------------------------------------------------------------------
   1   COMPANY NAME         VW CREDIT INC.
   2      ADDRESS           1401 FRANKLIN BLVD
   3      CITY              LIBERTYVILLE
   4      STATE             IL           5 ZIP 60048
   6      COUNTY

   7   TITLING NAME         VOLKSWAGEN CREDIT
   8      ADDRESS           1401 FRANKLIN BLVD.
   9      CITY              LIBERTYVILLE
  10      STATE             IL          11 ZIP 60048
  12      COUNTY

  13   TITLING LIEN NAME    VOLKSWAGEN CREDIT
  14      ADDRESS           1401 FRANKLIN BLVD.
  15      CITY              LIBERTYVILLE
  16      STATE             IL          17 ZIP 60048
  18      COUNTY


(LINE#)(M=MODIFY)(F3=PREV)(F4=NEXT)
SHIFT F1=FKEYS
```

**Exhibit D**

**Exhibit E**

**MY2005 new Jetta Sedan**
**Available Leases - July 6 - Sept. 6, 2005**

| | new Jetta Value Edition | | new Jetta 2.5L | | new Jetta 2.5L with Package 1 | | new Jetta 2.5L with Package 2 | |
|---|---|---|---|---|---|---|---|---|
| | 49 State | New York | 49 State | New York | 49 State | New York | 49 State | New York |
| MSRP (Base) | $17,900.00 | $17,900.00 | $20,390.00 | $20,390.00 | $22,350.00 | $22,350.00 | $25,050.00 | $25,050.00 |
| Automatic Transmission | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Destination Charges | $615.00 | $615.00 | $615.00 | $615.00 | $615.00 | $615.00 | $615.00 | $615.00 |
| Total MSRP | $18,515.00 | $18,515.00 | $21,005.00 | $21,005.00 | $22,965.00 | $22,965.00 | $25,665.00 | $25,665.00 |
| Customer Down Payment | $1,070.00 | $1,070.00 | $1,170.00 | $1,170.00 | $1,170.00 | $1,170.00 | $1,170.00 | $1,170.00 |
| *Invoice* | *$17,049.00* | *$17,049.00* | *$18,779.00* | *$18,779.00* | *$20,569.00* | *$20,569.00* | *$23,036.00* | *$23,036.00* |
| VCI Lease Bonus | $450.00 | $450.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| *Memo Available Gross* | *$851.00* | *$851.00* | *$1,611.00* | *$1,611.00* | *$1,781.00* | *$1,781.00* | *$2,014.00* | *$2,014.00* |
| Dealer Discount | $86.66 | $86.66 | $700.05 | $700.05 | $926.58 | $926.58 | $1,152.27 | $1,152.27 |
| Capitalized Cost | $16,908.34 | $16,908.34 | $18,384.95 | $18,384.95 | $20,118.42 | $20,118.42 | $22,592.73 | $22,592.73 |
| RV % 12K | 55% | 55% | 54% | 54% | 54% | 54% | 54% | 54% |
| Residual Value $ | $10,183.25 | $10,183.25 | $11,342.70 | $11,342.70 | $12,401.10 | $12,401.10 | $13,859.10 | $13,859.10 |
| Term | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 |
| Program Rate | 0.00045 | 0.00045 | 0.00045 | 0.00045 | 0.00045 | 0.00045 | 0.00045 | 0.00045 |
| **Monthly Payment** | **$199.00** | **$199.00** | **$209.00** | **$209.00** | **$229.00** | **$229.00** | **$259.00** | **$259.00** |
| Total Monthly Payments | $7,164.00 | $7,164.00 | $7,524.00 | $7,524.00 | $8,244.00 | $8,244.00 | $9,324.00 | $9,324.00 |
| Down payment | $1,070.00 | $1,070.00 | $1,170.00 | $1,170.00 | $1,170.00 | $1,170.00 | $1,170.00 | $1,170.00 |
| 1st month payment | $199.00 | $199.00 | $209.00 | $209.00 | $229.00 | $229.00 | $259.00 | $259.00 |
| Security Deposit | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Acquisition fee | $575.00 | $800.00 | $575.00 | $800.00 | $575.00 | $800.00 | $575.00 | $800.00 |
| Total due at signing | $1,844.00 | $2,069.00 | $1,954.00 | $2,179.00 | $1,974.00 | $2,199.00 | $2,004.00 | $2,229.00 |

Excludes tax, title, license and other fees

29-Jun-05

**EXHIBIT F**
**2 pages**
**Redacted**

# YOUR CREDIT REPORT

**Name:** Omoregie, Osahon
**Address:** ▮▮▮
**City, State Zip:** ▮▮▮

**Report #:** ▮▮▮                                             **Date Of Report:** 2005-08-29

## CREDIT INFORMATION

**Account:** ▮▮▮  **Acct #:** ▮▮▮  **Type:** ▮▮▮

| Bureau | Tradeline Type | Date Open | High Limit | Mo. Pmnt. | Acct. Bal. | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| EFX | | | | | | | | |
| XPN | | | | | | | | |
| TUC | | | | | | | | |

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| EFX | | | | 2004-04 | |
| XPN | 0 | 0 | 0 | 2002-12 | |
| TUC | 0 | 0 | 0 | 2004-04 | |

**Comments:** ▮▮▮

**Account:** ▮▮▮  **Acct #:** ▮▮▮  **Type:** ▮▮▮

| Bureau | Tradeline Type | Date Open | High Limit | Mo. Pmnt. | Acct. Bal. | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| EFX | | | | | | | | |
| XPN | | | | | | | | |
| TUC | | | | | | | | |

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| EFX | | | | 1999-12 | |
| XPN | 0 | 0 | 0 | 2002-12 | |
| TUC | 0 | 0 | 0 | 2000-08 | |

**Comments:** ▮▮▮

**Account:** ▮▮▮  **Acct #:** ▮▮▮  **Type:** ▮▮▮

| Bureau | Tradeline Type | Date Open | High Limit | Mo. Pmnt. | Acct. Bal. | Last Reported | Account Status | Amount Past Due |
|---|---|---|---|---|---|---|---|---|
| EFX | | | | | | | | |
| XPN | | | | | | | | |
| TUC | | | | | | | | |



## CREDIT SCORES

### Your **Equifax** Credit Score



150                                                                 930

**Your Credit Score Factors**

- Too many active accounts with balance
- Length of time accounts have been established is too short
- Total balance of personal finance accounts is too high
- Not enough bank installment debt experience

### Your **Experian** Credit Score



150                                                                 930

**Your Credit Score Factors**

- Too many active accounts with balance
- Length of time accounts have been established is too short
- Not enough bank installment debt experience
- Installment account balances too high in proportion to credit limits