**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BOARDWALK AUTO CENTER, INC., ET AL.,<br><br>    Defendant(s). | Case No. 07-03884 JCS<br><br>**ORDER DESIGNATING CASE FOR E-FILING AND GRANTING PLAINTIFF'S MOTION TO E-FILE [Docket No. 5]** |

Having been advised by plaintiff that he is willing and able to participate in the Court's Electronic Case Filing (ECF) Program, and pursuant to Civil Local Rule 5-4 and General Order No. 45, **IT IS HEREBY ORDERED** that Osahon Omoregie v. Boardwalk Auto Center, Inc., et al., Case No. C07-3884 JCS, is designated to the ECF Program. Plaintiff will register as an e-filer within ten days of the date of this order, and thereafter comply with all rules regarding e-filing. Please consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete instructions for e-filing.

IT IS HEREBY FURTHER ORDERED that Plaintiff's Motion to E-file is GRANTED.

Dated: August 22, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge