Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>               Plaintiff,<br><br>vs.<br><br>BOARDWALK AUTO CENTER, INC. and<br>VW CREDIT LEASING, LTD. and<br>VW CREDIT, INC.,<br><br>               Defendants. | Case No. <u>07-cv-03884-JCS</u><br><br>REQUEST FOR ENTRY<br>OF DEFAULT AGAINST<br>DEFENDANT BOARDWALK<br>AUTO CENTER, INC. |

    1.    To the Clerk of the United States District Court for the Northern District of California:

    2.    Plaintiff Osahon Omoregie requests that the Clerk enter the default of Defendant Boardwalk Auto Center, Inc. for failure to respond to the First Amended Complaint as provided by Rule 15(a) and 55(a) of the Federal Rules of Civil Procedure.

    3.    This request is based on the attached declaration of Osahon Omoregie, which shows the following:

    4.    (1) The Defendant was served with the First Amended Complaint pursuant to Rule 5(a) of the Federal Rules of Civil Procedure on August 14, 2007, as evidenced by the certificate of service on file with this court.

    5.    (2) The Defendant has failed to respond to the First Amended Complaint.

    6.    (3) The applicable time limit for responding has expired.

DATED: September 3, 2007

By: s// Osahon Omoregie

Pro Se