

EXHIBIT B



**Osahon Omoregie <oomoregie@gmail.com>**

# USPS Shipment Info for 0306 2400 0001 ▮▮▮▮

**U.S._Postal_Service_ <U.S._Postal_Service@usps.com>**     **Fri, Aug 17, 2007 at 8:08 PM**
To: oomoregie@gmail.com

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 0306 2400 0001 ▮▮▮▮

Service Type: DELIVERY CONFIRMATION

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | REDWOOD CITY CA 94063 | 08/17/07 10:07am |
| Acceptance | NEW ROCHELLE NY 10804 | 08/14/07 4:27pm |

Reminder: Track & Confirm by email

Date of email request: 08/17/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfags.htm