Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>                Plaintiff,<br><br>vs.<br><br>BOARDWALK AUTO CENTER, INC. and<br>VW CREDIT LEASING, LTD. and<br>VW CREDIT, INC.,<br><br>                Defendants. | Case No. <u>07-cv-03884-JCS</u><br><br>DECLARATION OF OSAHON OMOREGIE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS VW CREDIT LEASING, LTD. AND VW CREDIT, INC. |

1. I, Osahon Omoregie, declare as follows:

2. I am the Plaintiff in this action.

3. On August 14, 2007 VW Credit Leasing, Ltd. and VW Credit, Inc. were properly served with the First Amended Complaint in this action in accordance with Rule 5(a) of the Federal Rules of Civil Procedure, as evidenced by the certificate of service on file with this Court, a true and correct copy of which is attached to this declaration as Exhibit A.

4. Exhibit B is a record sent to me by the United States Postal Service. This record shows that the First Amended Complaint was sent to VW Credit Leasing, Ltd. on August 14, 2007 and received by VW Credit Leasing, Ltd. on August 16, 2007.

5. Exhibit C is a record sent to me by the United States Postal Service. This record shows that the First Amended Complaint was sent to VW Credit, Inc. on August 14, 2007 and received by VW Credit, Inc. on August 17, 2007.

6. VW Credit Leasing, Ltd. and VW Credit, Inc. have failed to serve or file responses to the First Amended Complaint.

7. The applicable time limit for responding to the First Amended Complaint has expired, as follows: VW Credit Leasing, Ltd. and VW Credit, Inc. were required to respond to the First Amended Complaint by September 4, 2007, but has failed to do so. The time to respond to the First Amended Complaint has not been extended by any agreement of the parties or any order of the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2007.

By: s// Osahon Omoregie

Pro Se