Case 3:07-cv-03884-PJH     Document 13-3     Filed 09/05/2007     Page 1 of 1



EXHIBIT B



**Osahon Omoregie <oomoregie@gmail.com>**

# USPS Shipment Info for 0306 2400 0001 ▮▮▮▮▮▮▮▮

**U.S._Postal_Service_ <U.S._Postal_Service@usps.com>**     Fri, Aug 17, 2007 at 7:54 AM
To: oomoregie@gmail.com

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 0306 2400 0001 ▮▮▮▮▮▮▮▮

Service Type: DELIVERY CONFIRMATION

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WILMINGTON DE 19899 | 08/16/07  7:54am |
| Acceptance | NEW ROCHELLE NY 10804 | 08/14/07  4:28pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm