1  STROOCK & STROOCK & LAVAN LLP
   LISA M. SIMONETTI (State Bar No. 165996)
2  BRIAN C. FRONTINO (State Bar No. 222032)
3  2029 Century Park East
   Los Angeles, California 90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
7     VW CREDIT LEASING, LTD., and
      VW CREDIT, INC. a\k\a
8     VOLKSWAGEN CREDIT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE, ) | **Case No. C 07-03884 (JCS)** |
| ) | |
| Plaintiff(s), ) | |
| ) | **DECLINATION TO PROCEED** |
| vs. ) | **BEFORE A MAGISTRATE JUDGE** |
| ) | **AND REQUEST FOR** |
| BOARDWALK AUTO CENTER, INC. ) | **REASSIGNMENT TO A UNITED** |
| and VW CREDIT LEASING LTD. And ) | **STATES DISTRICT JUDGE** |
| VOLKSWAGEN CREDIT, INC. ) | |
| ) | |
| Defendant(s). ) | |

50369480

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

2      The undersigned party hereby declines to consent to the assignment of this
3  case to a United States Magistrate Judge for trial and disposition and hereby requests
4  the reassignment of this case to a United States District Judge.

6  Dated: September 5, 2007        STROOCK & STROOCK & LAVAN LLP
                                                      LISA M. SIMONETTI
                                                    BRIAN C. FRONTINO

                                     By:      /s/ Brian C. Frontino
                                                  Brian C. Frontino

                                   Attorneys for Defendant
                                     VW CREDIT LEASING, LTD., and
                                     VW CREDIT, INC., a/k/a
                                     VOLKSWAGEN CREDIT, INC.

---

50369480

- 1 -

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On September 5, 2007, I served the foregoing document(s) described as: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Osahon Omoregie
> 42 Otsego Avenue
> New Rochelle, NY 10804
> Telephone: (917) 805-8309
> Facsimile: (413) 803-5514
> oomoregie@gmail.com

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☒ **(VIA ELECTRONIC MAIL DELIVERY)** By causing the above listed document(s) to be delivered to the person(s) at the email address(es) set forth above.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 5, 2007, at Los Angeles, California.

|   Dino Shorté   |   /s/ Dino Shorté   |
|---|---|
| [Type or Print Name] | [Signature] |