**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

September 12, 2007

General Court Number
415.522.2000

RE:  <u>CV 07-03884 PJH, OSAHON OMOREGIE-v- BOARDWALK AUTO CENTER, INC., ET AL.</u>

Default is declined as to Defendants Boardwalk Auto Center, Inc., VW Credit Leasing, Ltd. and VW Credit, Inc. on September 12, 2007.

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  <u>Felicia Reloba</u>
Case Systems Administrator