# Exhibit A

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Thursday, August 02, 2007 8:51 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 7005 3110 0002 6685 2956 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7005 3110 0002 6685 2956

Service Type: Certified

```
Shipment Activity       Location                                    Date & Time
-------------------------------------------------------------------------------
Delivered               WILMINGTON DE 19801                         08/02/07  9:45am

Notice Left             WILMINGTON DE 19899                         08/02/07  9:02am

Arrival at Unit         WILMINGTON DE 19801                         08/02/07  8:46am

Acceptance              STANFORD CA 94305                           07/31/07 11:49am
```

Reminder: Track & Confirm by email

Date of email request:  08/01/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Thursday, August 02, 2007 8:50 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 7005 3110 0002 6685 2949 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7005 3110 0002 6685 2949

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | LOS ANGELES CA 90017 | 08/02/07 10:27am |
| Arrival at Unit | LOS ANGELES CA 90057 | 08/02/07  5:37am |
| Acceptance | STANFORD CA 94305 | 07/31/07 11:49am |

Reminder: Track & Confirm by email

Date of email request:  08/01/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Thursday, August 02, 2007 8:10 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 7005 3110 0002 6685 2932 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7005 3110 0002 6685 2932

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | REDWOOD CITY CA 94063 | 08/02/07 10:58am |
| Refused | REDWOOD CITY CA 94063 | 08/02/07 10:57am |
| Acceptance | STANFORD CA 94305 | 07/31/07 11:51am |

Reminder: Track & Confirm by email

Date of email request:  08/01/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm



Date: 08/03/2007

Osahon Omoregie:

The following is in response to your 08/01/2007 request for delivery information on your Certified item number 7005 3110 0002 6685 2932. The delivery record shows that this item was delivered on 08/02/2007 at 10:58 AM in REDWOOD CITY, CA 94063. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service