# Exhibit B

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Friday, August 10, 2007 9:06 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 7006 2150 0001 2220 4387 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7006 2150 0001 2220 4387

Service Type: Certified

```
Shipment Activity        Location                                      Date & Time
-------------------------------------------------------------------------------
Refused                  REDWOOD CITY CA 94063                         08/10/07 10:17am

Acceptance               NEW ROCHELLE NY 10804                         08/06/07  4:52pm
```

Reminder: Track & Confirm by email

Date of email request:  08/10/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm