# Exhibit C



Handle with Care

TO:

Jamie G. Kopf
Agent for Service of Process
Boardwalk Auto Center
1 Bair Island Rd.
Redwood City, Ca 94063

Refused

U.S. POSTAGE
PALO ALTO, CA
94305
JUL 31 07
AMOUNT
$5.31
0003 1403-04

94063

UNITED STATES
POSTAL SERVICE

7005 3110 0002 6685 2932

48 Otego Ave,
New Rochelle, NY
10804

3M
Scotch
Bubble Mailer