# Exhibit D

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Osahon Omoregie<br>42 Otsego Ave.<br>New Rochelle, NY 10804<br>*Telephone No:* 917 805-8309          *FAX No:* 413 803-5514<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

| | |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES DISTRICT COURT

*Plaintiff:* Osahon Omoregie

*Defendant:* Boardwalk Auto Center, Inc., etal

| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07-03884 JCS |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; Complaint/Demand for Jury Trial

3. *a. Party served:*  Boardwalk Auto Center
   *b. Person served:*  party in item 3.a. by serving Jeff Seife, General Manager

4. *Address where the party was served:*  One Bair Island Road
   Redwood City, CA

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 08, 2007 (2) at: 3:15PM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

*7. Person Who Served Papers:*
   a. Sylvia P. Doneza
   **b. S&R Services**
      851 Cherry Avenue #27-105
      San Bruno, CA 94066
   c. (650) 794-1923, FAX (650) 794-1943

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $80.00
   e. I am: (3) registered California process server
      *(i)* Owner
      *(ii) Registration No.:*    672
      *(iii) County:*    San Francisco
      *(iv) Expiration Date:*    Sat, Dec. 06, 2008

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Aug. 08, 2007

PROOF OF SERVICE
SUMMONS

(Sylvia P. Doneza)

osomo.1081