# Exhibit E

CT
a Wolters Kluwer business

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

213/627 8252 tel
www.ctlegalsolutions.com

August 03, 2007

Osahon Omoregie
42 Ostego Ave,
New Rochelle, NY  10804

Re:  Osahon Omoregie, Pltf.. vs. Boardwalk Ato Center, Inc., et al. including Volkswagen Credit, Inc., Dfts.

Case No.  C0703884

Dear Sir/Madam:

We are herewith returning the Notice(s), Waiver, Complaint, Exhibits, Attachment(s), Order Settin Initial Case Management Conference which we received regarding the above captioned matter.

Volkswagen Credit, Inc. is not listed on our records or on the records of the State of CA.

Very truly yours,


Jere Keprios
Senior Process Specialist

Log# 512462365

cc:  California, U.S. District Court, Northern