# Exhibit H

## CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was made upon the following defendants, not known to have counsel, via U.S. mail on the 14th day of August, 2005.

Boardwalk Auto Center, Inc.
Jamie G. Kopf
Agent for Service of Process
1 Bair Island Rd.
Redwood City, CA 94063

VW Credit Leasing, Ltd.
Wilmington Trust Company
Registered Agent
Rodney Square North
1100th N. Market Street
Wilmington, DE 19890

VW Credit, Inc.
C T Corporation System
Agent for Service of Process
818 West Seventh St
Los Angeles, CA 90017

*/s/ Osahon Omoregie*

Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

FIRST AMENDED COMPLAINT