UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| OSAHON OMOREGIE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-cv-03884 PJH |
| | ) | |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| BOARDWALK AUTO CENTER, INC. and | ) | |
| VW CREDIT LEASING, LTD. and | ) | |
| VW CREDIT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff having shown that on September 5, 2007, Defendants Boardwalk Auto Center, Inc., VW Credit Leasing, Ltd., and VW Credit, Inc. were in default, pursuant to Fed. R. Civ. P. 55(a), IT IS HEREBY ORDERED that the Clerk of this Court will enter defaults against said defendants.

IT IS FURTHER ORDERED that each of these defendants will show cause why these defaults should be set aside by _____, 2007.

It is so ordered this _____ day of _____, 2007

_____
Phyllis J. Hamilton
United States District Court Judge