# Exhibit A

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Thursday, August 02, 2007 8:51 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 7005 3110 0002 6685 2956 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7005 3110 0002 6685 2956

Service Type: Certified

```
Shipment Activity        Location                                     Date & Time
-------------------------------------------------------------------------------
Delivered                WILMINGTON DE 19801                          08/02/07  9:45am

Notice Left              WILMINGTON DE 19899                          08/02/07  9:02am

Arrival at Unit          WILMINGTON DE 19801                          08/02/07  8:46am

Acceptance               STANFORD CA 94305                            07/31/07 11:49am
```

Reminder: Track & Confirm by email

Date of email request:  08/01/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

1

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Thursday, August 02, 2007 8:50 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 7005 3110 0002 6685 2949 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7005 3110 0002 6685 2949

Service Type: Certified

```
Shipment Activity       Location                                    Date & Time
-------------------------------------------------------------------------------
Delivered               LOS ANGELES CA 90017                        08/02/07 10:27am

Arrival at Unit         LOS ANGELES CA 90057                        08/02/07  5:37am

Acceptance              STANFORD CA 94305                           07/31/07 11:49am
```

Reminder: Track & Confirm by email

Date of email request:  08/01/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm