# Exhibit F

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Friday, August 17, 2007 7:54 AM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 0306 2400 0001 4683 8551 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 0306 2400 0001 4683 8551

Service Type: DELIVERY CONFIRMATION

```
Shipment Activity      Location                                     Date & Time
-------------------------------------------------------------------------------
Delivered              WILMINGTON DE 19899                          08/16/07   7:54am

Acceptance             NEW ROCHELLE NY 10804                        08/14/07   4:28pm

-------------------------------------------------------------------------------
```

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

# Osahon Omoregie

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Friday, August 17, 2007 2:45 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 0306 2400 0001 4767 3991 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 0306 2400 0001 4767 3991

Service Type: DELIVERY CONFIRMATION

```
Shipment Activity        Location                                    Date & Time
-------------------------------------------------------------------------------
Delivered                LOS ANGELES CA 90017                        08/17/07 10:25am

Arrival at Unit          LOS ANGELES CA 90057                        08/17/07  9:59am

Acceptance               NEW ROCHELLE NY 10804                       08/14/07  4:28pm
```

Reminder: Track & Confirm by email

Date of email request:  08/17/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm