# Exhibit H

## Frontino, Brian

| | |
|---|---|
| **From:** | Osahon Omoregie [oomoregie@gmail.com] |
| **Sent:** | Wednesday, September 05, 2007 2:43 PM |
| **To:** | Frontino, Brian |
| **Subject:** | RE: Omoregie v. Boardwalk Auto Center, Inc., et al. |

I notified you of the request for entry of default as a courtesy.  I have not filed a motion.  I have requested that the court clerk enter a default for you failure to timely respond.  Please review the actual documents.  I do not believe that you are entitled to oppose such a request.  If you have good cause for not responding, you may motion the judge to have the default set aside, if a default is even given.  Your clients and Boardwalk have drawn this matter out long enough and have not shown a desire to take it seriously, so for those and other reasons, I am not willing to withdraw my request or agree to any extension of time.

Before you submit any documents to the court, I would advise you to properly investigate this matter on your sides and find out what actually happened, if not you may risk sanction by the court.  I again direct you to take note of document six on the docket.

Regards,
Osahon Omoregie

-----Original Message-----
From: Frontino, Brian [mailto:bfrontino@stroock.com]
Sent: Wednesday, September 05, 2007 5:01 PM
To: Osahon Omoregie
Subject: RE: Omoregie v. Boardwalk Auto Center, Inc., et al.

Mr. Omoregie:

You served the First Amended Complaint in the same manner that you served the Complaint. Thus, the same rules apply until an appearance has been made.

We are not receiving anything from the Court or you.  The response was not due yesterday because I provided you with a Waiver of Service.  I would be glad to come to an agreement with you as to when VW's response to the First Amended Complaint is due, but unless you immediately withdraw your motion, I intend to file an opposition today.  I would hate to start the case off on a negative note like this.  If we are going to be working together to resolve the case, it would be better if we proceed amicably.

Let me know how you want to proceed.

Brian C. Frontino, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Direct:      310-556-5943
Fax:  310-556-5959
Email:      bfrontino@stroock.com

-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Wednesday, September 05, 2007 1:49 PM
To: Frontino, Brian
Subject: Re: Omoregie v. Boardwalk Auto Center, Inc., et al.

Mr. Frontino,

I thank you for giving me one more opportunity; but the issue is that your clients failed to respond to the First Amended Complaints that were mailed on the 14th, not the summons and complaints that were physically served on them also on the 14th.  Thus, the certificate of service was included in the declaration and the proof of service was not.

The actual proof of service was filed with the court on 8/20. Please check the court docket. Please note that the due date for the response to the complaint was yesterday. Thus, per Rule 15(a), your response to the First Amended Complaint was due yesterday.

Has your firm not been reviewing the docket?

Regards,
Osahon Omoregie

-----Original Message-----
From: "Frontino, Brian" <bfrontino@stroock.com>

Date: Wed, 5 Sep 2007 13:14:43
To:"Osahon Omoregie" <oomoregie@gmail.com>
Subject: RE: Omoregie v. Boardwalk Auto Center, Inc., et al.


Mr. Omoregie:

I have reviewed your Declaration in Support of your Motion for Entry of Default. As your "Certificate of Service" plainly states, you served VW Credit, Inc. and VW Credit Leasing Ltd. by U.S. Mail, which is not proper service of the Summons and Complaint pursuant to Federal Rule of Civil Procedure 4. However, we provided you with the Waiver of Service, which gives us until October 8 to respond to the complaint. I will ask you one more time to withdraw your motion.

Brian C. Frontino, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Direct:    310-556-5943
Fax:    310-556-5959
Email:    bfrontino@stroock.com

-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Wednesday, September 05, 2007 1:08 PM
To: Frontino, Brian
Subject: Re: Omoregie v. Boardwalk Auto Center, Inc., et al.

Mr. Frontino,

Both your clients were served in person on 8/14. The proof of services are on file with the court.


Regards,
Osahon Omoregie

-----Original Message-----
From: "Frontino, Brian" <bfrontino@stroock.com>

Date: Wed, 5 Sep 2007 13:00:04
To:"Osahon Omoregie" <oomoregie@gmail.com>
Subject: RE: Omoregie v. Boardwalk Auto Center, Inc., et al.


Osahon:

You did not serve the Summons and Complaint in person as required by Federal Rule of Civil Procedure 4. Rather, you mailed the Summons and Complaint with a Waiver of Service pursuant to Federal Rule of Civil Procedure 4(d). As you know, we completed the Waiver of Service and sent that to you on August 17, 2007. Accordingly, defendant VW Credit, Inc. has 60 days to respond to your complaint, i.e., October 8, 2007. Fed. R. Civ. Proc. 4(d)(3). Immediately withdraw your motions for default, otherwise we will seek all available remedies available to

2

defendant VW Credit Leasing, Ltd. aka VW Credit, Inc.

Brian C. Frontino, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Direct:    310-556-5943
Fax: 310-556-5959
Email:     bfrontino@stroock.com

-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Wednesday, September 05, 2007 8:10 AM
To: Frontino, Brian
Subject: Omoregie v. Boardwalk Auto Center, Inc., et al.

I am writing to inform you that I have applied to the court to have a
default enter against your client for their favor to timely respond in
the above action.

Regards,
Osahon Omoregie
(917) 805-8309
oomoregie@gmail.com

==================================================================
================================================
IRS Circular 230 Disclosure:  To ensure compliance with requirements
imposed by the IRS in Circular 230, we inform you that any tax advice
contained in this communication (including any attachment that does not
explicitly state otherwise) is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.
==================================================================
================================================


==================================================================
================================================
IRS Circular 230 Disclosure:  To ensure compliance with requirements
imposed by the IRS in Circular 230, we inform you that any tax advice
contained in this communication (including any attachment that does not
explicitly state otherwise) is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.
==================================================================
================================================


==================================================================
==========================================
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed
by the IRS in Circular 230, we inform you that any tax advice contained in
this communication (including any attachment that does not explicitly state
otherwise) is not intended or written to be used, and cannot be used, for
the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction
or matter addressed herein.
==================================================================
==========================================

3