# Exhibit I

# Osahon Omoregie

| | |
|---|---|
| **From:** | Osahon Omoregie [oomoregie@gmail.com] |
| **Sent:** | Thursday, September 06, 2007 7:00 PM |
| **To:** | 'Frontino, Brian' |
| **Subject:** | RE: Omoregie v. Boardwalk Auto Center, Inc., et al. |

```
Mr. Frontino,

You are risking sanction by the court for no apparent reason.  I have records of myself
giving you notice that your clients were physically served on 8/14.  I have directed you to
the entry in the docket where proof of serve on your clients is noted.  I have read over your
recent filings and have seen no mention of either of these facts.  Rule 4(d)(3) (the first
line) is quite clear that you are only entitled to extended time to respond if you send in
your waiver before you are actually served process.  Additionally, you are filing an
opposition to a request for the clerk.  The clerk has no discretion in granting defaults.
Again, I must remind you that I did not file a motion.

I am writing you this email as a courtesy.  Please review your actions and discuss them with
other members of your firm.  If your filings are timely withdrawn I will not pursue this
matter any further.

Regards,
Osahon Omoregie

-----Original Message-----
From: Frontino, Brian [mailto:bfrontino@stroock.com]
Sent: Wednesday, September 05, 2007 5:01 PM
To: Osahon Omoregie
Subject: RE: Omoregie v. Boardwalk Auto Center, Inc., et al.

Mr. Omoregie:

You served the First Amended Complaint in the same manner that you served the Complaint.
Thus, the same rules apply until an appearance has been made.

We are not receiving anything from the Court or you.  The response was not due yesterday
because I provided you with a Waiver of Service.  I would be glad to come to an agreement
with you as to when VW's response to the First Amended Complaint is due, but unless you
immediately withdraw your motion, I intend to file an opposition today.  I would hate to
start the case off on a negative note like this.  If we are going to be working together to
resolve the case, it would be better if we proceed amicably.

Let me know how you want to proceed.

Brian C. Frontino, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067
Direct:     310-556-5943
Fax:   310-556-5959
Email: bfrontino@stroock.com

-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Wednesday, September 05, 2007 1:49 PM
```