1
2
3
4
5                        UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7                              SAN FRANCISCO DIVISION
8

9  OSAHON OMOREGIE,                        )
                                           )
10                         Plaintiff,      )   Case No. 07-cv-03884 PJH
                                           )
11 vs.                                     )   [PROPOSED] ORDER
                                           )
12 BOARDWALK AUTO CENTER, INC. and         )
13 VW CREDIT LEASING, LTD. and             )
   VW CREDIT, INC.,                        )
14                                         )
15                         Defendants.     )
16 _____  )

17
18
19          Plaintiff having shown, by clear and convincing evidence, that on September 6,
20 2007, counsel for Defendants VW Credit Leasing, Ltd. and VW Credit, Inc., Brian
21 Frontino and his firm, Stroock & Stroock & Lavan LLP, attempted to perpetrate a fraud
22 upon this Court, IT IS HEREBY ORDERED that Brian Frontino and Stroock & Stroock
23
24 & Lavan LLP will each pay sanctions in the amount of $6,000 to Plaintiff.
25          IT IS FURTHER ORDERED that Defendants VW Credit Leasing, Ltd. and VW
26 Credit, Inc., are hereby enjoined from contesting any future defaults entered against them
27 by Plaintiff in regards to their failure to respond to Plaintiff's First Amended Complaint.
28

It is so ordered this ____ day of _____, 2007

_____
Hon. Phyllis J. Hamilton
United States District Court Judge