## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that service of the foregoing was made upon the following counsels through the Electronic Filing System on the 3rd day of October, 2007.

Jeffrey Michael Vucinich
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Joshua W. Rose
Clapp Moroney Bellagamba and Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

                By: s// Osahon Omoregie

                Osahon Omoregie
                42 Otsego Ave.
                New Rochelle, NY 10804