Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOARDWALK AUTO CENTER, INC. and )<br>VW CREDIT LEASING, LTD. and )<br>VW CREDIT, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 07-cv-03884 PJH<br><br>November 7, 2007, 9:00 A.M.<br><br>MOTION TO DIRECT THE CLERK TO ENTER DEFAULTS AGAINST ALL DEFENDANTS UNDER RULE 55(a) |

**Notice of Motion.**  Please take notice that Osahon Omoregie ("Omoregie") will make this motion for hearing before this Court on November 7, 2007, at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom No. 3, 17th Floor of the United States Courthouse located at 450 Golden Gate Ave., San Francisco, CA 94102.

**Statement of Purpose.**  Plaintiff, Omoregie, moves the Court for (a) an order directing the Clerk, pursuant to Federal Rules of Civil Procedure Rule 55(a), to enter defaults against Defendants, Boardwalk Auto Center, Inc. ("Boardwalk"), VW Credit Leasing, Ltd. ("VWL"),

and VW Credit, Inc. ("VWC") for their failure to timely respond to the First Amend Complaint ("FAC"); and (b) an order directing each defendant to show cause why a default should be set aside.

**Memorandum of Points and Authorities.**

          Respectfully submitted,

          By: s// Osahon Omoregie

          Pro Se