Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BOARDWALK AUTO CENTER, INC. and ) <br> VW CREDIT LEASING, LTD. and ) <br> VW CREDIT, INC., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 07-cv-03884 PJH <br><br> November 7, 2007, 9:00 A.M. <br><br> MOTION FOR SANCTIONS |

**Notice of Motion.** Please take notice that Osahon Omoregie ("Omoregie") will make this motion for hearing before this Court on November 7, 2007, at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom No. 3, 17th Floor of the United States Courthouse located at 450 Golden Gate Ave., San Francisco, CA 94102.

**Statement of Purpose.** Plaintiff, Omoregie, moves the Court for (a) an order pursuant to the Court's inherent power to imposing appropriate sanctions, for sanctions in the amount of $6000 each, against Brian Frontino ("Frontino"), an attorney representing Defendants VW Credit

Leasing, Ltd., ("VWL") and VW Credit, Inc. ("VWC"), and on his law firm, Stroock & Stroock & Lavan LLP ("Stroock"), for making a submission for the purpose of perpetrating a fraud upon this Court, and (b) an order enjoining VWL and VWC from contesting any defaults entered against them.

**Memorandum of Points and Authorities.**

                   Respectfully submitted,

                   By: s// Osahon Omoregie

                   Pro Se