# Exhibit D

| | | | | | For Court Use Only |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Osahon Omoregie<br>42 Otsego Ave.<br>New Rochelle, NY  10804<br>*Telephone No:* 917 805-8309  *FAX No:* 413 803-5514 | | | | | |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT | | | | | |
| *Plaintiff:* Osahon Omoregie | | | | | |
| *Defendant:* Boardwalk Auto Center, Inc., etal | | | | | |
| **PROOF OF SERVICE<br>SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | | *Case Number:*<br>C07-03884 JCS |

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS; Complaint/Demand for Jury Trial

3.  *a. Party served:*                                     Boardwalk Auto Center
    *b. Person served:*                                   party in item 3.a. by serving Jeff Seife, General Manager

4.  *Address where the party was served:*       One Bair Island Road
                                                          Redwood City, CA

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 08, 2007 (2) at: 3:15PM

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant

7.  **Person Who Served Papers:**
    a. Sylvia P. Doneza
    **b. S&R Services**
       851 Cherry Avenue #27-105
       San Bruno, CA  94066
    c. (650) 794-1923, FAX (650) 794-1943

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d.  **The Fee** for Service was:    $80.00
    e.  I am: (3)  registered California process server
        *(i)*   Owner
        *(ii)*  *Registration No.:*      672
        *(iii)* *County:*               San Francisco
        *(iv)*  *Expiration Date:*      Sat, Dec. 06, 2008

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Wed, Aug. 08, 2007

    **Judicial Council Form POS-010**
    **Rule 982.9.(a)&(b) Rev January 1, 2007**                    PROOF OF SERVICE
                                                                SUMMONS                    *(Sylvia P. Doneza)*
                                                                                              *osomo.1081*