# Exhibit E

ADRMOP, E-Filing

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-03884-PJH

Omoregie v. Boardwalk Auto Center, Inc. et al  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 15:1681 Fair Credit Reporting Act  

Date Filed: 07/30/2007  
Jury Demand: Both  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question  

**Plaintiff**

**Osahon Omoregie**     represented by    **Osahon Omoregie**
42 Otsego Avenue
New Rochelle, NY 10804
917-805-8309
Fax: 413-803-5514
Email: oomoregie@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Boardwalk Auto Center, Inc.**    represented by    **Jeffrey Michael Vucinich**
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066
650-989-5400
Fax: 650-989-5499
Email: jvucinich@clappmoroney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua W. Rose**
Clapp Moroney Bellagamba and Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066
650-989-5400
Fax: 650-989-5499
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**VW Credit Leasing, LTD.**    represented by    **Lisa Marie Simonetti**
Stroock & Stroock & Lavan LLP
2029 Century Park East

        Suite 1800
        Los Angeles, CA 90067-3086
        310-556-5800
        Fax: 310-556-5959
        Email: lsimonetti@stroock.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Brian C. Frontino**
        Stroock & Stroock & Lavan LLP
        2029 Century Park East
        Suite 1800
        Los Angeles, CA 90067-3086
        310-556-5800
        Fax: 310-556-5959
        Email: bfrontino@stroock.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**VW Credit, Inc.**    represented by    **Lisa Marie Simonetti**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Brian C. Frontino**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 | 1 | COMPLAINT; Demand for Jury Trial against Boardwalk Auto Center, Inc., VW Credit Leasing, LTD., Volkswagen Credit, Inc. (Filing fee $ 350.00, receipt number 44611001039). Filed by Osahon Omoregie. (gba, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 07/30/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/26/2007. Case Management Conference set for 11/2/2007 01:30 PM. (Attachments: # 1 CMC Standing Order# 2 JCS Standing Order# 3 New Standing Order)(gba, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 07/30/2007 |  | Summons Issued as to Boardwalk Auto Center, Inc., VW Credit Leasing, LTD., Volkswagen Credit, Inc.. (gba, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 07/30/2007 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 08/13/2007 | 3 | CONSENT to Proceed Before a US Magistrate Judge by Osahon Omoregie. (gba, COURT STAFF) (Filed on 8/13/2007) (Entered: 08/13/2007) |

| | | |
|---|---:|---|
| 08/20/2007 | 4 | FIRST AMENDED COMPLAINT against Boardwalk Auto Center, Inc., VW Credit Leasing, LTD., Volkswagen Credit, Inc.. Filed by Osahon Omoregie. (gba, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/20/2007 | 5 | MOTION to E-File filed by Osahon Omoregie. Motion Hearing set for 9/28/2007 09:30 AM in Courtroom A, 15th Floor, San Francisco. (gba, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/20/2007 | 6 | SUMMONS Returned Executed by Osahon Omoregie. Boardwalk Auto Center, Inc. served on 8/8/2007, answer due 8/28/2007; VW Credit Leasing, LTD. served on 8/14/2007, answer due 9/4/2007; Volkswagen Credit, Inc. served on 8/14/2007, answer due 9/4/2007. (gba, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/24/2007 | 7 | ORDER, by Judge Joseph C. Spero, signed 8/22/7, granting [5] Plaintiff's Motion for E-filing (klh, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/28/2007 | 8 | ANSWER to [1] Complaint with Jury Demand by Boardwalk Auto Center, Inc. (Vucinich, Jeffrey) (Filed on 8/28/2007) Modified on 9/12/2007 (far, COURT STAFF). (Entered: 08/28/2007) |
| 08/30/2007 | 9 | CLERK'S NOTICE TO DEFENDANT BOARDWALK AUTO CENTER RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by SEPT. 13, 2007. (klh, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/30/2007) |
| 09/05/2007 | 10 | MOTION for Entry of Default *Against Defendant Boardwalk Auto Center, Inc.* filed by Osahon Omoregie. (Omoregie, Osahon) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/05/2007 | 11 | Declaration of Osahon Omoregie in Support of 10 MOTION for Entry of Default *Against Defendant Boardwalk Auto Center, Inc.* filed byOsahon Omoregie. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Related document(s)10) (Omoregie, Osahon) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/05/2007 | 12 | MOTION for Entry of Default *Against Defendants VW Credit Leasing, Ltd. and VW Credit, Inc.* filed by Osahon Omoregie. (Omoregie, Osahon) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/05/2007 | 13 | Declaration of Osahon Omoregie in Support of 12 MOTION for Entry of Default *Against Defendants VW Credit Leasing, Ltd. and VW Credit, Inc.* filed byOsahon Omoregie. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Related document(s)12) (Omoregie, Osahon) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/05/2007 | 14 | Declination to Proceed Before a U.S. Magistrate Judge by VW Credit Leasing, LTD., Volkswagen Credit, Inc.. (Frontino, Brian) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/06/2007 | 15 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 9/6/2007) (Entered: 09/06/2007) |
| 09/06/2007 | 16 | Declination to Proceed Before a U.S. Magistrate Judge by Boardwalk Auto Center, Inc. *and Request for Reassignment to a United States District Judge*. (Vucinich, Jeffrey) (Filed on 9/6/2007) (Entered: 09/06/2007) |

| | | |
|---|---|---|
| 09/06/2007 | 17 | ANSWER to [4] Amended Complaint *WITH JURY TRIAL DEMANDED* by Boardwalk Auto Center, Inc. (Vucinich, Jeffrey) (Filed on 9/6/2007) Modified on 9/7/2007 (far, COURT STAFF). (Entered: 09/06/2007) |
| 09/06/2007 | 18 | ORDER REASSIGNING CASE. Case reassigned to Judge Phyllis J. Hamilton for all further proceedings. Judge Joseph C. Spero no longer assigned to the case. Signed by Judge Executive Committee on 09/06/07. (mab, COURT STAFF) (Filed on 9/6/2007) (Entered: 09/06/2007) |
| 09/06/2007 | 19 | MEMORANDUM in Opposition to 12 Plaintiff's Request for Entry of Default and REQUEST for SANCTIONS filed by VW Credit Leasing, LTD., Volkswagen Credit, Inc. (Frontino, Brian) (Filed on 9/6/2007) Modified on 9/7/2007 (far, COURT STAFF). (Entered: 09/06/2007) |
| 09/06/2007 | 20 | Declaration of Brian C. Frontino in Support of 19 Memorandum in Opposition, *To Plaintiff's Request for Entry of Default and Request for Sanctions* filed byVW Credit Leasing, LTD., Volkswagen Credit, Inc.. (Related document(s)19) (Frontino, Brian) (Filed on 9/6/2007) (Entered: 09/06/2007) |
| 09/07/2007 | 21 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. Hamilton on 9/7/07. (nah, COURT STAFF) (Filed on 9/7/2007) (Entered: 09/07/2007) |
| 09/07/2007 |  | Set Deadlines/Hearings: Case Management Statement due by 11/1/2007. Case Management Conference set for 11/8/2007 02:30 PM. (nah, COURT STAFF) (Filed on 9/7/2007) (Entered: 09/07/2007) |
| 09/12/2007 | 22 | Clerk's DECLINATION OF DEFAULT as to Defendants Boardwalk Auto Center, Inc., VW Credit Leasing, Ltd. and VW Credit, Inc. (Related documents(s) 12, 10) (far, COURT STAFF) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/20/2007 | 23 | MOTION for Entry of Default filed by Osahon Omoregie. Motion Hearing set for 10/31/2007 09:30 AM in Courtroom 3, 17th Floor, San Francisco. (Omoregie, Osahon) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 09/20/2007 | 24 | Declaration of Osahon Omoregie in Support of 23 MOTION for Entry of Default filed byOsahon Omoregie. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Related document(s)23) (Omoregie, Osahon) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 09/20/2007 | 25 | Proposed Order re 23 MOTION for Entry of Default by Osahon Omoregie. (Omoregie, Osahon) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 09/20/2007 | 26 | CERTIFICATE OF SERVICE by Osahon Omoregie re 23 MOTION for Entry of Default (Omoregie, Osahon) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 10/03/2007 | 27 | MOTION for Sanctions filed by Osahon Omoregie. Motion Hearing set for 11/7/2007 09:30 AM in Courtroom 3, 17th Floor, San Francisco. (Omoregie, Osahon) (Filed on 10/3/2007) (Entered: 10/03/2007) |
| 10/03/2007 | 28 | Declaration of Osahon Omoregie in Support of 27 MOTION for Sanctions filed byOsahon Omoregie. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 |

| | | |
|---|---|---|
| | | Exhibit J)(Related document(s)27) (Omoregie, Osahon) (Filed on 10/3/2007) (Entered: 10/03/2007) |
| 10/03/2007 | 29 | Proposed Order re 27 MOTION for Sanctions by Osahon Omoregie. (Omoregie, Osahon) (Filed on 10/3/2007) (Entered: 10/03/2007) |
| 10/03/2007 | 30 | CERTIFICATE OF SERVICE by Osahon Omoregie re 27 MOTION for Sanctions (Omoregie, Osahon) (Filed on 10/3/2007) (Entered: 10/03/2007) |
| 10/04/2007 | 31 | Renotice motion re 23 hearing filed by Osahon Omoregie. Motion Hearing set for 11/7/2007 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Omoregie, Osahon) (Filed on 10/4/2007) Modified on 10/5/2007 (far, COURT STAFF). (Entered: 10/04/2007) |
| 10/04/2007 | 32 | Renotice motion re 27 hearing filed by Osahon Omoregie. Motion Hearing set for 11/7/2007 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Omoregie, Osahon) (Filed on 10/4/2007) Modified on 10/5/2007 (far, COURT STAFF). (Entered: 10/04/2007) |
| 10/04/2007 | | Set Deadlines/Hearings: Motion Hearing re 23 and 27 set for 11/7/2007 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (far, COURT STAFF) (Filed on 10/4/2007) (Entered: 10/05/2007) |

