# Exhibit G

# Osahon Omoregie

**From:** Clay Coelho [CCoelho@merrillnomura.com]
**Sent:** Friday, August 17, 2007 6:56 PM
**To:** oomoregie@gmail.com
**Subject:** Omoregie v. Boarwalk Auto Center, Inc.


Dear Mr. Omoregie:

     Our office has been retained to represent Boardwalk Auto Center in the above matter.  We have just been provided with a copy of the Complaint filed by you. We do not have a copy of the proof of service. Please fax a copy of the proof of service to the fax number below.  In the meantime, we request a 10 day extension of time to respond to your Complaint. If that is acceptable to you, please let us know by Monday, August 20, 2007.
     Thank you for your anticipated cooperation.

Clay A Coelho, Esq.
**Merrill, Nomura & Molineux, LLP**
350 Rose Street
Danville, CA 94526
Phone:  (925) 833-1000 ext. 5
Fax:  (925) 833-1001
ccoelho@merrillnomura.com


CONFIDENTIALITY NOTICE: The information in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may concern confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.