# Exhibit I

# Osahon Omoregie

| | |
|---|---|
| **From:** | Joshua W. Rose [JRose@clappmoroney.com] |
| **Sent:** | Tuesday, August 28, 2007 3:33 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | Omoregie v. Boardwalk |
| **Importance:** | High |

Hello Osahon,

Our firm has been retained to represent Boardwalk Auto Center in this action.  We just got the file transferred to us today.  I note that a responsive pleading is due, I believe today.  Can you please provide us with a two (2) week extension in which to appropriately respond to your Complaint, as we need some time to investigate the claim?  Thank you for your attention to this matter.  I look forward to hearing from you.

Josh

Clapp, Moroney, Bellagamba & Vucinich
Joshua W. Rose, Esq.
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
tel. 650-989-5400
fax. 650-989-5499