# Exhibit K

# Osahon Omoregie

| | |
|---|---|
| **From:** | Clay Coelho [CCoelho@merrillnomura.com] |
| **Sent:** | Wednesday, August 22, 2007 1:39 PM |
| **To:** | Osahon Omoregie |
| **Subject:** | RE: Omoregie v. Boarwalk Auto Center, Inc. |

Mr. Omoregie:

    Thank you for confirming the date of service. We were actually able to confirm the date with the Court.  We were just provided with a letter from our client attaching a First Amended Complaint that it appears that you will be filing. Your cover letter mentions a motion for leave to file the Complaint. Do you intend to file such a motion?

Clay Coelho

