UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-cv-03884 PJH |
| ) | |
| vs. ) | [PROPOSED] ORDER |
| ) | |
| BOARDWALK AUTO CENTER, INC. and ) | |
| VW CREDIT LEASING, LTD. and ) | |
| VW CREDIT, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff having shown that the answers filed by Defendant Boardwalk Auto Center, Inc. on August 28, 2007 and September 6, 2007 were in gross violation of the requirements of Federal Rule of Civil Procedure 8, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 12(f) both answers filed by Boardwalk Auto Center, Inc.'s be stricken and all averments to Plaintiff's First Amended Complaint admitted by Boardwalk Auto Center, Inc..

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

It is so ordered this ____ day of _____, 2007

_____
Hon. Phyllis J. Hamilton
United States District Court Judge