# Exhibit D

| Attorney or Party without Attorney: <br> Osahon Omoregie <br> 42 Otsego Ave. <br> New Rochelle, NY 10804 <br> Telephone No: 917 805-8309   FAX No: 413 803-5514 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: Osahon Omoregie | | | | |
| Defendant: Boardwalk Auto Center, Inc., etal | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C07-03884 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; Complaint/Demand for Jury Trial

3. a. Party served:                             Boardwalk Auto Center
   b. Person served:                            party in item 3.a. by serving Jeff Seife, General Manager

4. Address where the party was served:          One Bair Island Road
                                                 Redwood City, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 08, 2007 (2) at: 3:15PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Sylvia P. Doneza                          d. **The Fee** for Service was:   $80.00
   b. S&R Services                              e. I am: (3) registered California process server
      851 Cherry Avenue #27-105                    (i)   Owner
      San Bruno, CA 94066                          (ii)  Registration No.:     672
   c. (650) 794-1923, FAX (650) 794-1943           (iii) County:               San Francisco
                                                   (iv)  Expiration Date:      Sat, Dec. 06, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Aug. 08, 2007

Judicial Council Form POS-010                PROOF OF SERVICE        *[signature]*
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS                 (Sylvia P. Doneza)              osomo.1081