# Exhibit J

**CLAPP MORONEY | BELLAGAMBA VUCINICH**

A PROFESSIONAL LAW CORPORATION

October 2, 2007

Reply to: San Bruno
**Patrick R. Co**
pco@clappmoroney.com

**VIA E-MAIL AND U.S. MAIL**

Oshahon Omoregie
In Pro Per
42 Otsego Avenue
New Rochelle, NY 10804

Re:   ***Osahon Omoregie v. Boardwalk Auto Center, et al.***
United Stated District Court, Northern District of California Case No. C07-03884 PJH
Our Client:   Boardwalk Auto Center, Inc.
Our File No.:   0173-03851

Dear Mr. Omoregie:

We are in receipt of your Motion for Rule 11 sanctions.

We received the file on August 28, 2007. We note that you refused to grant an extension of time to respond to the original complaint. We left two voicemail messages for you, and one page. You conveniently made yourself available to take our phone calls or otherwise respond to our requests to you. As a result, we were forced to answer the complaint with what information we had available at the time in order to protect our client's interests. After filing the answer, we made an appointment to meet with the clients (BOARDWALK) on September 6, 2007.

You however contacted us on September 5, 2007, and informed us that you were going to attempt to enter default against BOARDWALK on the First Amended Complaint. That is the first time we were made aware of a First Amended Complaint. We requested that you send us a copy of that First Amended Complaint so that we could appropriately respond to it. However, you refused to send us a copy, and refused to withdraw your request for a default. We filed that Answer on September 6, 2007. That answer was prepared based on the investigation we had conducted thus far.

G:\Data\DOCS\0173\03851\100207ltr.plf

www.clappmoroney.com

SAN FRANCISCO/PENINSULA
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
TEL 650.989.5400
FAX 650.989.5499

EAST BAY/CENTRAL VALLEY
6130 Stoneridge Mall Road, Suite 275
Post Office Box 8003.8603
Pleasanton, CA 94588-3237
TEL 925.734.0990
FAX 925.734.0888

SAN JOSE/SOUTH BAY
25 Metro Drive, Suite 600
San Jose, CA 95110
TEL 408.292.2378
FAX 408.292.8063

Oshahon Omoregie
October 2, 2007
Page 2

However, we still had not yet met with the client to obtain further information, since that meeting was scheduled for later that day. Due to your lack of cooperation, (professional cooperation, since you are, presumably a law school graduate from Stanford, and an associate at large New York firm), we were again forced to enter an Answer on behalf of BOARDWALK to protect the client's interests. (That was prudent on our part, since you in fact made good on your threat and attempted to enter a default.)

We have now met with the client. We are prepared to amend our answer to update that answer with the information we now have on this case. We will forward you that answer, along with a stipulation to allow us to file that answer. That should obviate the need for your motion.

In addition, we could easily resolve this, and other issues, by discussing them before filing these motions. I consider your failure to do so vexatious, resulting in unnecessary pleadings. I hope its not an effort on your part to drive up the cost of this litigation. Please call us in the future before resorting to these unnecessary pleadings.

Very truly yours,

Patrick R. Co

G:\Data\DOCS\0173\03851\100207ltr.plf