# Exhibit K

# Osahon Omoregie

**From:** Clay Coelho [CCoelho@merrillnomura.com]
**Sent:** Wednesday, August 22, 2007 1:39 PM
**To:** Osahon Omoregie
**Subject:** RE: Omoregie v. Boarwalk Auto Center, Inc.

Mr. Omoregie:

　　Thank you for confirming the date of service. We were actually able to confirm the date with the Court.  We were just provided with a letter from our client attaching a First Amended Complaint that it appears that you will be filing. Your cover letter mentions a motion for leave to file the Complaint. Do you intend to file such a motion?

Clay Coelho

