JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
BOARDWALK AUTO CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>Plaintiff,<br><br>v.<br><br>BOARDWALK AUTO CENTER, INC.;<br>VW CREDIT LEASING, LTD; AND<br>VOLKSWAGEN CREDIT, INC.,<br><br>Defendants. | CASE NO.: C07-03884 PJH<br><br>**DECLARATION OF PATRICK R. CO, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT**<br><br>Complaint filed: 07/30/07 |

I, PATRICK R. CO, declare that:

    1.    I am an attorney licensed to practice law in and before all of the Courts of the State of California and the United States District Court-Northern District of California, and am an associate of the law firm of Clapp, Moroney, Bellagamba and Vucinich, attorneys of record for defendant BOARDWALK AUTO CENTER, INC.

    2.    On or about September 5, 2007, I first became aware that plaintiff OMOREGIE had filed a First Amended Complaint, and that plaintiff was attempting to take a default. My firm requested that Mr. OMOREGIE provide us with a copy of that complaint, so that we could file an appropriate response. A true and correct copy of Mr. Vucinich's letter is attached herein as *Exhibit*

DECLARATION OF PATRICK R. CO, ESQ. IN SUPPORT OF
DEFENDANT BOARDWALK AUTO CENTER, INC.'S
OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF
DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY
OF DEFAULT  CASE NO.: C07-03884 PJH

G:\Data\DOCS\0173\03851\OppDefault\Opp.ReqEntryDefault.Dec.Co.wpd

*1.*

3.  I was aware that Mr. Vucinich had a meeting with the client on the afternoon of September 6, 2007, and would obtain further information concerning this case as a result of that meeting.

4.  Knowing that Mr. OMOREGIE would not grant an extension of time, on September 6, 2007 I prepared an Answer to the First Amended Complaint based on the investigation I had conducted on the case to that point. My investigation consisted of reviewing the pleadings, reviewing the client documents in our file, and my discussions with Mr. Vucinich and Mr. Rose concerning the case. Due to Mr. OMOREGIE's reluctance to grant an extension, that is the only investigation I had time to conduct.

5.  I wrote Mr. OMOREGIE and requested that he withdraw his request for entry of default based on the fact that he knew our firm was handling the matter on behalf of defendant BOARDWALK, and that BOARDWALK intended on defending this action. A true and correct copy of the Answer to the First Amended Complaint is attached herein as *Exhibit 2*, and a copy of the letter I wrote to OMOREGIE is attached herein as *Exhibit 3.*

6.  Mr. OMOREGIE responded to that e-mail on September 6, 2007. A true and correct copy of his e-mail is attached herein as *Exhibit 4.*

7.  Our firm has conducted an investigation into the allegations made in plaintiff's First Amended Complaint. There exists a good and meritorious defense to plaintiff's claims in that the defendant asserts the following: the evidence in this case will show that the special lease offer did not apply to the particular vehicle that Mr. OMOREGIE was interested in leasing; that the vehicle OMOREGIE ended up leasing was not the advertised car that the lease offer applied to; that the lease offer itself was subject to additional costs and fees; that Mr. OMOREGIE was not discriminated against by BOARDWALK as a result of his race.

6.  Attached herein as *Exhibit 5* is a true and correct copy of defendant BOARDWALK AUTO CENTER, INC.'S (proposed) First Amended Answer to the First Amended Complaint.

DECLARATION OF PATRICK R. CO, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT   CASE NO.: C07-03884 PJH

2

G:\Data\DOCS\0173\03851\OppDefault\Opp.ReqEntryDefault.Dec.Co.wpd

1    I declare under penalty of perjury under the laws of the State of California that the foregoing
2 is true and correct.
3    Executed on this ___ day of October 10, 2007, at San Bruno, California.

                                                    _____
                                                    Patrick R. Co

DECLARATION OF PATRICK R. CO, ESQ. IN SUPPORT OF
DEFENDANT BOARDWALK AUTO CENTER, INC.'S
OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF
DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY
OF DEFAULT   CASE NO.:  C07-03884 PJH                3

G:\Data\DOCS\0173\03851\OppDefault\Opp.ReqEntryDefault.Dec.Co.wpd