# EXHIBIT "1"

**CLAPP MORONEY | BELLAGAMBA VUCINICH**

A PROFESSIONAL LAW CORPORATION

September 5, 2007

Reply to: San Bruno
**Jeffrey M. Vucinich**
jvucinich@clappmoroney.com

<u>**VIA E-MAIL oomoregie@gmail.com ONLY**</u>

Oshahon Omoregie
In Pro Per
42 Otsego Avenue
New Rochelle, NY 10804

Re:   ***Osahon Omoregie v. Boardwalk Auto Center, et al.***
United Stated District Court, Northern District of California Case No. C07-03884 JCS
Our Client:   Boardwalk Auto Center, Inc.
Our File No.:   0173-03851

Dear Mr. Omoregie:

We would ask that all correspondence in this matter by done by U.S. Mail. Irrespective of that, with respect to your applying for a default. We filed a response to your complaint in a timely manner on August 28, 2007. Mr. Rose had attempted to contact you earlier in order to get an extension but there was nobody answering at that time. With respect to the answer to the complaint, it is a proper answer. With respect to the first amended complaint, you knew we were counsel of records and yet you have never sent us a copy of the first amended complaint. First send us a copy of the first amended complaint and we will prepare an appropriate response. We cannot download it from the Court files.

With respect to the first amended complaint, we would appreciate it if you could provide it to us either by e-mail through PDF and/or fax it to (650) 989-5499 so that we can prepare an appropriate response.

Very truly yours,

Jeffrey M. Vucinich

JMV:cg

G:\Data\DOCS\0173\03851\090507ltr.plf

www.clappmoroney.com

SAN FRANCISCO/PENINSULA
■ 1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
TEL 650.989.5400
FAX 650.989.5499

EAST BAY/CENTRAL VALLEY
■ 6130 Stoneridge Mall Road, Suite 275
Post Office Box 8003.8603
Pleasanton, CA 94588-3237
TEL 925.734.0990
FAX 925.734.0888

SAN JOSE/SOUTH BAY
■ 25 Metro Drive, Suite 600
San Jose, CA 95110
TEL 408.292.2378
FAX 408.292.8063