# EXHIBIT "4"

**Patrick R. Co**

| | |
|---|---|
| **From:** | Osahon Omoregie [oomoregie@gmail.com] |
| **Sent:** | Thursday, September 06, 2007 3:41 PM |
| **To:** | Claudia Gomez |
| **Cc:** | Patrick R. Co; Jeffrey Vucinich |
| **Subject:** | RE: Omoregie v. Boardwalk Auto Center (0173-03851) |

Has anyone in your firm actually reviewed the relevant sections of the FRCP? I am having a hard time believing that this is actually happening. You are committing near malpractice. Please read the relevant section of the FRCP. Additionally, I have not made a motion, I have made a request.

**From:** Claudia Gomez [mailto:CGomez@clappmoroney.com]
**Sent:** Thursday, September 06, 2007 6:29 PM
**To:** Osahon Omoregie
**Cc:** Patrick R. Co; Jeffrey Vucinich
**Subject:** Omoregie v. Boardwalk Auto Center (0173-03851)

Dear Mr. Omoregie:

Enclosed please find our correspondence of September 6, 2007, with regard to the above-referenced matter. This document is being sent in PDF format. If you experience a problem with the attachment or its readability, please do not hesitate to contact the undersigned. Thank you.

Also, below is the content of the letter:
In followup to Mr. Vucinch's letter to you, I invite your attention to the following.

You improperly and furtively filed a request for default. Your original Complaint was filed on July 30, 2007. You allege to have served the summons and original complaint on August 8, 2007. The answer therefore was due on August 28, 2007. An answer was filed on August 28, 2007. However, you claim to have served a First Amended Complaint on August 14, 2007, even though you had never filed the First Amended Complaint with the Court. You actually filed the First Amended Complaint on August 20, 2007. It is inconceivable that you served the First Amended Complaint without even having filed it with the Court yet. Going by the date that you first filed the First Amended Complaint with the Court, an answer to that First Amended Complaint is due on September 9, 2007. Your request for default is therefore premature, and our Answer timely filed.

In addition, we answered the original complaint on August 28, 2007. We called your office beforehand to get an extension of time, but you were conveniently not available. We then filed the answer without your giving us notice of the First Amended Complaint. After August 28, 2007 you were well aware that we were counsel of record, and that defendant Boardwalk intended on defending this action. You were aware that Boardwalk had appeared in the action through us, and that all pleadings and notices were to have been sent to us. Upon learning of the existence of the First

Amended Complaint, we immediately requested that you send us a copy so that we could properly respond. You failed to send us a copy. We were unable to obtain a copy on line. We finally obtained a copy through counsel for VW Credit. Despite having been aware of our intent to defend this action, and

9/11/2007

more specifically, to answer your first amended complaint, you filed the motion for default. Your actions were in bad faith, unprofessional (are you even licensed??), poor form, and have resulted in unnecessary proceedings. [28 USC §1927].

We hereby request that you immediately withdraw your motion. If we are forced to contest your default any further, we intend on seeking sanctions against you.

If you have any questions, please call me.

Very truly yours,

Patrick R. Co

*Claudia Gomez,*

Legal Assistant to Jeffrey M. Vucinich, Patrick R. Co,
Joshua W. Rose, Stephen V. Harrington
and James E. Burns
CLAPP, MORONEY, BELLAGAMBA & VUCINICH
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400
Fax: (650) 989-5499
E-mail: cgomez@clappmoroney.com

*This message and any attached documents contain information from the law firm of Clapp, Moroney, Bellagamba & Vucinich that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*