```
JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#: 200160
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX
```

Attorneys for Defendant
BOARDWALK AUTO CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>　　　Plaintiff,<br><br>v.<br><br>BOARDWALK AUTO CENTER, INC.;<br>VW CREDIT LEASING, LTD; AND<br>VOLKSWAGEN CREDIT, INC.,<br><br>　　　Defendants. | CASE NO.: C07-03884 PJH<br><br>**DECLARATION OF JOSHUA ROSE, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT**<br><br>Complaint filed: 07/30/07 |

I, JOSHUA W. ROSE, declare that:

　　　1.　　I am an attorney licensed to practice law in and before all of the Courts of the State of California and the United States District Court-Northern District of California, and am an associate of the law firm of Clapp, Moroney, Bellagamba and Vucinich, attorneys of record for defendant BOARDWALK AUTO CENTER, INC.

　　　2.　　2.　I have personal knowledge of the facts contained within this declaration except where such facts are stated on information and belief, in which instance I believe them to be true. If called upon to do so, I could and would provide competent testimony consistent with the statements made herein.

DECLARATION OF JOSHUA ROSE, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT; CASE NO.: C07-03884 PJH

1

G:\Data\DOCS\0173\03851\Opp.ReqEntryDefault.Dec.Rose

3.    On August 28, 2007, I received the partial file in this matter. At the time, I was unaware of the existence of the First Amended Complaint, and believed that the original Complaint was the operative Complaint.

4.    On August 28, 2007, I attempted to get an extension of time from plaintiff in order to respond to the original Complaint, calling plaintiff OMOREGIE and leaving two (2) voicemail messages for him, as well as one (1) page to the telephone listed on his pleadings, 917-805-8309. Mr. OMOREGIE never called back.

5.    On August 28, 2007, I also sent Mr. OMOREGIE an e-mail, to his e-mail address noted on his pleadings, oomoregie@gmail.com, informing him of our representation of defendant BOARDWALK AUTO CENTER, INC. and requesting an extension of time to respond to the Complaint. I specifically requested additional time to investigate the claim. Attached as **Exhibit 1** to this declaration is a true and correct copy of the e-mail I sent to Mr. OSAHON OMOREGIE on August 28, 2007. Mr. OMOREGIE never responded to this e-mail.

6.    On August 28, 2007 I prepared and filed an Answer to the original Complaint, a true and correct copy of the Answer is attached herein as **Exhibit 2.**

7.    The first contact that I ever had with Mr. OMOREGIE was when he sent me an e-mail on September 5, 2007, indicating that he applied for a default to be entered against my client for purportedly failing to respond to his First Amended Complaint. That e-mail is attached herein as **Exhibit 3.** That is the first time that I learned of the existence of his First Amended Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 11th day of September, 2007, at San Bruno, California.

_____
Joshua W. Rose, Esq.

DECLARATION OF JOSHUA ROSE, ESQ. IN
SUPPORT OF DEFENDANT BOARDWALK AUTO
CENTER, INC.'S OPPOSITION TO PLAINTIFF'S
REQUEST FOR ENTRY OF DEFAULT, OR IN THE
ALTERNATIVE TO SET ASIDE ENTRY OF
DEFAULT; CASE NO.: C07-03884 PJH

2

G:\Data\DOCS\0173\03851\
Opp.ReqEntryDefault.Dec.
Rose