# EXHIBIT "1"

## Joshua W. Rose

**From:** Joshua W. Rose
**Sent:** Tuesday, August 28, 2007 12:33 PM
**To:** 'oomoregie@gmail.com'
**Subject:** Omoregie v. Boardwalk
**Importance:** High

Hello Osahon,

Our firm has been retained to represent Boardwalk Auto Center in this action. We just got the file transferred to us today. I note that a responsive pleading is due, I believe today. Can you please provide us with a two (2) week extension in which to appropriately respond to your Complaint, as we need some time to investigate the claim? Thank you for your attention to this matter. I look forward to hearing from you.

Josh

Clapp, Moroney, Bellagamba & Vucinich
Joshua W. Rose, Esq.
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
tel. 650-989-5400
fax. 650-989-5499