```
JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
BOARDWALK AUTO CENTER, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOARDWALK AUTO CENTER, INC.;<br>VW CREDIT LEASING, LTD; AND<br>VOLKSWAGEN CREDIT, INC.,<br><br>　　　　Defendants. | CASE NO.: C07-03884 PJH<br><br>**DECLARATION OF CLAY A. COELHO, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT**<br><br>Complaint filed: 07/30/07 |

I, CLAY A. COELHO, declare that:

　　1.　　I am an attorney licensed to practice law in and before all of the Courts of the State of California, and am an associate of the law firm of MERRILL, NOMURA & MOLINEUX, LLP, corporate counsel for defendant BOARDWALK AUTO CENTER, INC.

　　2.　　On or about August 18, 2007, I contacted Mr. OMOREGIE to inform him of my firm's representation of BOARDWALK AUTO CENTER, INC. in this matter. At the time, I was unaware of the existence of a First Amended Complaint. A true and correct copy of the e-mail I sent to Mr. OMOREGIE is attached herein as *Exhibit 1*.

　　3.　　Mr. OMOREGIE responded to my e-mail on August 18, 2007 by stating that

DECLARATION OF CLAY A. COELHO, ESQ. IN SUPPORT OF
DEFENDANT BOARDWALK AUTO CENTER, INC.'S
OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF
DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY
OF DEFAULT
CASE NO. C07-03884 PJH

C:\Documents and
Settings\ccoelho\Local
Settings\Temporary Internet
Files\OLK41\Opp
ReqEntryDefault Dec Coelho.wpd

BOARDWALK had been served the complaint on the 8th. Mr. OMOREGIE refused to grant an extension or provide a proof of service as requested. At no time did he inform me of the existence of a First Amended Complaint. He also indicated that he would try to take a default on August 29, 2007. A true and correct copy of Mr. OMOREGIE's e-mail is attached herein as ***Exhibit 1.***

4. On or about August 22, 2007, I learned of the First Amended Complaint, and contacted Mr. OMOREGIE again. Mr. OMOREGIE refused to discuss the matter, and told me to check the Court file to determine what had been filed. He further stated that he was not to be contacted unless the court required it or to discuss settlement offers. A true and correct copy of the e-mail I sent to OMOREGIE is attached herein as ***Exhibit 1.***

5. Based on Mr. OMOREGIE's response, I was under the impression that he was going to file a motion for leave to file the First Amended Complaint, and that the operative complaint was the original complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 11th day of September, 2007, at Danville, California.

_____
Clay A. Coelho

DECLARATION OF CLAY A. COELHO, ESQ. IN SUPPORT OF
DEFENDANT BOARDWALK AUTO CENTER, INC.'S
OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF
DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY
OF DEFAULT
CASE NO. C07-03884 PJH                    2

C:\Documents and
Settings\ccoelho\Local
Settings\Temporary Internet
Files\OLK41\Opp
ReqEntryDefault Dec Coelho.wpd