# EXHIBIT "1"

# Clay Coelho

| | |
|---|---|
| From: | Osahon Omoregie [oomoregie@gmail.com] |
| Sent: | Wednesday, August 22, 2007 2:38 PM |
| To: | Clay Coelho |
| Subject: | Re: Omoregie v. Boarwalk Auto Center, Inc. |

Please check with the court to determine what has been filed.

At this point, I think it might be best if you only contact me regarding issues which the court requires we discuss or possible settlements offers.

Regards,
Osahon Omoregie

-----Original Message-----
From: "Clay Coelho" <CCoelho@merrillnomura.com>
Date: Wed, 22 Aug 2007 10:39:03
To:"Osahon Omoregie" <oomoregie@gmail.com>
Subject: RE: Omoregie v. Boarwalk Auto Center, Inc.


Mr. Omoregie:
    Thank you for confirming the date of service. We were actually able to confirm the date with the Court. We were just provided with a letter from our client attaching a First Amended Complaint that it appears that you will be filing. Your cover letter mentions a motion for leave to file the Complaint. Do you intend to file such a motion?

Clay Coelho

-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Saturday, August 18, 2007 2:03 AM
To: Clay Coelho
Subject: Re: Omoregie v. Boarwalk Auto Center, Inc.

Mr. Coelho,

I am sorry, but Boardwalk was served on the 8th, and prior to that their management had refused mail addressed to their registered agent of service advicing them of this suit; any delay in retaining you was due solely to their own deliberate negligence. On the 29th of August, I will ask the court clerk to enter a default judgment against Boardwalk if they have not responded to my complaint.

The proof of service against Boardwalk is currently being filed with the court. You may obtain a copy of it there.

Regards,
Osahon Omoregie

-----Original Message-----
From: "Clay Coelho" <CCoelho@merrillnomura.com>
Date: Fri, 17 Aug 2007 15:55:45
To:<oomoregie@gmail.com>
Subject: Omoregie v. Boarwalk Auto Center, Inc.


Dear Mr. Omoregie:

    Our office has been retained to represent Boardwalk Auto Center in the above matter. We have just been provided with a copy of the Complaint filed by you. We do not have a copy of the proof of service. Please fax a copy of the proof of service to the fax

1

number below. In the meantime, we request a 10 day extension of time to respond to your Complaint. If that is acceptable to you, please let us know by Monday, August 20, 2007. Thank you for your anticipated cooperation.

Clay A Coelho, Esq.
Merrill, Nomura & Molineux, LLP
350 Rose Street
Danville, CA 94526
Phone: (925) 833-1000 ext. 5
Fax: (925) 833-1001
ccoelho@merrillnomura.com <mailto:ccoelho@merrillnomura.com>

CONFIDENTIALITY NOTICE: The information in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may concern confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.