JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
BOARDWALK AUTO CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>Plaintiff,<br><br>v.<br><br>BOARDWALK AUTO CENTER, INC.;<br>VW CREDIT LEASING, LTD; AND<br>VOLKSWAGEN CREDIT, INC.,<br><br>Defendants. | CASE NO.: C07-03884 PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  November 7, 2007<br>Time:  9:00am<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton<br><br>Complaint filed: 07/30/07 |

**OSAHON OMOREGIE v. BOARDWALK AUTO CENTER, INC., et al.**
United States District Court, Northern District of California Case No. C07-03884 PJH

### CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

1. **DEFENDANT BOARDWALK AUTO CENTER, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, AND/OR IN THE ALTERNATIVE MOTION TO SET ASIDE ENTRY OF DEFAULT**

2. **DECLARATION OF PATRICK R. CO, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT**

3. **DECLARATION OF JOSHUA ROSE, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT**

4. **DECLARATION OF CLAY A. COELHO, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Oshahon Omoregie<br>In Pro Per<br>42 Otsego Avenue<br>New Rochelle, NY 10804<br>Tel: (917) 805-8309<br>Fax: (413) 803-5514<br>e-mail: oomoregie@gmail.com<br>***Plaintiff in Pro Per*** | Lisa M. Simonetti, Esq.<br>Brian C. Frontino, Esq.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Tel: (310) 556-5943<br>Fax: (310) 556-5959<br>e-mail: bfrontino@stroock.com<br>***Attys for Defendants VW Credit Leasing, LTD. and Volkswagen Credit, Inc.*** |

☐ (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:

---

☐ (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

☐ (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

☒ (BY ECF PACER) I caused to be delivered by ECF Pacer this date each of the above documents, for which our office will maintain the ECF Pacer filing receipt, to the following:

Executed on October 10, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Claudia Gomez*

CERTIFICATE OF SERVICE
CASE NO. C07-03884 PJH

G:\Data\DOCS\0173\03851\OppDefault\Opp.ReqEntryDef.POS