UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSAHON OMOREGIE,

    Plaintiff,

    v.

BOARDWALK AUTO CENTER, INC., et al.,

    Defendants.

_____/

No. C 07-3884 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Please note that, in order to consolidate hearings so that only one appearance is necessary, the hearing on plaintiff's motion for sanctions and motion to direct the clerk to enter default, which was previously set for November 7, 2007, at 9:00 a.m., has been CONTINUED to November 14, 2007, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED**.

Dated: October 17, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge