# EXHIBIT "5"

# CLAPP MORONEY | BELLAGAMBA VUCINICH

A PROFESSIONAL LAW CORPORATION

October 2, 2007

Reply to: San Bruno
**Patrick R. Co**
pco@clappmoroney.com

**VIA E-MAIL AND U.S. MAIL**

Oshahon Omoregie
In Pro Per
42 Otsego Avenue
New Rochelle, NY 10804

Re: **_Osahon Omoregie v. Boardwalk Auto Center, et al._**
United Stated District Court, Northern District of California Case No. C07-03884 PJH
Our Client:    Boardwalk Auto Center, Inc.
Our File No.:  0173-03851

Dear Mr. Omoregie:

We are in receipt of your Motion for Rule 11 sanctions.

We received the file on August 28, 2007. We note that you refused to grant an extension of time to respond to the original complaint. We left two voicemail messages for you, and one page. You conveniently made yourself available to take our phone calls or otherwise respond to our requests to you. As a result, we were forced to answer the complaint with what information we had available at the time in order to protect our client's interests. After filing the answer, we made an appointment to meet with the clients (BOARDWALK) on September 6, 2007.

You however contacted us on September 5, 2007, and informed us that you were going to attempt to enter default against BOARDWALK on the First Amended Complaint. That is the first time we were made aware of a First Amended Complaint. We requested that you send us a copy of that First Amended Complaint so that we could appropriately respond to it. However, you refused to send us a copy, and refused to withdraw your request for a default. We filed that Answer on September 6, 2007. That answer was prepared based on the investigation we had conducted thus far.

G:\Data\DOCS\0173\03851\100207ltr.plf

www.clappmoroney.com

SAN FRANCISCO/PENINSULA
■ 1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
TEL 650.989.5400
FAX 650.989.5499

EAST BAY/CENTRAL VALLEY
■ 6130 Stoneridge Mall Road, Suite 275
Post Office Box 8003.8603
Pleasanton, CA 94588-3237
TEL 925.734.0990
FAX 925.734.0888

SAN JOSE/SOUTH BAY
■ 25 Metro Drive, Suite 600
San Jose, CA 95110
TEL 408.292.2378
FAX 408.292.8063

Oshahon Omoregie
October 2, 2007
Page 2

However, we still had not yet met with the client to obtain further information, since that meeting was scheduled for later that day. Due to your lack of cooperation, (professional cooperation, since you are, presumably a law school graduate from Stanford, and an associate at large New York firm), we were again forced to enter an Answer on behalf of BOARDWALK to protect the client's interests. (That was prudent on our part, since you in fact made good on your threat and attempted to enter a default.)

We have now met with the client. We are prepared to amend our answer to update that answer with the information we now have on this case. We will forward you that answer, along with a stipulation to allow us to file that answer. That should obviate the need for your motion.

In addition, we could easily resolve this, and other issues, by discussing them before filing these motions. I consider your failure to do so vexatious, resulting in unnecessary pleadings. I hope its not an effort on your part to drive up the cost of this litigation. Please call us in the future before resorting to these unnecessary pleadings.

Very truly yours,

Patrick R. Co

# Claudia Gomez

**From:** Osahon Omoregie [oomoregie@gmail.com]
**Sent:** Wednesday, October 03, 2007 9:55 AM
**To:** Patrick R. Co
**Cc:** Joshua W. Rose; Jeffrey Vucinich; Claudia Gomez
**Subject:** RE: Omoregie v. Boardwalk Auto Center (0173-03665)

Mr. Co,

This is the second letter that I have received from you in which you were insulting, condescending, and made unwarranted insinuations. From this point forward, please personally refrain from contacting me. If your client or your firm needs to contact me, please have another attorney in your firm do it. The next time I receive a letter of this 'quality' from anyone in your firm, I will immediately stop reading it and not respond.

Regards,
Osahon Omoregie

-----Original Message-----
From: Claudia Gomez [mailto:CGomez@clappmoroney.com]
Sent: Wednesday, October 03, 2007 11:48 AM
To: oomoregie@gmail.com
Cc: Patrick R. Co; Joshua W. Rose; Jeffrey Vucinich
Subject: RE: Omoregie v. Boardwalk Auto Center (0173-03665)

Mr. Omoregie:

   Per your request:

Dear Mr. Omoregie:

   We are in receipt of your Motion for Rule 11 sanctions.

   We received the file on August 28, 2007. We note that you refused to grant an extension of time to respond to the original complaint. We left two voicemail messages for you, and one page. You conveniently made yourself available to take our phone calls or otherwise respond to our requests to you. As a result, we were forced to answer the complaint with what information we had available at the time in order to protect our client's interests. After filing the answer, we made an appointment to meet with the clients (BOARDWALK) on September 6, 2007.

   You however contacted us on September 5, 2007, and informed us that you were going to attempt to enter default against BOARDWALK on the First Amended Complaint. That is the first time we were made aware of a First Amended Complaint. We requested that you send us a copy of that First Amended Complaint so that we could appropriately respond to it. However, you refused to send us a copy, and refused to withdraw your request for a default. We filed that Answer on September 6, 2007. That answer was prepared based on the investigation we had conducted thus far. However, we still had not yet met with the client to obtain further information, since that meeting was scheduled for later that day. Due to your lack of cooperation, (professional cooperation, since you are, presumably a law school graduate from Stanford, and an associate at large New York firm), we were again forced to enter an Answer on behalf of BOARDWALK to protect the client's interests. (That was prudent on our part, since you in fact made good on your threat and attempted to enter a default.)

   We have now met with the client. We are prepared to amend our answer to update that answer with the information we now have on this case. We will forward you that answer, along with a stipulation to allow us to file that answer. That should obviate the need for your motion.

   In addition, we could easily resolve this, and other issues, by discussing them before filing these motions. I consider your failure to do so vexatious, resulting in unnecessary pleadings. I hope its not an effort on your part to drive up the cost of this

1

litigation. Please call us in the future before resorting to these unnecessary pleadings.

Very truly yours,


Patrick R. Co


-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Tuesday, October 02, 2007 5:08 PM
To: Claudia Gomez
Subject: Re: Omoregie v. Boardwalk Auto Center (0173-03665)

Can you please send this as a normal email.

Thanks.

-----Original Message-----
From: "Claudia Gomez" <CGomez@clappmoroney.com>

Date: Tue, 2 Oct 2007 16:54:28
To:"Osahon Omoregie" <oomoregie@gmail.com> Cc:"Jeffrey Vucinich"
<JVucinich@clappmoroney.com>,"Patrick R. Co"
<PCo@clappmoroney.com>,"Joshua W. Rose" <JRose@clappmoroney.com>
Subject: Omoregie v. Boardwalk Auto Center (0173-03665)


Dear Mr. Omoregie

    Enclosed please find our correspondence dated October 2, 2007, in the above-referenced
matter. This document is being sent in PDF format.
If you experience a problem with the attachment or its readability, please do not hesitate
to contact the undersigned. Thank you.

Very truly yours,

Claudia Gomez,
Legal Assistant to Jeffrey M. Vucinich, Patrick R. Co, Joshua W. Rose, Stephen V.
Harrington and James E. Burns CLAPP, MORONEY, BELLAGAMBA & VUCINICH
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400
Fax: (650) 989-5499
E-mail: cgomez@clappmoroney.com <mailto:cgomez@clappmoroney.com>

This message and any attached documents contain information from the law firm of Clapp,
Moroney, Bellagamba & Vucinich that may be confidential and/or privileged. If you are not
the intended recipient, you may not read, copy, distribute, or use this information. If
you have received this transmission in error, please notify the sender immediately by
reply e-mail and then delete this message.

2