# EXHIBIT "7"

1  JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
   PATRICK R. CO, ESQ. BAR#: 200160
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA 94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendant
   BOARDWALK AUTO CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>Plaintiff,<br><br>v.<br><br>BOARDWALK AUTO CENTER, INC.;<br>VW CREDIT LEASING, LTD; AND<br>VOLKSWAGEN CREDIT, INC.,<br><br>Defendants. | CASE NO.: C07-03884 PJH<br><br>**STIPULATION TO ALLOW FILING OF DEFENDANT BOARDWALK AUTO CENTER'S FIRST AMENDED ANSWER**<br><br>Complaint filed: 07/30/07 |

IT IS HEREBY STIPULATED AND AGREED by the plaintiff, OSAHON OMOREGIE, in pro per, and defendants BOARDWALK AUTO CENTER, INC.; VW CREDIT LEASING, LTD; AND VOLKSWAGEN CREDIT, INC., through their counsel of record, to allow defendant BOARDWALK AUTO CENTER to file the First Amended Answer, attached herein as *Exhibit 1*, to plaintiff's First Amended Complaint. The parties further agree that this stipulation may be executed in counterparts, and that copies of signatures shall have the same force as originals.

IT IS SO STIPULATED.

Dated: _____
             Patrick R. Co
             Attorney for Defendant
             BOARDWALK AUTO CENTER

Dated: _____
OSAHON OMOREGIE
Plaintiff, in pro per


Dated: _____
Brian Frontino, Esq.
Attorney for Defendants,
VW CREDIT LEASING, LTD; AND VOLKSWAGEN CREDIT, INC.

## ORDER

After consideration of **STIPULATION TO ALLOW FILING OF DEFENDANT BOARDWALK AUTO CENTER'S FIRST AMENDED ANSWER**, and after consideration of the FIRST AMENDED ANSWER, the court has determined there is good cause to allow filing of the First Amended Answer by BOARDWALK AUTO CENTER, and ORDERS that defendant BOARDWALK AUTO CENTER shall be allowed to file its FIRST AMENDED ANSWER to plaintiff's FIRST AMENDED COMPLAINT. The FIRST AMENDED ANSWER shall be filed within 10 days of entry of this order.

IT IS SO ORDERED.

Dated: _____
United States District Court Judge