# EXHIBIT "10"

JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant
BOARDWALK AUTO CENTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE, <br><br> Plaintiff, <br><br> v. <br><br> BOARDWALK AUTO CENTER, INC.; VW CREDIT LEASING, LTD; AND VOLKSWAGEN CREDIT, INC., <br><br> Defendants. | CASE NO.: C07-03884 PJH <br><br> **DECLARATION OF CLAY A. COELHO, ESQ. IN SUPPORT OF DEFENDANT BOARDWALK AUTO CENTER, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY OF DEFAULT** <br><br> Complaint filed: 07/30/07 |

I, CLAY A. COELHO, declare that:

1.  I am an attorney licensed to practice law in and before all of the Courts of the State of California, and am an associate of the law firm of MERRILL, NOMURA & MOLINEUX, LLP, corporate counsel for defendant BOARDWALK AUTO CENTER, INC.

2.  On or about August 18, 2007, I contacted Mr. OMOREGIE to inform him of my firm's representation of BOARDWALK AUTO CENTER, INC. in this matter. At the time, I was unaware of the existence of a First Amended Complaint. A true and correct copy of the e-mail I sent to Mr. OMOREGIE is attached herein as *Exhibit 1*.

3.  Mr. OMOREGIE responded to my e-mail on August 18, 2007 by stating that

DECLARATION OF CLAY A. COELHO, ESQ. IN SUPPORT OF
DEFENDANT BOARDWALK AUTO CENTER, INC.'S
OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF
DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY
OF DEFAULT
CASE NO. C07-03884 PJH

C:\Documents and Settings\ccoelho\Local Settings\Temporary Internet Files\OLK41\Opp ReqEntryDefault Dec Coelho.wpd

1  BOARDWALK had been served the complaint on the 8th. Mr. OMOREGIE refused to grant an
2  extension or provide a proof of service as requested. At no time did he inform me of the existence of
3  a First Amended Complaint. He also indicated that he would try to take a default on August 29, 2007.
4  A true and correct copy of Mr. OMOREGIE's e-mail is attached herein as *Exhibit 1.*

5       4.   On or about August 22, 2007, I learned of the First Amended Complaint, and contacted
6  Mr. OMOREGIE again. Mr. OMOREGIE refused to discuss the matter, and told me to check the
7  Court file to determine what had been filed. He further stated that he was not to be contacted unless
8  the court required it or to discuss settlement offers. A true and correct copy of the e-mail I sent to
9  OMOREGIE is attached herein as *Exhibit 1.*

10      5.   Based on Mr. OMOREGIE's response, I was under the impression that he was going
11 to file a motion for leave to file the First Amended Complaint, and that the operative complaint was
12 the original complaint.

13      I declare under penalty of perjury under the laws of the State of California that the foregoing
14 is true and correct.

15      Executed on this 11th day of September, 2007, at Danville, California.

19                                                              Clay A. Coelho

28 DECLARATION OF CLAY A. COELHO, ESQ. IN SUPPORT OF
   DEFENDANT BOARDWALK AUTO CENTER, INC.'S
   OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF
   DEFAULT, OR IN THE ALTERNATIVE TO SET ASIDE ENTRY
   OF DEFAULT
   CASE NO. C07-03884 PJH                           2

C:\Documents and
Settings\ccoelho\Local
Settings\Temporary Internet
Files\OLK41\Opp
ReqEntryDefault Dec Coelho.wpd

Case 3:07-cv-03884-PJH    Document 47-11    Filed 10/17/2007    Page 4 of 7

# EXHIBIT "1"

**Clay Coelho**

| | |
|---|---|
| From: | Osahon Omoregie [oomoregie@gmail.com] |
| Sent: | Wednesday, August 22, 2007 2:38 PM |
| To: | Clay Coelho |
| Subject: | Re: Omoregie v. Boarwalk Auto Center, Inc. |

Please check with the court to determine what has been filed.

At this point, I think it might be best if you only contact me regarding issues which the court requires we discuss or possible settlements offers.

Regards,
Osahon Omoregie

-----Original Message-----
From: "Clay Coelho" <CCoelho@merrillnomura.com>

Date: Wed, 22 Aug 2007 10:39:03
To:"Osahon Omoregie" <oomoregie@gmail.com>
Subject: RE: Omoregie v. Boarwalk Auto Center, Inc.


Mr. Omoregie:
    Thank you for confirming the date of service. We were actually able to confirm the date with the Court. We were just provided with a letter from our client attaching a First Amended Complaint that it appears that you will be filing. Your cover letter mentions a motion for leave to file the Complaint. Do you intend to file such a motion?

Clay Coelho

-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Saturday, August 18, 2007 2:03 AM
To: Clay Coelho
Subject: Re: Omoregie v. Boarwalk Auto Center, Inc.

Mr. Coelho,

I am sorry, but Boardwalk was served on the 8th, and prior to that their management had refused mail addressed to their registered agent of service advicing them of this suit; any delay in retaining you was due solely to their own deliberate negligence. On the 29th of August, I will ask the court clerk to enter a default judgment against Boardwalk if they have not responded to my complaint.

The proof of service against Boardwalk is currently being filed with the court. You may obtain a copy of it there.

Regards,
Osahon Omoregie

-----Original Message-----
From: "Clay Coelho" <CCoelho@merrillnomura.com>

Date: Fri, 17 Aug 2007 15:55:45
To:<oomoregie@gmail.com>
Subject: Omoregie v. Boarwalk Auto Center, Inc.


Dear Mr. Omoregie:
    Our office has been retained to represent Boardwalk Auto Center in the above matter. We have just been provided with a copy of the Complaint filed by you. We do not have a copy of the proof of service. Please fax a copy of the proof of service to the fax

1

number below. In the meantime, we request a 10 day extension of time to respond to your Complaint. If that is acceptable to you, please let us know by Monday, August 20, 2007.

Thank you for your anticipated cooperation.

Clay A Coelho, Esq.
Merrill, Nomura & Molineux, LLP
350 Rose Street
Danville, CA 94526
Phone: (925) 833-1000 ext. 5
Fax: (925) 833-1001
ccoelho@merrillnomura.com <mailto:ccoelho@merrillnomura.com>

CONFIDENTIALITY NOTICE: The information in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may concern confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.