1  STROOCK & STROOCK & LAVAN LLP
   LISA M. SIMONETTI (State Bar No. 165996)
2  BRIAN C. FRONTINO (State Bar No. 222032)
   2029 Century Park East
3  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   lacalendar@stroock.com
5
   Attorneys for Defendant
6      VW CREDIT LEASING, LTD. and
       VW CREDIT, INC. aka VOLKSWAGEN
7      CREDIT, INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 OSAHON OMOREGIE,                         ) Case No. C 07-03884 PJH
                                            )
13         Plaintiff(s),                    ) **AMENDED PROOF OF SERVICE OF:**
                                            ) **(1) OPPOSITION OF DEFENDANTS VW**
14     vs.                                  ) **CREDIT LEASING, LTD. AND**
                                            ) **VOLKSWAGEN CREDIT, INC. TO**
15 BOARDWALK AUTO CENTER, INC. and          ) **PLAINTIFF'S REQUEST FOR ENTRY**
   VW CREDIT LEASING LTD. And               ) **OF DEFAULT; (2) OPPOSITION OF**
16 VOLKSWAGEN CREDIT, INC.                  ) **STROOCK & STROOCK & LAVAN LLP**
                                            ) **AND BRIAN C. FRONTINO TO**
17         Defendant(s).                    ) **PLAINTIFF'S MOTION FOR**
                                            ) **SANCTIONS; AND (3) DECLARATION**
18                                          ) **OF BRIAN C. FRONTINO IN SUPPORT**
                                            ) **OF OPPOSITION OF DEFENDANTS VW**
19                                          ) **CREDIT LEASING, LTD. AND**
                                            ) **VOLKSWAGEN CREDIT, INC. TO**
20                                          ) **PLAINTIFF'S MOTION TO DIRECT**
                                            ) **ENTRY OF DEFAULTS AND**
21                                          ) **OPPOSITION TO MOTION FOR**
                                            ) **SANCTIONS**
22                                          )
                                            ) Hearing Date:
23                                          ) Date:   November 14, 2007
                                            ) Time:   9:00 a.m.
24 _____ ) Crtrm:  3

25

26

27

28
   LA 51004158v1
                           AMENDED PROOF OF SERVICE
                            Case No. C 07-03884 PJH

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )  ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1600, Los Angeles, California 90067-3086.

On October 17, 2007, I served the following document(s) described as: **(1) OPPOSITION OF DEFENDANTS VW CREDIT LEASING, LTD. AND VOLKSWAGEN CREDIT, INC. TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT; (2) OPPOSITION OF STROOCK & STROOCK & LAVAN LLP AND BRIAN C. FRONTINO TO PLAINTIFF'S MOTION FOR SANCTIONS; and (3) DECLARATION OF BRIAN C. FRONTINO IN SUPPORT OF OPPOSITION OF DEFENDANTS VW CREDIT LEASING, LTD. AND VOLKSWAGEN CREDIT, INC. TO PLAINTIFF'S MOTION TO DIRECT ENTRY OF DEFAULTS AND OPPOSITION TO MOTION FOR SANCTIONS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Osahon Omoregie<br>42 Otsego Avenue<br>New Rochelle, New York 10804<br>Telephone: (917) 805-8309<br>Facsimile: (413) 803-5514<br>oomoregie@gmail.com | Patrick R. Co, Esq.<br>Clapp Moroney Bellagamba Vucinich<br>1111 Bayhill Drive, Suite 300<br>San Bruno, California 94066<br>Telephone: (650) 989-5400<br>Facsimile: (650) 989-5499<br>pco@clappmoroney.com. |

☒ **(VIA ELECTRONIC MAIL DELIVERY)** By causing the above listed document(s) to be delivered to the person(s) at the email address(es) set forth above.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

☐ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the United States District Court's, Northern District of California electronic case filing service, on October 17, 2007. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 17, 2007, at Los Angeles, California.

| | |
|---|---|
| Brian C. Frontino | /s/ Brian C. Frontino |
| [Type or Print Name] | [Signature] |

LA 51004158v1

AMENDED PROOF OF SERVICE
Case No. C 07-03884 PJH