# Exhibit A

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Thursday, August 02, 2007 8:10 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 7005 3110 0002 6685 2932 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7005 3110 0002 6685 2932

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | REDWOOD CITY CA 94063 | 08/02/07 10:58am |
| Refused | REDWOOD CITY CA 94063 | 08/02/07 10:57am |
| Acceptance | STANFORD CA 94305 | 07/31/07 11:51am |

Reminder: Track & Confirm by email

Date of email request:  08/01/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm



Date: 08/03/2007

Osahon Omoregie:

The following is in response to your 08/01/2007 request for delivery information on your Certified item number 7005 3110 0002 6685 2932. The delivery record shows that this item was delivered on 08/02/2007 at 10:58 AM in REDWOOD CITY, CA 94063. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

# Exhibit B

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Friday, August 10, 2007 9:06 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 7006 2150 0001 2220 4387 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7006 2150 0001 2220 4387

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Refused | REDWOOD CITY CA 94063 | 08/10/07 10:17am |
| Acceptance | NEW ROCHELLE NY 10804 | 08/06/07  4:52pm |

Reminder: Track & Confirm by email

Date of email request:  08/10/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at
http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

# Exhibit C



**Refused**

U.S. POSTAGE
PALO ALTO, CH
JUL 31 07
**$5.31**
00031403-04
AMOUNT

94063

0000

UNITED STATES
POSTAL SERVICE

7005 3110 0002 6685 2932

**Handle with Care**

REASON CHECKED:
Unclaimed
Refused
Insufficient Address
No Such Number
No Such Office
No Such Street
...

**TO:** Jamie G. Kopf,
Agent for Service of Process
Boardwalk Auto Center
1 Bair Island Rd.
Redwood City, Ca 94063

41 Otego Ave.
New Rochelle, NY
10804

Bubble Mailer

Scotch

3M

# Exhibit D

| | | | | | For Court Use Only |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:* <br> Osahon Omoregie <br> 42 Otsego Ave. <br> New Rochelle, NY  10804 <br> *Telephone No:* 917 805-8309    *FAX No:* 413 803-5514 | | | | | |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

**UNITED STATES DISTRICT COURT**

*Plaintiff:* Osahon Omoregie

*Defendant:* Boardwalk Auto Center, Inc., etal

| **PROOF OF SERVICE** <br> **SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C07-03884 JCS |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS; Complaint/Demand for Jury Trial

3.  a. *Party served:*        Boardwalk Auto Center
     b. *Person served:*      party in item 3.a. by serving Jeff Seife, General Manager

4.  *Address where the party was served:*  One Bair Island Road
                  Redwood City, CA

5.  *I served the party:*
     a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 08, 2007 (2) at: 3:15PM

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
     a. as an individual defendant

7.  ***Person Who Served Papers:***           Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. Sylvia P. Doneza        d.  ***The Fee*** *for Service was:* $80.00
     **b. S&R Services**         e.  I am: (3)  registered California process server
      851 Cherry Avenue #27-105      *(i)* Owner
      San Bruno, CA  94066       *(ii)* *Registration No.:*  672
     c. (650) 794-1923, FAX (650) 794-1943   *(iii)* *County:*     San Francisco
                       *(iv)* *Expiration Date:* Sat, Dec. 06, 2008

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Aug. 08, 2007

**Judicial Council Form POS-010** <br> **Rule 982.9.(a)&(b) Rev January 1, 2007**       **PROOF OF SERVICE** <br> **SUMMONS**       *(Sylvia P. Doneza)*    *osomo.1081*

# Exhibit E

ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-03884-PJH


Omoregie v. Boardwalk Auto Center, Inc. et al          Date Filed: 07/30/2007
Assigned to: Hon. Phyllis J. Hamilton                  Jury Demand: Both
Cause: 15:1681 Fair Credit Reporting Act               Nature of Suit: 480 Consumer Credit
                                                       Jurisdiction: Federal Question

**Plaintiff**

**Osahon Omoregie**                   represented by   **Osahon Omoregie**
                                                       42 Otsego Avenue
                                                       New Rochelle, NY 10804
                                                       917-805-8309
                                                       Fax: 413-803-5514
                                                       Email: oomoregie@gmail.com
                                                       *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Boardwalk Auto Center, Inc.**       represented by   **Jeffrey Michael Vucinich**
                                                       Clapp Moroney Bellagamba & Vucinich
                                                       1111 Bayhill Drive
                                                       Suite 300
                                                       San Bruno, CA 94066
                                                       650-989-5400
                                                       Fax: 650-989-5499
                                                       Email: jvucinich@clappmoroney.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joshua W. Rose**
                                                       Clapp Moroney Bellagamba and Vucinich
                                                       1111 Bayhill Drive
                                                       Suite 300
                                                       San Bruno, CA 94066
                                                       650-989-5400
                                                       Fax: 650-989-5499
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**VW Credit Leasing, LTD.**           represented by   **Lisa Marie Simonetti**
                                                       Stroock & Stroock & Lavan LLP
                                                       2029 Century Park East

Suite 1800
Los Angeles, CA 90067-3086
310-556-5800
Fax: 310-556-5959
Email: lsimonetti@stroock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Frontino**
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086
310-556-5800
Fax: 310-556-5959
Email: bfrontino@stroock.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**VW Credit, Inc.**        represented by   **Lisa Marie Simonetti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Frontino**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 | 1 | COMPLAINT; Demand for Jury Trial against Boardwalk Auto Center, Inc., VW Credit Leasing, LTD., Volkswagen Credit, Inc. (Filing fee $ 350.00, receipt number 44611001039). Filed by Osahon Omoregie. (gba, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 07/30/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/26/2007. Case Management Conference set for 11/2/2007 01:30 PM. (Attachments: # 1 CMC Standing Order# 2 JCS Standing Order# 3 New Standing Order)(gba, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 07/30/2007 | | Summons Issued as to Boardwalk Auto Center, Inc., VW Credit Leasing, LTD., Volkswagen Credit, Inc.. (gba, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 07/30/2007 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 7/30/2007) (Entered: 07/31/2007) |
| 08/13/2007 | 3 | CONSENT to Proceed Before a US Magistrate Judge by Osahon Omoregie. (gba, COURT STAFF) (Filed on 8/13/2007) (Entered: 08/13/2007) |

| 08/20/2007 | 4 | FIRST AMENDED COMPLAINT against Boardwalk Auto Center, Inc., VW Credit Leasing, LTD., Volkswagen Credit, Inc.. Filed by Osahon Omoregie. (gba, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/20/2007 | 5 | MOTION to E-File filed by Osahon Omoregie. Motion Hearing set for 9/28/2007 09:30 AM in Courtroom A, 15th Floor, San Francisco. (gba, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/20/2007 | 6 | SUMMONS Returned Executed by Osahon Omoregie. Boardwalk Auto Center, Inc. served on 8/8/2007, answer due 8/28/2007; VW Credit Leasing, LTD. served on 8/14/2007, answer due 9/4/2007; Volkswagen Credit, Inc. served on 8/14/2007, answer due 9/4/2007. (gba, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/24/2007 | 7 | ORDER, by Judge Joseph C. Spero, signed 8/22/7, granting [5] Plaintiff's Motion for E-filing (klh, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/28/2007 | 8 | ANSWER to [1] Complaint with Jury Demand by Boardwalk Auto Center, Inc. (Vucinich, Jeffrey) (Filed on 8/28/2007) Modified on 9/12/2007 (far, COURT STAFF). (Entered: 08/28/2007) |
| 08/30/2007 | 9 | CLERK'S NOTICE TO DEFENDANT BOARDWALK AUTO CENTER RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by SEPT. 13, 2007. (klh, COURT STAFF) (Filed on 8/30/2007) (Entered: 08/30/2007) |
| 09/05/2007 | 10 | MOTION for Entry of Default *Against Defendant Boardwalk Auto Center, Inc.* filed by Osahon Omoregie. (Omoregie, Osahon) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/05/2007 | 11 | Declaration of Osahon Omoregie in Support of 10 MOTION for Entry of Default *Against Defendant Boardwalk Auto Center, Inc.* filed byOsahon Omoregie. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Related document(s)10) (Omoregie, Osahon) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/05/2007 | 12 | MOTION for Entry of Default *Against Defendants VW Credit Leasing, Ltd. and VW Credit, Inc.* filed by Osahon Omoregie. (Omoregie, Osahon) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/05/2007 | 13 | Declaration of Osahon Omoregie in Support of 12 MOTION for Entry of Default *Against Defendants VW Credit Leasing, Ltd. and VW Credit, Inc.* filed byOsahon Omoregie. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Related document(s)12) (Omoregie, Osahon) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/05/2007 | 14 | Declination to Proceed Before a U.S. Magistrate Judge by VW Credit Leasing, LTD., Volkswagen Credit, Inc.. (Frontino, Brian) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/06/2007 | 15 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 9/6/2007) (Entered: 09/06/2007) |
| 09/06/2007 | 16 | Declination to Proceed Before a U.S. Magistrate Judge by Boardwalk Auto Center, Inc. *and Request for Reassignment to a United States District Judge*. (Vucinich, Jeffrey) (Filed on 9/6/2007) (Entered: 09/06/2007) |

| 09/06/2007 | 17 | ANSWER to [4] Amended Complaint *WITH JURY TRIAL DEMANDED* by Boardwalk Auto Center, Inc. (Vucinich, Jeffrey) (Filed on 9/6/2007) Modified on 9/7/2007 (far, COURT STAFF). (Entered: 09/06/2007) |
| --- | --- | --- |
| 09/06/2007 | 18 | ORDER REASSIGNING CASE. Case reassigned to Judge Phyllis J. Hamilton for all further proceedings. Judge Joseph C. Spero no longer assigned to the case. Signed by Judge Executive Committee on 09/06/07. (mab, COURT STAFF) (Filed on 9/6/2007) (Entered: 09/06/2007) |
| 09/06/2007 | 19 | MEMORANDUM in Opposition to 12 Plaintiff's Request for Entry of Default and REQUEST for SANCTIONS filed by VW Credit Leasing, LTD., Volkswagen Credit, Inc. (Frontino, Brian) (Filed on 9/6/2007) Modified on 9/7/2007 (far, COURT STAFF). (Entered: 09/06/2007) |
| 09/06/2007 | 20 | Declaration of Brian C. Frontino in Support of 19 Memorandum in Opposition, *To Plaintiff's Request for Entry of Default and Request for Sanctions* filed by VW Credit Leasing, LTD., Volkswagen Credit, Inc.. (Related document(s) 19) (Frontino, Brian) (Filed on 9/6/2007) (Entered: 09/06/2007) |
| 09/07/2007 | 21 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. Hamilton on 9/7/07. (nah, COURT STAFF) (Filed on 9/7/2007) (Entered: 09/07/2007) |
| 09/07/2007 | | Set Deadlines/Hearings: Case Management Statement due by 11/1/2007. Case Management Conference set for 11/8/2007 02:30 PM. (nah, COURT STAFF) (Filed on 9/7/2007) (Entered: 09/07/2007) |
| 09/12/2007 | 22 | Clerk's DECLINATION OF DEFAULT as to Defendants Boardwalk Auto Center, Inc., VW Credit Leasing, Ltd. and VW Credit, Inc. (Related documents(s) 12, 10) (far, COURT STAFF) (Filed on 9/12/2007) (Entered: 09/12/2007) |



# Exhibit F

## CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was made upon the following defendants, not known to have counsel, via U.S. mail on the 14th day of August, 2005.

Boardwalk Auto Center, Inc.
Jamie G. Kopf
Agent for Service of Process
1 Bair Island Rd.
Redwood City, CA 94063

VW Credit Leasing, Ltd.
Wilmington Trust Company
Registered Agent
Rodney Square North
1100th N. Market Street
Wilmington, DE 19890

VW Credit, Inc.
C T Corporation System
Agent for Service of Process
818 West Seventh St
Los Angeles, CA 90017

Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

FIRST AMENDED COMPLAINT

# Exhibit G

**Osahon Omoregie**

| | |
|---|---|
| **From:** | Clay Coelho [CCoelho@merrillnomura.com] |
| **Sent:** | Friday, August 17, 2007 6:56 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | Omoregie v. Boarwalk Auto Center, Inc. |

Dear Mr. Omoregie:

     Our office has been retained to represent Boardwalk Auto Center in the above matter.  We have just been provided with a copy of the Complaint filed by you. We do not have a copy of the proof of service. Please fax a copy of the proof of service to the fax number below.  In the meantime, we request a 10 day extension of time to respond to your Complaint. If that is acceptable to you, please let us know by Monday, August 20, 2007.
     Thank you for your anticipated cooperation.

Clay A Coelho, Esq.
**Merrill, Nomura & Molineux, LLP**
350 Rose Street
Danville, CA 94526
Phone:  (925) 833-1000 ext. 5
Fax:  (925) 833-1001
ccoelho@merrillnomura.com


CONFIDENTIALITY NOTICE: The information in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may concern confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.

# Exhibit H

**Osahon Omoregie**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Friday, August 17, 2007 8:09 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | USPS Shipment Info for 0306 2400 0001 4767 3984 |

This is a post-only message. Please do not respond.

Osahon Omoregie has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 0306 2400 0001 4767 3984

Service Type: DELIVERY CONFIRMATION

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | REDWOOD CITY CA 94063 | 08/17/07 10:07am |
| Acceptance | NEW ROCHELLE NY 10804 | 08/14/07  4:27pm |

Reminder: Track & Confirm by email

Date of email request:  08/17/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

--------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

# Exhibit I

**Osahon Omoregie**

| | |
|---|---|
| **From:** | Joshua W. Rose [JRose@clappmoroney.com] |
| **Sent:** | Tuesday, August 28, 2007 3:33 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | Omoregie v. Boardwalk |

**Importance:**      High

Hello Osahon,

Our firm has been retained to represent Boardwalk Auto Center in this action.  We just got the file transferred to us today.  I note that a responsive pleading is due, I believe today.  Can you please provide us with a two (2) week extension in which to appropriately respond to your Complaint, as we need some time to investigate the claim?  Thank you for your attention to this matter.  I look forward to hearing from you.

Josh

Clapp, Moroney, Bellagamba & Vucinich
Joshua W. Rose, Esq.
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
tel. 650-989-5400
fax. 650-989-5499

# Exhibit J

**CLAPP MORONEY | BELLAGAMBA VUCINICH**

A PROFESSIONAL LAW CORPORATION

September 6, 2007

Reply to: San Bruno
**Patrick R.Co**
pco@clappmoroney.com

Oshahon Omoregie
In Pro Per
42 Otsego Avenue
New Rochelle, NY 10804

Re:    ***Osahon Omoregie v. Boardwalk Auto Center, et al.***
United Stated District Court, Northern District of California Case No. C07-03884 JCS
Our Client:    Boardwalk Auto Center, Inc.
Our File No.:    0173-03851

Dear Mr. Omoregie:

In followup to Mr. Vucinich's letter to you, I invite your attention to the following.

You improperly and furtively filed a request for default. Your original Complaint was filed on July 30, 2007. You allege to have served the summons and original complaint on August 8, 2007. The answer therefore was due on August 28, 2007. An answer was filed on August 28, 2007. However, you claim to have served a First Amended Complaint on August 14, 2007, even though you had never filed the First Amended Complaint with the Court. You actually filed the First Amended Complaint on August 20, 2007. It is inconceivable that you served the First Amended Complaint without even having filed it with the Court yet. Going by the date that you first filed the First Amended Complaint with the Court, an answer to that First Amended Complaint is due on September 9, 2007. Your request for default is therefore premature, and our Answer timely filed.

In addition, we answered the original complaint on August 28, 2007. We called your office beforehand to get an extension of time, but you were conveniently not available. We then filed the answer without your giving us notice of the First Amended Complaint. After August 28, 2007 you were well aware that we were counsel of record, and that defendant Boardwalk intended on defending this action. You were aware that Boardwalk had appeared in the action through us, and that all pleadings and notices were to have been sent to us. Upon learning of the existence of the First

G:\Data\DOCS\0173\03851\090607ltr.plf

SAN FRANCISCO/PENINSULA
■ 1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
TEL 650.989.5400
FAX 650.989.5499

EAST BAY/CENTRAL VALLEY
■ 6130 Stoneridge Mall Road, Suite 275
Post Office Box 8003.8603
Pleasanton, CA 94588-3237
TEL 925.734.0990
FAX 925.734.0888

SAN JOSE/SOUTH BAY
■ 25 Metro Drive, Suite 600
San Jose, CA 95110
TEL 408.292.2378
FAX 408.292.8063

Oshahon Omoregie
September 6, 2007
Page 2


Amended Complaint, we immediately requested that you send us a copy so that we could properly respond. You failed to send us a copy. We were unable to obtain a copy on line. We finally obtained a copy through counsel for VW Credit. Despite having been aware of our intent to defend this action, and more specifically, to answer your first amended complaint, you filed the motion for default. Your actions were in bad faith, unprofessional (are you even licensed??), poor form, and have resulted in unnecessary proceedings. [28 USC §1927].

    We hereby request that you immediately withdraw your motion. If we are forced to contest your default any further, we intend on seeking sanctions against you.

    If you have any questions, please call me.

                        Very truly yours,



                        Patrick R. Co