UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOARDWALK AUTO CENTER, INC. and )<br>VW CREDIT LEASING, LTD. and )<br>VW CREDIT, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 07-cv-03884 PJH<br><br>[PROPOSED] ORDER |

    Plaintiff having shown that counsel for Defendant Boardwalk Auto Center, Inc., Patrick Co, Joshua Rose, Jeffery Vucinich, and their law firm, Clapp, Moroney, Bellagamba & Vucinich, violated Federal Rule of Civil Procedure 11 in the filing of Boardwalk Auto Center, Inc.'s answers, IT IS HEREBY ORDERED that Patrick Co, Joshua Rose, Jeffery Vucinich, and Clapp, Moroney, Bellagamba & Vucinich will each pay sanctions in the amount of $1000 to the Court Clerk.

    IT IS FURTHER ORDERED that all averments to Plaintiff's First Amended Complaint deemed admitted by Boardwalk Auto Center, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

It is so ordered this \_\_\_\_ day of _____, 2007

_____
Hon. Phyllis J. Hamilton
United States District Court Judge