Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BOARDWALK AUTO CENTER, INC. and<br>VW CREDIT LEASING, LTD. and<br>VW CREDIT, INC.,<br><br>　　　　　　　Defendants. | Case No. 07-cv-03884 PJH<br><br>MOTION TO SHORTEN TIME<br>FOR HEARING ON RULE 11<br>MOTION FOR SANCTIONS |

**Statement of Purpose.** Plaintiff, Osahon Omoregie ("Omoregie"), moves the Court for an order pursuant to Civil L.R. 6-3 to shorten the time on which the motion for sanctions brought pursuant to Federal Rule of Civil Procedure 11(c) against Defendant Boardwalk Auto Center, Inc. and their counsel can be heard. Omoregie asks that the Motion be heard on November 14, 2007.

Per Civil L.R. 6-3 (a), a declaration has been attached to this motion which sets out, among other things, the reasons for this requested shortening of time.

1
2    Respectfully submitted,
3    By: /s/ Osahon Omoregie
4    Pro Se
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that service of the foregoing motion, supporting declaration and proposed order were made upon the following counsels through the Electronic Filing System on the 22nd day of October, 2007.

Jeffrey Michael Vucinich
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Joshua W. Rose
Clapp Moroney Bellagamba and Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

                                      By: s// Osahon Omoregie

                                      Osahon Omoregie
                                      42 Otsego Ave.
                                      New Rochelle, NY 10804