UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSAHON OMOREGIE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-cv-03884 PJH |
| | ) | |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| BOARDWALK AUTO CENTER, INC. and | ) | |
| VW CREDIT LEASING, LTD. and | ) | |
| VW CREDIT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND COUNSEL OF RECORD:

In accordance with this Court's earlier order consolidating all hearings in this action previously scheduled to November 14, 2007, the hearing for the motion for Rule 11 sanctions may be heard on November 14, 2007, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiff's reply is due October 24, 2007.

**IT IS SO ORDERED**.

Dated: October ____, 2007

_____
PHYLLIS J. HAMILTON
United States District Court Judge