# EXHIBIT "1"

**Joshua W. Rose**

| | |
|---|---|
| **From:** | Joshua W. Rose |
| **Sent:** | Tuesday, August 28, 2007 12:33 PM |
| **To:** | 'oomoregie@gmail.com' |
| **Subject:** | Omoregie v. Boardwalk |
| **Importance:** | High |

Hello Osahon,

Our firm has been retained to represent Boardwalk Auto Center in this action. We just got the file transferred to us today. I note that a responsive pleading is due, I believe today. Can you please provide us with a two (2) week extension in which to appropriately respond to your Complaint, as we need some time to investigate the claim? Thank you for your attention to this matter. I look forward to hearing from you.

Josh

Clapp, Moroney, Bellagamba & Vucinich
Joshua W. Rose, Esq.
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
tel. 650-989-5400
fax. 650-989-5499

9/11/2007