# EXHIBIT "3"

Case 3:07-cv-03884-PJH    Document 62-4    Filed 10/23/2007    Page 1 of 2

| | |
|---|---|
| From: | Osahon Omoregie [oomoregie@gmail.com] |
| Sent: | Wednesday, September 05, 2007 8:01 AM |
| To: | Joshua W. Rose; Jeffrey Vucinich |
| Subject: | Omoregie v. Boardwalk |

Messiers Rose and Vucinich,

I am writing to inform you that I have applied for a default to be entered against your client for their failure to timely respond to my First Amended Complaint. I am also putting you on notice that your time to freely respond to that complaint has expired.

Additionally, I have reviewed the answer to my original complaint that your firm prepared for Boardwalk. It appears that no reasonable investigation was conducted in its preparation, many of the denials were in bad faith, many of affirmative defenses amount to frivolous legal contentions, and it was filed for an improper purpose. I believe all of this was in violation of FRCP Rule 11. I am thus planning to move the Court to impose sanctions against both of you, your firm, and your client.

I can serve your firm via email if you consent. If not, I will serve your firm via regular mail. Please let me which you prefer.

Regards,
Osahon Omoregie
(917) 805-8309
oomoregie@gmail.com