# EXHIBIT "1"

**CLAPP MORONEY | BELLAGAMBA VUCINICH**

A PROFESSIONAL LAW CORPORATION

September 5, 2007

Reply to: San Bruno
Jeffrey M. Vucinich
jvucinich@clappmoroney.com

<u>**VIA E-MAIL oomoregie@gmail.com ONLY**</u>

Oshahon Omoregie
In Pro Per
42 Otsego Avenue
New Rochelle, NY 10804

    Re:    ***Osahon Omoregie v. Boardwalk Auto Center, et al.***
            United Stated District Court, Northern District of California Case No. C07-03884 JCS
            Our Client:    Boardwalk Auto Center, Inc.
            Our File No.:   0173-03851

Dear Mr. Omoregie:

    We would ask that all correspondence in this matter by done by U.S. Mail. Irrespective of that, with respect to your applying for a default. We filed a response to your complaint in a timely manner on August 28, 2007. Mr. Rose had attempted to contact you earlier in order to get an extension but there was nobody answering at that time. With respect to the answer to the complaint, it is a proper answer. With respect to the first amended complaint, you knew we were counsel of records and yet you have never sent us a copy of the first amended complaint. First send us a copy of the first amended complaint and we will prepare an appropriate response. We cannot download it from the Court files.

    With respect to the first amended complaint, we would appreciate it if you could provide it to us either by e-mail through PDF and/or fax it to (650) 989-5499 so that we can prepare an appropriate response.

Very truly yours,

*[signature]*

Jeffrey M. Vucinich

JMV:cg

G:\Data\DOCS\0173\03851\090507ltr.plf

www.clappmoroney.com

SAN FRANCISCO/PENINSULA
■ 1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
TEL 650.989.5400
FAX 650.989.5499

EAST BAY/CENTRAL VALLEY
■ 6130 Stoneridge Mall Road, Suite 275
Post Office Box 8003.8603
Pleasanton, CA 94588-3237
TEL 925.734.0990
FAX 925.734.0888

SAN JOSE/SOUTH BAY
■ 25 Metro Drive, Suite 600
San Jose, CA 95110
TEL 408.292.2378
FAX 408.292.8063

# Joshua W. Rose

| | |
|---|---|
| **From:** | Osahon Omoregie [oomoregie@gmail.com] |
| **Sent:** | Thursday, September 06, 2007 12:50 PM |
| **To:** | Jeffrey Vucinich; Joshua W. Rose |
| **Cc:** | Claudia Gomez |
| **Subject:** | RE: Omoregie v. Boardwalk Auto Center, et al. (0173-03851) |

I am actually shocked. I notified you of your failure to timely respond as a courtesy. I also put you on notice that you had missed the deadline to freely respond. You have filed anyway.

Your actions are indefensible. I am now putting you on notice that I will seek further sanctions for your blatant disregard of the FRCP. I hope you have an adequate legal explanation for your actions.

Regards,
Osahon Omoregie

-----Original Message-----
From: Claudia Gomez [mailto:CGomez@clappmoroney.com]
Sent: Wednesday, September 05, 2007 3:22 PM
To: Osahon Omoregie
Cc: Jeffrey Vucinich; Joshua W. Rose
Subject: RE: Omoregie v. Boardwalk Auto Center, et al. (0173-03851)

Per your request....

Dear Mr. Omoregie:

    We would ask that all correspondence in this matter by done by U.S. Mail. Irrespective of that, with respect to your applying for a default. We filed a response to your complaint in a timely manner on August 28, 2007. Mr. Rose had attempted to contact you earlier in order to get an extension but there was nobody answering at that time. With respect to the answer to the complaint, it is a proper answer. With respect to the first amended complaint, you knew we were counsel of records and yet you have never sent us a copy of the first amended complaint. First send us a copy of the first amended complaint and we will prepare an appropriate response. We cannot download it from the Court files.

    With respect to the first amended complaint, we would appreciate it if you could provide it to us either by e-mail through PDF and/or fax it to (650) 989-5499 so that we can prepare an appropriate response.

Very truly yours,


Jeffrey M. Vucinich
JMV:cg

-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Wednesday, September 05, 2007 12:20 PM
To: Claudia Gomez
Cc: Jeffrey Vucinich; Joshua W. Rose
Subject: Re: Omoregie v. Boardwalk Auto Center, et al. (0173-03851)

Please send your correspondence as a regular email.

Thank you.

-----Original Message-----
From: "Claudia Gomez" <CGomez@clappmoroney.com>

1

Date: Wed, 5 Sep 2007 11:11:12
To:<oomoregie@gmail.com>
Cc:"Jeffrey Vucinich" <JVucinich@clappmoroney.com>,"Joshua W. Rose"
<JRose@clappmoroney.com>
Subject: Omoregie v. Boardwalk Auto Center, et al. (0173-03851)


Dear Mr. Omoregie:

   Enclosed please find our correspondence of September 5, 2007, with regard to the above-referenced matter. This document is being sent in PDF format. If you experience a problem with the attachment or its readability, please do not hesitate to contact the undersigned. Thank you.

Very truly yours,

Claudia Gomez,
Legal Assistant to Jeffrey M. Vucinich, Patrick R. Co, Joshua W. Rose, Stephen V. Harrington and James E. Burns CLAPP, MORONEY, BELLAGAMBA & VUCINICH
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400
Fax: (650) 989-5499
E-mail: cgomez@clappmoroney.com <mailto:cgomez@clappmoroney.com>

This message and any attached documents contain information from the law firm of Clapp, Moroney, Bellagamba & Vucinich that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.