# EXHIBIT "3"

**CLAPP MORONEY BELLAGAMBA VUCINICH**

A PROFESSIONAL LAW CORPORATION

September 6, 2007

Reply to: San Bruno
Patrick R. Co
pco@clappmoroney.com

Oshahon Omoregie
In Pro Per
42 Otsego Avenue
New Rochelle, NY 10804

Re:  *Osahon Omoregie v. Boardwalk Auto Center, et al.*
United States District Court, Northern District of California Case No. C07-03884 JCS
Our Client:   Boardwalk Auto Center, Inc.
Our File No.:   0173-03851

Dear Mr. Omoregie:

In followup to Mr. Vucinich's letter to you, I invite your attention to the following.

You improperly and furtively filed a request for default. Your original Complaint was filed on July 30, 2007. You allege to have served the summons and original complaint on August 8, 2007. The answer therefore was due on August 28, 2007. An answer was filed on August 28, 2007. However, you claim to have served a First Amended Complaint on August 14, 2007, even though you had never filed the First Amended Complaint with the Court. You actually filed the First Amended Complaint on August 20, 2007. It is inconceivable that you served the First Amended Complaint without even having filed it with the Court yet. Going by the date that you first filed the First Amended Complaint with the Court, an answer to that First Amended Complaint is due on September 9, 2007. Your request for default is therefore premature, and our Answer timely filed.

In addition, we answered the original complaint on August 28, 2007. We called your office beforehand to get an extension of time, but you were conveniently not available. We then filed the answer without your giving us notice of the First Amended Complaint. After August 28, 2007 you were well aware that we were counsel of record, and that defendant Boardwalk intended on defending this action. You were aware that Boardwalk had appeared in the action through us, and that all pleadings and notices were to have been sent to us. Upon learning of the existence of the First

G:\Data\DOCS\0173\03851\090607ltr.plf

www.clappmoroney.com

SAN FRANCISCO/PENINSULA
■ 1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
TEL 650.989.5400
FAX 650.989.5499

EAST BAY/CENTRAL VALLEY
■ 6130 Stoneridge Mall Road, Suite 275
Post Office Box 8002-8603
Pleasanton, CA 94588-3237
TEL 925.734.0990
FAX 925.734.0888

SAN JOSE/SOUTH BAY
■ 25 Metro Drive, Suite 600
San Jose, CA 95110
TEL 408.292.2378
FAX 408.292.8063

Oshahon Omoregie
September 6, 2007
Page 2


Amended Complaint, we immediately requested that you send us a copy so that we could properly respond. You failed to send us a copy. We were unable to obtain a copy on line. We finally obtained a copy through counsel for VW Credit. Despite having been aware of our intent to defend this action, and more specifically, to answer your first amended complaint, you filed the motion for default. Your actions were in bad faith, unprofessional (are you even licensed??), poor form, and have resulted in unnecessary proceedings. [28 USC §1927].

    We hereby request that you immediately withdraw your motion. If we are forced to contest your default any further, we intend on seeking sanctions against you.

    If you have any questions, please call me.

Very truly yours,

Patrick R. Co