Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| OSAHON OMOREGIE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-cv-03884 PJH |
| | ) | |
| vs. | ) | DECLARATION OF ROBERT |
| | ) | DOLLEN |
| BOARDWALK AUTO CENTER, INC. and | ) | |
| VW CREDIT LEASING, LTD. and | ) | |
| VW CREDIT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

1.    I, Robert Dollen, declare as follows:

2.    I am an employee of S & R Services, which is located at 851 Cherry Avenue #27-105, San Bruno, California 94066, and the telephone number of which is (650) 794-1923.

3.    On August 8, 2007, at the request of Osahon Omoregie ("Omoregie"), I arranged for Sylvia P. Doneza to personally serve Boardwalk Auto Center, Inc. with the following documents: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Notice of Rule Discontinuing Service by Mail, Standing Order for all Judges of the Northern District of California: Consent of Joint Case Management Statement,

Notice of Assignment of Case to United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to United States District Judge, U.S. District Court Northern California: ECF Registration Information Handout.

4. On August 8, 2007, I provide Omoregie with the proof of service associated with the service of process in Paragraph 3, of which Exhibit A is a copy.

5. On August 14, 2007, at the request of Omoregie, I arranged for Robert Hall to personally serve VW Credit, Inc. with the following documents: Summons, First Amended Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Notice of Rule Discontinuing Service by Mail, Standing Order for all Judges of the Northern District of California: Consent of Joint Case Management Statement, Notice of Assignment of Case to United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to United States District Judge, U.S. District Court Northern California: ECF Registration Information Handout.

6. On August 14, 2007, I provide Omoregie with the proof of service associated with the service of process in Paragraph 5, of which Exhibit B is a copy.

7. On August 14, 2007, at the request of Omoregie, I arranged for John A. Garber to personally serve VW Credit Leasing, Ltd. with the following documents: Summons, First Amended Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Notice of Rule Discontinuing Service by Mail, Standing Order for all Judges of the Northern District of California: Consent of Joint Case Management Statement, Notice of Assignment of Case to United States Magistrate Judge for Trial, Consent to Proceed Before a

United States Magistrate Judge, Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to United States District Judge, U.S. District Court Northern California: ECF Registration Information Handout.

8.    On August 14, 2007, I provide Omoregie with the proof of service associated with the service of process in Paragraph 7, of which Exhibit C is a copy.

9.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on October 22, 2007.

By: _____

Robert Dollen

# Exhibit A

| Attorney or Party without Attorney:<br>Osahon Omoregie<br>42 Otsego Ave.<br>New Rochelle, NY  10804<br>Telephone No: 917 805-8309          FAX No: 413 803-5514 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT |

Plaintiff: Osahon Omoregie

Defendant: Boardwalk Auto Center, Inc., etal

| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-03884 JCS |
|---|---|---|---|---|

*1.*  *At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the SUMMONS; Complaint/Demand for Jury Trial

*3.*  *a. Party served:*                                   Boardwalk Auto Center
      *b. Person served:*                                  party in item 3.a. by serving Jeff Seife, General Manager

*4.*  *Address where the party was served:*    One Bair Island Road
                                                                   Redwood City, CA

*5.*  *I served the party:*
      a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
      process for the party (1) on: Wed., Aug. 08, 2007 (2) at: 3:15PM

*6.*  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
      a. as an individual defendant

*7.*  **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
      a. Sylvia P. Doneza                                  d.  **The Fee** for Service was:     $80.00
      **b. S&R Services**                                  e.  I am: (3)  registered California process server
         851 Cherry Avenue #27-105                            *(i)*   Owner
         San Bruno, CA  94066                                 *(ii)*   Registration No.:        672
      c. (650) 794-1923, FAX (650) 794-1943                   *(iii)*  County:                      San Francisco
                                                               *(iv)*  Expiration Date:        Sat, Dec. 06, 2008

*8.*  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Aug. 08, 2007

**Judicial Council Form POS-010**
**Rule 982.9.(a)&(b) Rev January 1, 2007**                    **PROOF OF SERVICE**            _Sylvia Doneza_
                                                              **SUMMONS**                    (Sylvia P. Doneza)

                                                                                                    osomo.1081

# Exhibit B

OsahonOmoregie
Vs.
Volkswagon Credit, Inc.

## PROOF OF SERVICE

| DATE  8/14/07 @ 3:05pm | PLACE  CT Corp. |
|---|---|
| | 818 West Seventh Street, Los Angeles, CA 90017 |

SERVED

Volkswagon Credit, Inc. by serving Margaret Wilson - Authorized Agent

Personal service

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

Robert Hall

Registered Process Server LA # 5181

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8/14/07

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
851 Cherry Avenue #27-105
San Bruno, CA 94066

---

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

### (C) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney=s fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)   fails to allow reasonable time for compliance;
    (ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this

rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv)  subjects a person to undue burden.

(B) If a subpoena

    (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)  requires disclosure of an unretained expert=s opinion or information not describing specific events or occurrences in dispute and resulting from the expert=s study made not at the request of any party, or
    (iii) requires a person who is not a party of an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

### (d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# Exhibit C

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**OSAHON OMOREGIA**

vs

**BOARDWALK AUTO CENTER, INC., and**
**VW CREDIT LEASING, LTD., and**
**VOLKSWAGON CREDIT INC.,**

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

1)  Summons
2)  Complaint

In the within action by personally delivering true copies thereof to the person served as follows:

Served           : VW CREDIT LEASING LTD
By serving       : Allison Berl-Legal-Authorized to accept service of process
Address          : Wilmington Trust Company
                   1100 N. Market Street
                   Wilmington, DE 19801
Date of Service  : August 14, 2007
Time of Service  : 2:35 pm

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Signature: _____
                JOHN A. GARBER

_____
Notary Public

My commission expires: GARY M. SHEA
        NOTARY PUBLIC
        STATE OF DELAWARE
    My commission expires May 24, 2011