Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BOARDWALK AUTO CENTER, INC. and ) <br> VW CREDIT LEASING, LTD. and ) <br> VW CREDIT, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 07-cv-03884 PJH <br><br> DECLARATION OF JOHN <br> A. GARBER |

  1.  I, John A. Garber, declare as follows:

  2.  I am a process server independently contracted by S & R Services.

  3.  I served copies of the following documents related to this action: Summons, First Amended Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Notice of Rule Discontinuing Service by Mail, Standing Order for all Judges of the Northern District of California: Consent of Joint Case Management Statement, Notice of Assignment of Case to United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a United States Magistrate Judge

DECLARATION OF JOHN A. GARBER - 1

and Request for Reassignment to United States District Judge, U.S. District Court Northern California: ECF Registration Information Handout.

4. I personally delivered the documents listed in Paragraph 3 to VW Credit Leasing, Ltd. by personally delivering them to Allison Berl of Wilmington Trust Company, a person authorized to receive such service of process, on August 14, 2007, at or about 2:35, at 1100 N. Market Street, Wilmington, DE 19801.

5. I arranged for the proof of service attached as Exhibit A to be provided to Osahon Omoregie.

6. The fee charged for the service was $120.

7. At the time of service I was at least 18 years of age and not a party in this action.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2007.

By: *[signature]*

John A. Garber

# Exhibit A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**OSAHON OMOREGIA**

vs

**BOARDWALK AUTO CENTER, INC., and**
**VW CREDIT LEASING, LTD., and**
**VOLKSWAGON CREDIT INC.,**

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

1) Summons
2) Complaint

In the within action by personally delivering true copies thereof to the person served as follows:

Served         : VW CREDIT LEASING LTD
By serving     : Allison Berl-Legal-Authorized to accept service of process
Address        : Wilmington Trust Company
                 1100 N. Market Street
                 Wilmington, DE 19801
Date of Service : August 14, 2007
Time of Service : 2:35 pm

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Signature: _____
JOHN A. GARBER

_____
Notary Public

My commission: CARRY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011