Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| OSAHON OMOREGIE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-cv-03884 PJH |
| | ) | |
| vs. | ) | DECLARATION OF SYLVIA |
| | ) | P. DONEZA |
| BOARDWALK AUTO CENTER, INC. and | ) | |
| VW CREDIT LEASING, LTD. and | ) | |
| VW CREDIT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

1.      I, Sylvia P. Doneza, declare as follows:

2.      I am a registered California process server in the employment of S & R Services. My registration number is 672.

3.      I served copies of the following documents related to this action: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Notice of Rule Discontinuing Service by Mail, Standing Order for all Judges of the Northern District of California: Consent of Joint Case Management Statement, Notice of Assignment of Case to United States Magistrate Judge for Trial, Consent to Proceed Before a

United States Magistrate Judge, Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to United States District Judge, U.S. District Court Northern California: ECF Registration Information Handout.

4.    I personally delivered the documents listed in Paragraph 3 to Boardwalk Auto Center, Inc. by personally delivering them to Jeff Seiffe, General Manager of Boardwalk Auto Center, Inc., a person authorized to receive such service of process, on August 8, 2007, at or about 3:15, at One Bair Island Rd., Redwood City, California.

5.    I arranged for the proof of service attached as Exhibit A to be provided to Osahon Omoregie.

6.    The fee charged for the service was $80.

7.    At the time of service I was at least 18 years of age and not a party in this action.

8.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on October 22, 2007.

By: _Sylvia Jomez_

Sylvia  P. Doneza

# Exhibit A

| Attorney or Party without Attorney:<br>Osahon Omoregie<br>42 Otsego Ave.<br>New Rochelle, NY  10804<br>*Telephone No:* 917 805-8309      *FAX No:* 413 803-5514 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>**UNITED STATES DISTRICT COURT** | | | | | |
| *Plaintiff:* Osahon Omoregie | | | | | |
| *Defendant:* Boardwalk Auto Center, Inc., etal | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07-03884 JCS | |

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS; Complaint/Demand for Jury Trial

*3.  a. Party served:*          **Boardwalk Auto Center**
*    b. Person served:*         party in item 3.a. by serving Jeff Seife, General Manager

*4.  Address where the party was served:*    **One Bair Island Road**
                                             **Redwood City, CA**

*5.  I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 08, 2007 (2) at: 3:15PM

*6.  The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant

*7. **Person Who Served Papers:***
    a. Sylvia P. Doneza
    **b. S&R Services**
       851 Cherry Avenue #27-105
       San Bruno, CA  94066
    c. (650) 794-1923, FAX (650) 794-1943

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d.  **The Fee** for Service was:    $80.00
e.  I am: (3)  registered California process server
    *(i)*   Owner
    *(ii)*  *Registration No.:*      672
    *(iii)* *County:*               San Francisco
    *(iv)*  *Expiration Date:*      Sat, Dec. 06, 2008

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Aug. 08, 2007

**Judicial Council Form POS-010**
**Rule 982.9.(a)&(b) Rev January 1, 2007**

PROOF OF SERVICE
SUMMONS

*(Sylvia P. Doneza)*

*osomo.1081*