# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Omoregie,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>Boardwalk Auto Center, Inc.,<br><br>                    Defendant(s). | 07-03884 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: October 25, 2007
9                                      RICHARD W. WIEKING
                                       Clerk
10                                     by:    Timothy J. Smagacz
11                                     _____
12                                     ADR Administrative Assistant
                                       415-522-4205
13                                     Tim_Smagacz@cand.uscourts.gov
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice Re: Noncompliance With Court Order**
07-03884 PJH                              -2-

PROOF OF SERVICE

Case Name:      Omoregie v. Boardwalk Auto Center, Inc.

Case Number:    07-03884 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 25, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Osahon Omoregie
> 42 Otsego Avenue
> New Rochelle, NY 10804
> oomoregie@gmail.com
>
> Jeffrey Michael Vucinich
> Clapp Moroney Bellagamba & Vucinich
> 1111 Bayhill Drive
> Suite 300
> San Bruno, CA 94066
> jvucinich@clappmoroney.com
>
> Joshua W. Rose
> Clapp Moroney Bellagamba and Vucinich
> 1111 Bayhill Drive
> Suite 300
> San Bruno, CA 94066
>
> Patrick Reyes Co
> Clapp Moroney Bellagamba and Vucinich
> 1111 Bayhill Drive

Suite 300
San Bruno, CA 94066

Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086
bfrontino@stroock.com

Lisa Marie Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086
lsimonetti@stroock.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 25, 2007 in San Francisco, California.

            RICHARD W. WIEKING
            Clerk
            by: Timothy J. Smagacz

            _____
            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov