Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOARDWALK AUTO CENTER, INC. and )<br>VW CREDIT LEASING, LTD. and )<br>VW CREDIT, INC., )<br>)<br>Defendants. )<br>_____ ) | Case No. 07-cv-03884 PJH<br><br>MOTION FOR A CONTINUANCE<br>OF THE CASE MANAGEMENT<br>CONFERENCE, THE CASE<br>MANAGEMENT STATEMENT,<br>AND THE ADR REQUIREMENTS |

**Statement of Purpose.**  Plaintiff, Osahon Omoregie ("Omoregie"), moves the Court for an order pursuant to Civil L.R. 6-3 for a continuance of the Case Management Conference, the Case Management Statement, and the ADR requirements for this case.  Omoregie asks that, if necessary, they be continued to a time to be determined on or after November 14, 2007.

Per Civil L.R. 6-3 (a), a declaration has been attached to this motion which sets out, among other things, the reasons for this requested continuance.

Respectfully submitted,

By: /s/ Osahon Omoregie

Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAHON OMOREGIE, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-cv-03884 PJH |
| ) | |
| vs. ) | [PROPOSED] ORDER |
| ) | |
| BOARDWALK AUTO CENTER, INC. and ) | |
| VW CREDIT LEASING, LTD. and ) | |
| VW CREDIT, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

TO ALL PARTIES AND COUNSEL OF RECORD:

As the motions scheduled to be heard on November 14, 2007, may be dispositive to this case, the Case Management Conference, the Case Management Statement, and the ADR requirements for this case are hereby CONTINUED.  If necessary, after decision of the motions scheduled to be heard on November 14, 2007, the Case Management Conference, the Case Management Statement, and the ADR requirements will be rescheduled by order of this Court.

**IT IS SO ORDERED**.

Dated:  October ____, 2007

_____
PHYLLIS J. HAMILTON
United States District Court Judge

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that service of the foregoing motion, supporting declaration, and proposed order were made upon the following counsels through the Electronic Filing System on the 26nd day of October, 2007.

Jeffrey Michael Vucinich
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Joshua W. Rose
Clapp Moroney Bellagamba and Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

                                              By: /s/ Osahon Omoregie

                                              Osahon Omoregie
                                              42 Otsego Ave.
                                              New Rochelle, NY 10804