UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSAHON OMOREGIE,

        Plaintiff,

        v.

BOARDWALK AUTO CENTER, INC., et al.,

        Defendants.

_____/

No. C 07-3884 PJH

**ORDER GRANTING MOTION TO SHORTEN TIME**

      Before the court is plaintiff's motion to shorten time, filed in connection with plaintiff's pending motion for Rule 11 sanctions against defendants. Plaintiff seeks to have his motion for Rule 11 sanctions heard on November 14, 2007, despite the fact that the 14th is less than 35 days from the date on which plaintiff filed his motion.

      Preliminarily, the court notes that plaintiff has misconstrued the Local Rules of this court. He is correct that under Federal Rule of Civil Procedure 11, plaintiff was required to give notice of his Rule 11 motion – or the basis therefor – to defendants at least 21 days prior to the filing of his motion with the court, in order to give defendants time to cure the defect or conduct complained of by plaintiff. However, this does not mean that plaintiff is excused from following the local rules, which require 35 days' notice for hearings. See Civ. L. R. 7-2(a). Accordingly, even if plaintiff served his motion on defendants on September 28, and properly waited 21 days before filing his motion with the court, he was required to file his motion with a noticed hearing date at least 35 days out.

      Not only did plaintiff fail to timely file his motion, he also chose to needlessly consume judicial resources by insisting to court staff that the motion was timely filed

pursuant to the local rules, despite court staff's advisement to the contrary.  Plaintiff is hereby placed on notice that such behavior shall not be tolerated in future.

Notwithstanding the above, and in view of the fact the defendant, in an abundance of caution, has already filed an opposition to the motion, the court hereby GRANTS plaintiff's request to shorten time.  Plaintiff's motion for Rule 11 sanctions shall therefore be heard on **November 14, 2007,** along with the other motions pending in this case that are set for hearing on that date.  Plaintiff's reply brief in support of his motion is due no later than November 1, 2007.

**IT IS SO ORDERED.**

Dated: October 26, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge