1
2
3
4

Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

5

Plaintiff

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

SAN FRANCISCO DIVISION

9

10

OSAHON OMOREGIE,                          )

11                                                    )

Plaintiff,     )          Case No. 07-cv-03884 PJH

12                                                    )

vs.                                        )

13                                                    )

14   BOARDWALK AUTO CENTER, INC. and       )          MOTION FOR A CONTINUANCE
     VW CREDIT LEASING, LTD. and           )          OF HEARING DATE

15   VW CREDIT, INC.,                       )

16                                                    )

Defendants.    )

17   _____)

18
19
20

21           **Statement of Purpose.**  Plaintiff, Osahon Omoregie ("Omoregie"), moves the Court for

22   an order pursuant to Civil L.R. 6-3 for a continuance of the hearing scheduled for November 14,

23   2007 to November 28, 2007.

24           Per Civil L.R. 6-3 (a), a declaration has been attached to this motion which sets out,

25   among other things, the reasons for this requested continuance.

26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

By: /s/ Osahon Omoregie

Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSAHON OMOREGIE,                                )
                                                )
                          Plaintiff,            )       Case No. 07-cv-03884 PJH
                                                )
vs.                                             )       [PROPOSED] ORDER
                                                )
BOARDWALK AUTO CENTER, INC. and                 )
VW CREDIT LEASING, LTD. and                     )
VW CREDIT, INC.,                                )
                                                )
                          Defendants.           )
_____)

TO ALL PARTIES AND COUNSEL OF RECORD:


        As the Plaintiff has provided advanced notice that he would not be able to attend the

hearing scheduled for November 14, 2007 and the Defendants would suffer no prejudice from

having the hearing continued, the hearings for this case scheduled for November 14, 2007 is

hereby CONTINUED to November 28, 2007.


**IT IS SO ORDERED**.

Dated:  November _____, 2007


                                        _____
                                        PHYLLIS J. HAMILTON
                                        United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing motion, supporting declaration, and proposed order were made upon the following counsels through the Electronic Filing System on the 13th day of November, 2007.

Jeffrey Michael Vucinich
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Joshua W. Rose
Clapp Moroney Bellagamba and Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

By: /s/ Osahon Omoregie

Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804