Osahon Omoregie
42 Otsego Ave.
New Rochelle, NY 10804
(917) 805-8309
(413) 803-5514 (FAX)
oomoregie@gmail.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOARDWALK AUTO CENTER, INC. and )<br>OSAHON<br>VW CREDIT LEASING, LTD. and )<br>SUPPORT OF<br>VW CREDIT, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 07-cv-03884 PJH<br><br>DECLARATION OF<br><br>OMOREGIE IN<br><br>PLAINTIFF'S MOTION FOR A<br>CONTINUANCE |

I, Osahon Omoregie, declare as follows:

**1.** <u>**Reason for Requested Shortening of Time.**</u>

On November 13, 2007, I missed my 9:00 p.m. EST scheduled flight from New York's JFK Airport to San Francisco's SFO Airport.[1]  Attached as Exhibit A is my flight

---

[1] I apologize for any inconvenience to the Court and to the other parties.  The reason that this motion is being filed is that I missed my flight after court hours and the hearing was scheduled for early in the morning.

itinerary. There were no other flights out of JFK that would have enabled me to attend the hearing on time since the next scheduled flight out of JFK was on the morning of November 14, 2007.

**2.     Efforts Made to Obtain a Stipulation to the Time Change.**

On November 13, 2007 at 9:21 p.m. EST, I emailed Brian Frontino counsel for VW Credit, Inc. and VW Credit Leasing, Ltd., and Patrick Co, counsel for Boardwalk Auto Center, Inc., informing them that I would not be able to attend the hearings scheduled for November 14, 2007 and requested that they stipulate to a continuance of the hearings. As of the filing of this motion neither party had responded.

**3.     Substantial Harm or Prejudice That Would Occur If the Court Did Not Change the Time.**

If the Court were not to grant this motion, I would not be able to argue in favor of my motions, while defendants would be able to argue in opposition. Though the fault for my failure to attend the hearing is mine, the defendants would still be provided with an unfair advantage if this motion is not granted. The defendants will face no prejudice if this motion is granted.[2]

**4.     i.  Compliance with 37-1 (a).**

This motion does not involve an underling motion involving disclosure or discovery disputes, so therefore Civil L.R. 37-1 (a) is inapplicable.

**ii.  Nature of the Underlying Motion and Positions of Parties**.

The motions scheduled to be heard on November 14, 2007 are a motion for entry of default, a motion for sanctions, a motion for Rule 11 sanctions, and a motion to strike.

---

[2] I would have asked that in the alternative the Court decide the motions based solely on the briefs, however, counsel for the defendants had previously declined to stipulate to this.

In regards to the motion for entry of default, it is my position that defaults should be entered against all three defendants. All three defendants oppose this.

In regards to the motion for sanctions, it is my position that counsel for VW Credit, Inc and VW Credit Leasing attempted to perpetrate a fraud upon the Court. Counsel for defendants opposes this allegation.

In regards to the motion for Rule 11 sanctions, it is my position that counsel for Boardwalk violate Rule 11 in the submission of two of Boardwalk's answers. Counsel for defendant opposes this allegations.

In regards to the motion to strike, it is my position that the answers submitted by Boardwalk were in gross violation of Rule 8 and thus should be stricken. Boardwalk opposes this.

**5.     Previous Time Modifications.**

Two previous motions that were incorrectly noticed for 9:30 a.m., a motion to direct the clerk to enter defaults and a motion for sanctions, were re-noticed to November 7, 2007 at 9:00 a.m. The Court by order has moved these two motions to November 14, 2007. The Court by order scheduled a previously incorrectly noticed motion for Rule 11 sanctions to November 14, 2007.

**6.     Effect the Requested Time Modification Would Have on the Schedule for the Case.**

No schedule has been set for this case, thus this requested time modification would have no effect on the schedule of the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2007.

By: /s/ Osahon Omoregie

Pro Se

# Exhibit A

**Osahon Omoregie**

| | |
|---|---|
| **From:** | JetBlue Reservations [mail@jetblueconnect.com] |
| **Sent:** | Wednesday, October 31, 2007 11:12 PM |
| **To:** | oomoregie@gmail.com |
| **Subject:** | Your JetBlue E-tinerary |

 

**You're all set!**

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

Manage your flights online. It's fast and easy.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

**Charge it!**
Starting November 1, you'll be able to use your credit card when paying for alcoholic beverage purchases onboard. At that time, we will no longer accept cash.

We look forward to welcoming you aboard.

**Flight Summary**

**OSAHON OMOREGIE**
42 Otsego Ave.
New Rochelle, NY 10804

| Confirmation Number: | |
|---|---|
| | **(manage flights)** |
| Date Booked: | **31 Oct 07** |
| Modified: | **31 Oct 07** |
| Booked By: | **INET** |

| | **Name** | **TrueBlue Number** | **Seats** |
|---|---|---|---|
| **Welcome Aboard:** | OSAHON OMOREGIE | | View |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 13 Nov 07 | 649 | New York, JFK 9:00pm | San Francisco, CA 12:35am +1 | 0 |
| 14 Nov 07 | 648 | San Francisco, CA 11:05pm | New York, JFK 07:30am +1 | 0 |

| Total for 1 customer | | |
|---|---|---|
| | Fare: | 314.42 |
| | Tax: | 30.38 |
| | Security Fee: | 5.00 |
| | Passenger Facility Charge: | 9.00 |
| | **Total:** | **$358.80** |

1

|   |   |
|---|---|
| American Express: | $358.80 |
| **Balance Due:** | **$0.00** |

## Great Hotel Deals*

**Hotel offers in San Francisco**

 Find a hotel in San Francisco

*Hotel availability is limited and may not be available at he rates quoted above.

**Carry-on Baggage Rules:**
Customers may now carry through security checkpoints travel-size toiletries (3 ounces or less) that fit comfortably in a single, quart-size, clear plastic, zip-top bag. After clearing security, customers may bring beverages and other items purchased in the secure boarding area on-board aircraft. Larger amounts of prescription liquid medications, baby formula and diabetic glucose treatments must be declared at the checkpoint for additional screening.

DOMESTIC TRAVEL:
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. *Changes and cancellations can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $30 per person plus applicable fare adjustment. Save $5 by changing or canceling your flight online at jetblue.com. Any remaining balance will be placed in a JetBlue air-only credit and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. DIRECTV service is not available on flights between New York City and Puerto Rico. All non-stop JFK flights arriving from, or departing to, San Juan, Puerto Rico operate out of Terminal 4. Please note, San Juan flights connecting in Orlando or Boston will continue to operate from Terminal 6. JetBlue provides beverage and snack service only. Other restrictions apply.

* TrueBlue Award flights cannot be canceled and are nontransferable. Changes can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $30 per person.

DOMESTIC TRAVEL NOTE:
* **All non-stop JFK flights arriving from, or departing to, San Juan, Puerto Rico operate out of Terminal 4. Please note, San Juan flights connecting in Orlando or Boston will continue to operate from Terminal 6.**
* Government-issued photo ID is required of all customers 18 years of age or older.
* Reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
* Each customer is allowed two checked bags up to 50 pounds each free of charge. Carry-on baggage is limited to one bag plus one personal item (e.g., purse, briefcase, laptop, etc.).

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:
Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF BAGGAGE LIABILITY LIMITS
For international transportation (including domestic portions) governed by the Montreal Convention, JetBlue's liability for baggage is limited to 1,000 SDRs (see, www.imf.org for current value) per passenger unless a higher value is declared and an extra charge is paid. For international transportation governed by the Warsaw Convention and the Hague Protocol and their amendments, JetBlue's liability for baggage is limited to $9.07 per pound for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared and an extra charge is paid. Special rules may apply to valuable articles. For domestic transportation, JetBlue's liability for baggage is limited to $2,800 per passenger. General baggage rules: As set forth more fully in its Contract of Carriage and international passenger rules tariffs, JetBlue will not be responsible for fragile or perishable goods. JetBlue assumes no liability for oversized, overweight or overpacked baggage, or for loss of or damage to baggage parts such as wheels, straps, pockets, pull handles, zippers, hanger hooks or other items attached to baggage. JetBlue will not be responsible for the following items in checked or unchecked baggage: money, jewelry including watches, cameras, camcorders, any type of electronic equipment, including computers, valuable papers or documents and other similar items as described in more detail in the Contract of Carriage.

NOTICE OF OVERBOOKING OF FLIGHTS
While JetBlue Airways does not intentionally overbook its flights, there is still a slight chance that a seat may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their

reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and JetBlue's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue, whether it is domestic or international travel, is subject to JetBlue's Contract of Carriage, the terms of which are incorporated herein by reference. International travel may also be subject to JetBlue's international passenger rules tariffs on file with the U.S. and other governments, and, where applicable, the Montreal Conven ion or he Warsaw Convention and its amendments and special contracts. Incorporated terms include, but are not restricted to:

1. Liability limitations for baggage, including special rules for fragile and perishable goods and the availability of excess valuation.
2. Liability limitations for personal injury or death.
3. Claims restrictions, including time periods within which passengers must file a claim or bring an action against JetBlue.
4. Rights of JetBlue to change the terms of contract.
5. Rules on reservations, check-in, and refusal to carry.
6. JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting.
7. Non-refundability of reservations.
8. The Contract of Carriage and tariffs may be inspected at all JetBlue airport customer service counters, and upon request you have the right to receive by mail a copy of the full text of the Contract of Carriage or tariffs. Additional information on items one through seven can be obtained on JetBlue's website at www.JetBlue.com or at any U.S. location where JetBlue transportation is sold.

v1.2.g