UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** November 14, 2007                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3884 PJH

**Case Name:** Osahon Omoregie v. Boardwalk Auto Center, Inc., et al.

**Attorney(s) for Plaintiff:**        Not Present
**Attorney(s) for Defendant:**    Patrick R. Co; Brian Frontino

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Lydia Zinn

PROCEEDINGS

　　Plaintiff's Motion to Direct Clerk to Enter Defaults Against All Defendants-DENIED as stated on the record.

　　Plaintiff's Motion for Sanctions-DENIED as stated on the record.

　　Plaintiff's Motion to Strike-DENIED as stated on the record.

　　Plaintiff's Motion for Rule 11 Sanctions-DENIED as stated on the record.

**Order to be prepared by:**    [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file