UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSAHON OMOREGIE,

    Plaintiff(s),

v.

BOARDWALK AUTO CENTER, INC., et al.,

    Defendant(s).
_____/

No. C 07-3884 PJH

**CLERK'S NOTICE**

    YOU ARE HEREBY NOTIFIED that on **December 20, 2007** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference, in this matter. A joint case management conference statement shall be filed by December 13, 2007.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: November 14, 2007