UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSAHON OMOREGIE,

        Plaintiff,

vs.

BOARDWALK AUTO CENTER, INC. and
VW CREDIT LEASING, LTD. and
VW CREDIT, INC.,

        Defendants.

Case No. 07-cv-03884 PJH

[~~PROPOSED~~] ORDER *Denying Request*

TO ALL PARTIES AND COUNSEL OF RECORD:

As the Plaintiff has provided advanced notice that he would not be able to attend the hearing scheduled for November 14, 2007 and the Defendants would suffer no prejudice from having the hearing continued, the hearings for this case scheduled for November 14, 2007 is hereby CONTINUED to November 28, 2007.

**DENIED**

IT IS SO ORDERED.

Dated: November ___, 2007

_____
Phyllis J. Hamilton
United States District Judge
11/14/07
Date

PHYLLIS J. HAMILTON
United States District Court Judge

*No advance notice provided. Defense counsel had already flown to SF when request received by the court.*

[PROPOSED] ORDER - 1