UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** December 20, 2007         **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3884 PJH

**Case Name:** Osahon Omoregie v. Boardwalk Auto Center, Inc., et al.

**Attorney(s) for Plaintiff:**    Osahon Omoregie (pro per)
**Attorney(s) for Defendant:**    Jeffrey M. Vucinich; Brian C. Frontino

**Deputy Clerk**: Nichole Heuerman       **Court Reporter**: Not Reported

**PROCEEDINGS**

Initial Case Management Conference-Held. The court sets some pretrial deadlines.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed within 120 days.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 6/30/08**
**Expert disclosure: 10/31/08**
**Expert discovery cutoff: 12/19/08**
**Dispositive Motions heard by: 10/1/08**

**Order to be prepared by:**   [] Pl [] Def [x] Court

**Notes:**

**cc:** file; ADR