ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

December 27, 2007

Osahon Omoregie
42 Otsego Avenue
New Rochelle, NY 10804
917-805-8309

Jeffrey Michael Vucinich
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
650-989-5400

Lisa Marie Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
310-556-5800

Re:   Omoregie v. Boardwalk Auto Center, Inc.
      Case No. C 07-03884 PJH MED

Dear Mr. Omoregie and Counsel:

We have received notification from Honorable Phyllis J. Hamilton that the referenced case was referred to Mediation on December 20, 2007. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **Monday, January 8, 2008 at 1:30 p.m.** This office will initiate the call. Please call Alice Fiel at 415-522-3148 as soon as possible to confirm your availability and to give her the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand for Alice M. Fiel
ADR Case Administrator

/cmf