1  OSAHON OMOREGIE
   PRO SE
2  ONE ASTOR PLACE, APT. 6-O
   NEW YORK, NY 10003
3  (917) 805-8309
   OOMOREGIE@GMAIL.COM

4

5  Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | OSAHON OMOREGIE,                  | Case No.  C07-3884 PJH
13 |         Plaintiffs,                | **NOTICE OF CHANGE OF ADDRESS**
14 |         v.                         |
15 | BOARDWALK AUTO CENTER, INC.        |
   | VW CREDIT, INC.                    |
16 | VW CREDIT LEASING, LTD.,           |
17 |         Defendants.                |

18

19

20

21

22

23

24

25

26

27

28

                         1.                NOTICE OF CHANGE OF ADDRESS
                                           CASE NO. C07-3884 PJH

Please be advised that Plaintiff Osahon Omoregie's address and contact information has changed as shown below:[1]

        Osahon Omoregie
        One Astor Place, Apt. 6-O
        New York, NY 10003
        (917) 805-8309
        oomoregie@gmail.com

Dated: January 22, 2008

        /S/ Osahon Omoregie
        Osahon Omoregie

---

[1] Please note that no fax number for Plaintiff is included in this notice.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing notice was made upon the following counsels through the Electronic Filing System on January 22, 2008:

Jeffrey Michael Vucinich
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Joshua W. Rose
Clapp Moroney Bellagamba and Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Dated: January 22, 2008

/S/ Osahon Omoregie
Osahon Omoregie