1 | OSAHON OMOREGIE
PRO SE
2 | ONE ASTOR PLACE, APT. 6-O
NEW YORK, NY 10003
3 | (917) 805-8309
OOMOREGIE@GMAIL.COM

Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE, | Case No. C07-3884 PJH |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND |
| v. | Date of Hearing: April 16, 2008 |
| BOARDWALK AUTO CENTER, INC., VW CREDIT, INC., and VW CREDIT LEASING, LTD., | Time of Hearing: 9:00 a.m. Courtroom No. 3 |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on April 16, 2008 at 9:00 a.m., or as soon thereafter as the parties may be heard, Plaintiff Osahon Omoregie will move this Court, at the United States Courthouse located at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom 3, 17th Floor, for leave to file the Second Amended Complaint. Plaintiff asks that this motion be decided without oral argument, as permitted by Civil L.R. 7-1(b) and Fed. R. Civ. P. 78.

1    Plaintiff Osahon Omoregie moves this Court for an order under Rule 15(a) of the Federal Rules of Civil Procedure granting him leave to file the Second Amended Complaint in the form shown in the copy of the proposed Second Amended Complaint that is attached to this motion as Exhibit A.

Plaintiff seeks leave to amend at this time because Plaintiff has recently learned of the existence of additional facts that merit the assertion of additional theories of relief. The Declaration of Osahon Omoregie shows that:

**1.**    Plaintiff has recently learned of the existence of evidence showing that Defendant Boardwalk Auto Center, Inc. ("Boardwalk") acted as agent of Defendants VW Credit, Inc. ("VCI"), VW Credit Leasing, Ltd. ("VCL"), Volkswagen Auto Lease/Loan Underwritten Funding, LLC ("VALUF"), and Volkswagen Auto Lease Trust 2006-A ("VALT") in the set of circumstances that gave rise to this suit.

**2.**    Plaintiff has recently learned of the existence of evidence showing that Defendant VCI acted as agent of VCL, VALUF, and VALT in the set of circumstances that gave rise to this suit.

**3.**    Plaintiff has recently learned of the existence of evidence showing that all Defendants were operating as a joint venture in the set of circumstances that gave rise to this suit.

**4.**    Plaintiff has recently learned of the existence of evidence showing that Boardwalk, VCI, and VCL violated the Consumer Legal Remedies Act, Cal. Civ. Code § 1750, et seq., in regards to the Plaintiff and the set of circumstances that gave rise to this suit.

**5.**    Plaintiff has recently learned of the existence of evidence showing that VALUF violated the Equal Credit Opportunities Act, 15 U.S.C. § 1691, et seq., in regards to Plaintiff and the set of circumstances that gave rise to this suit.

**6.**    Plaintiff has recently learned of the existence of evidence showing a motivation for the Defendants' actions.

**7.**    The claim against the VALUF and VALT are transactionally related to the claim asserted in the original pleadings.

**8.** Agent of VALUF and VALT were made aware of the possibility that VALUF and VALT would be added to this action, upon the discovery of their involvement by Plaintiff, on August 18, 2007, well within the 120-day period provided for service of the summons and complaint under Rule 4(m).

**9.** VAULT and VALT knew or should have known that but for Plaintiff's mistake concerning the identity of the proper parties, they would have been named as Defendants in the original and first amended complaints, well within the 120-day period provided for service of the summons and complaint under Rule 4(m).

**10.** All defendants were provided with early notice of Plaintiff's intention to amend his complaint to possibly add additional theories of relief and/or additional defendants.

**11.** Plaintiff desires to express additional theories of relief and add additional defendants.

**12.** All current Defendants were given the opportunity to stipulate to Plaintiff's filing of the Second Amend Complaint. VCI and VCL declined and Boardwalk did not respond to multiple requests.

This motion is based on this Notice of Motion and Motion, the accompanying Declaration of Osahon Omoregie, and the pleadings and papers on file in this action.

Date: March 12, 2008

/s/ Osahon Omoregie
Osahon Omoregie

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>Plaintiff,<br><br>v.<br><br>BOARDWALK AUTO CENTER, INC.,<br>VW CREDIT, INC., and<br>VW CREDIT LEASING, LTD.,<br><br>Defendants. | Case No. C07-3884 PJH<br><br>[PROPOSED] ORDER GRANTING LEAVE TO AMEND |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Having read the papers submitted in support of and in opposition to the motion and having considered the arguments of counsel, the Court finds that justice requires that leave to amend be GRANTED.[1]  Accordingly,

---

[1] This Court finds the motion appropriate for decision without further oral argument, as permitted by Civil L.R. 7-1(b) and Fed. R. Civ. P. 78.  See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991) (holding that the court's consideration of the moving and opposition papers is deemed an adequate substitute for a formal hearing), cert. denied, 503 U.S. 920, 112 S. Ct. 1295, 117 L. Ed. 2d 518 (1992).  Accordingly, the April 16, 2008 hearing date is VACATED.

IT IS ORDERED THAT:

    **1.**    The motion is GRANTED;

    **2.**    Plaintiff is given leave to file the First Amended Complaint that was attached as **Exhibit A** to the Motion.

    **3.**    Plaintiff must file and serve this amended pleading no later than _____, 2008.

Date: _____

                                                       PHYLLIS J. HAMILTON
                                                       United States District Court Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing motion, supporting declaration, and proposed order were made upon the following counsels through the Electronic Filing System on the 12th day of March, 2008.

Jeffrey Michael Vucinich
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Joshua W. Rose
Clapp Moroney Bellagamba and Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Date: March 12, 2008

/s/ Osahon Omoregie
Osahon Omoregie