OSAHON OMOREGIE
PRO SE
ONE ASTOR PLACE, APT. 6-O
NEW YORK, NY 10003
(917) 805-8309
OOMOREGIE@GMAIL.COM

Plaintiff.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>Plaintiff,<br><br>v.<br><br>BOARDWALK AUTO CENTER, INC.,<br>VW CREDIT, INC., and<br>VW CREDIT LEASING, LTD.,<br><br>Defendants. | Case No. C07-3884 PJH<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF TO ADD DEFENDANTS**<br><br>Date of Hearing: April 16, 2008<br>Time of Hearing: 9:00 a.m.<br>Courtroom No. 3 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on April 16, 2008 at 9:00 a.m., or as soon thereafter as the parties may be heard, Plaintiff Osahon Omoregie will move this Court, at the United States Courthouse located at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom 3, 17th Floor, for an order pursuant to Fed. R. Civ. P. 21, that Volkswagen Auto Lease/Loan Underwritten Funding, LLC and Volkswagen Auto Lease Trust 2006-A be added as party Defendants. Plaintiff asks that this motion be decided without oral argument, as permitted by Civil L.R. 7-1(b) and Fed. R. Civ. P. 78.

1   Plaintiff Osahon Omoregie moves this Court for an order adding Volkswagen Auto

2   Lease/Loan Underwritten Funding, LLC ("VALUF") and Volkswagen Auto Lease Trust 2006-A

3   ("VALT") as party Defendants on the grounds that VALUF and VALT should be joined in the

4   interests of justice pursuant to Fed. R. Civ. P. 21.

5   Plaintiff seeks leave to amend at this time because Plaintiff has recently learned of the

6   existence of additional facts that merit the assertion of additional theories of relief. The Declaration

7   of Osahon Omoregie shows that:

8   In support of this motion, the Declaration of Osahon Omoregie shows that:

9

10   **1.**     This is an action based on Plaintiff's allegations that in an auto leasing transaction

11   involving Defendants Boardwalk Auto Center, Inc. ("Boardwalk"), VW Credit, Inc. ("VCI"), and

12   VW Credit Leasing, Ltd., ("VCL"), Boardwalk, VCI, and VCL discriminated against Plaintiff in

13   violation of the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq. ("ECOA"); Boardwalk

14   defrauded Plaintiff; and VCI and VCL aided and abetted Boardwalk in their commission of fraud

15   against Plaintiff.

16   **2.**     As stated in the attached Declaration of Osahon Omoregie, VALUF was a creditor

17   under the ECOA in Plaintiff's credit transaction; Boardwalk and VCI acted as agent for VALUF

18   and VALT; all Defendants were involved in a joint venture; and VALUF and VALT were assigned

19   interests in Plaintiff's lease as non-holders in due course.

20   **3.**     VALUF and VALT are also liable as Defendants to Plaintiff because VALUF has

21   directly and vicariously, and VALT vicariously, discriminated against Plaintiff in a credit

22   transaction in violation of the ECOA; VALUF and VALT have both vicariously fraudulently

23   deceived Plaintiff; and VALUF and VALT have both vicariously aided and abetted in the

24   fraudulent deceit of Plaintiff.

25   **4.**     The claim against the VALUF and VALT are transactionally related to the claim

26   asserted in the original pleadings.

27   **5.**     Agent of VALUF and VALT were made aware of the possibility that VALUF and

28   VALT would be added to this action, upon the discovery of their involvement by Plaintiff, on

2

1  August 18, 2007, well within the 120-day period provided for service of the summons and

2  complaint under Rule 4(m).

3      6.    VAULT and VALT knew or should have known that but for the Plaintiff's mistake

4  concerning the identity of the proper parties, they would have been named as Defendants in the

5  original and first amended complaints, well within the 120-day period provided for service of the

6  summons and complaint under Rule 4(m).

7      7.    VALUF is a limited liability company existing under the laws of the State of

8  Delaware and VALT is a statutory trust existing under the laws of the State of Delaware.

9

10     This motion is based on this Notice of Motion and Motion, the accompanying Declaration

11 of Osahon Omoregie, and the pleadings and papers on file in this action.

12

13 Date: March 12, 2008

14

                                            /s/ Osahon Omoregie
15                                          Osahon Omoregie

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10        SAN FRANCISCO DIVISION
11

12   OSAHON OMOREGIE,                    Case No. C07-3884 PJH

13   Plaintiff,                         [PROPOSED] ORDER GRANTING LEAVE TO ADD
                                        DEFENDANTS
14   v.

15   BOARDWALK AUTO CENTER, INC.,
     VW CREDIT, INC., and
16   VW CREDIT LEASING, LTD.,

17   Defendants.

18

19   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20

21        Having read the papers submitted in support of and in opposition to the motion and having

22   considered the arguments of counsel, the Court finds that justice requires that leave to add

23   Volkswagen Auto Lease/Loan Underwritten Funding, LLC and Volkswagen Auto Lease Trust

24   2006-A as party Defendants be GRANTED.[1] Accordingly,

25

26   _____
     [1] This Court finds the motion appropriate for decision without further oral argument, as permitted
27   by Civil L.R. 7-1(b) and Fed. R. Civ. P. 78. See also Lake at Las Vegas Investors Group, Inc. v.
     Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991) (holding that the court's
28   consideration of the moving and opposition papers is deemed an adequate substitute for a formal
     hearing), cert. denied, 503 U.S. 920, 112 S. Ct. 1295, 117 L. Ed. 2d 518 (1992). Accordingly, the
     April 16, 2008 hearing date is VACATED.

1  IT IS ORDERED THAT:

2

3      **1.**    The motion is GRANTED;

4      **2.**    Plaintiff is given leave to add Volkswagen Auto Lease/Loan Underwritten Funding,

5  LLC and Volkswagen Auto Lease Trust 2006-A as party Defendants.

6      **3.**    Plaintiff must serve Volkswagen Auto Lease/Loan Underwritten Funding, LLC and

7  Volkswagen Auto Lease Trust 2006-A no later than _____, 2008.

8

9  Date: _____

10

11                                          _____
                                            PHYLLIS J. HAMILTON
12                                          United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO ADD DEFENDANTS
                                            CASE NO. C07-3884 PJH

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that service of the foregoing motion, supporting

3  declaration, and proposed order were made upon the following counsels through the Electronic

4  Filing System on the 12th day of March, 2008.

5

6  Jeffrey Michael Vucinich
   Clapp Moroney Bellagamba & Vucinich
7  1111 Bayhill Drive
   Suite 300
8  San Bruno, CA 94066

9  Joshua W. Rose
   Clapp Moroney Bellagamba and Vucinich
10 1111 Bayhill Drive
   Suite 300
11 San Bruno, CA 94066

12 Lisa Marie Simonetti
   Stroock & Stroock & Lavan LLP
13 2029 Century Park East
   Suite 1800
14 Los Angeles, CA 90067-3086

15 Brian C. Frontino
   Stroock & Stroock & Lavan LLP
16 2029 Century Park East
   Suite 1800
17 Los Angeles, CA 90067-3086

18

19 Date: March 12, 2008

20

21                                                    /s/ Osahon Omoregie
                                                      Osahon Omoregie
22

23

24

25

26

27

28