1  STROOCK & STROOCK & LAVAN LLP
   LISA M. SIMONETTI (State Bar No. 165996)
2  BRIAN C. FRONTINO (State Bar No. 222032)
   2029 Century Park East
3  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   lacalendar@stroock.com
5
   Attorneys for Defendants
6      VW CREDIT LEASING, LTD. and
       VW CREDIT, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | OSAHON OMOREGIE,                              ) Case No. C 07-03884 PJH
                                                  )
12 |         Plaintiff(s),                        ) **STIPULATION AND [PROPOSED]**
                                                  ) **ORDER TO CONTINUE HEARING ON**
13 |     vs.                                      ) **PLAINTIFF'S MOTIONS TO ADD**
                                                  ) **DEFENDANTS AND FOR LEAVE TO**
14 | BOARDWALK AUTO CENTER, INC., VW              ) **FILE SECOND AMENDED COMPLAINT**
   | CREDIT LEASING LTD. and VW CREDIT,           )
15 | INC.,                                        ) Current Hearing Date:
                                                  ) Date:      April 16, 2008
16 |         Defendant(s).                        ) Time:      9:00 a.m.
                                                  ) Location:  Courtroom No. 3
17                                                )
                                                  ) [Proposed] Continued Hearing Date:
18                                                ) Date:      May 7, 2008
                                                  ) Time:      9:00 a.m.
19                                                ) Location:  Courtroom No. 3
                                                  )

20

21

22

23

24

25

26

27

28

LA 51032366v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTIONS TO ADD
DEFENDANTS AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – C 07-03884 PJH

## **STIPULATION**

1  WHEREAS, on March 12, 2008, plaintiff Osahon Omoregie ("Plaintiff") filed a Notice of Motion and Motion To Add Defendants and a Notice of Motion and Motion For Leave To File Second Amended Complaint (the "Motions"), with a April 16, 2008 noticed hearing date; and

WHEREAS the oppositions of defendants VW Credit, Inc. ("VCI"), VW Credit Leasing, Ltd. ("VCL") and Boardwalk Auto Center, Inc. ("Boardwalk") to the Motions currently are due on or before March 21, 2008; and

WHEREAS, after Plaintiff filed the Motions, defendants requested that the hearing on the Motions be continued so that defendants' oppositions to the Motions would be due after the Mediation currently scheduled for March 28, 2008, which may render the Motions moot; and

WHEREAS, to potentially avoid the expense of briefing the Motions and unnecessarily filing documents with the Court, the parties have agreed to continue the hearing on the Motions; and

WHEREAS, defendants have not yet opposed the Motion and, therefore, continuance of the hearing is appropriate pursuant to Local Rule 7-7(a).

IT IS HEREBY STIPULATED, by and between Plaintiff and defendants, through their counsel of record, that the April 16, 2008 hearing on the Motions be continued to May 7, 2008 at

//
//
//
//
//
//
//
//
//
//
//

LA 51032366v1 – 2 –

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTIONS TO ADD DEFENDANTS AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – C 07-03884 PJH

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

9:00 a.m., and that, in accordance with Local Rule 7-3, defendants' oppositions be filed and served on or before April 16, 2008, and any reply in support of the Motions be filed and served on or before April 23, 2008.

Dated:  March 21, 2008                        OSAHON OMOREGIE
                                              PRO SE


                                              By:         /s/ Osahon Omoregie
                                                          Osahon Omoregie


Dated:  March 21, 2008                        STROOCK & STROOCK & LAVAN LLP
                                              LISA M. SIMONETTI
                                              BRIAN C. FRONTINO


                                              By:         /s/ Brian C. Frontino
                                                          Brian C. Frontino

                                              Attorneys for Defendants
                                                  VW CREDIT LEASING, LTD. and VW
                                                  CREDIT, INC.

Dated:  March 21, 2008                        CLAPP, MORONEY, BELLAGAMBA &
                                              VUCINICH
                                              JEFFREY M. VUCINICH
                                              PATRICK R. CO


                                              By:         /s/ Patrick R. Co
                                                          Patrick R. Co

                                              Attorneys for Defendant
                                                  BOARDWALK AUTO CENTER, INC.


### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____, 2008      _____
                                              Honorable Phyllis J. Hamilton
                                              Judge of the United States District Court

LA 51032366v1                                – 3 –

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTIONS TO ADD
DEFENDANTS AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – C 07-03884 PJH