# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Omoregie, | No. C 07-03884 PJH MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Boardwalk Auto Center, Inc., | |
| Defendant(s). | |

<u>Instructions</u>: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __3/28/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: __3/28/08__    _____
Mediator, Norma Darshan Brach
~~7818 Terrace Drive~~
~~El Cerrito, CA 94530~~

New address: 112 Marion Ave
Sausalito, CA 94965

Certification of ADR Session
07-03884 PJH MED