1  STROOCK & STROOCK & LAVAN LLP
   LISA M. SIMONETTI (State Bar No. 165996)
2  BRIAN C. FRONTINO (State Bar No. 222032)
   2029 Century Park East
3  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   lacalendar@stroock.com

Attorneys for Defendants
    VW CREDIT LEASING, LTD. and
    VW CREDIT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSAHON OMOREGIE, | Case No. C 07-03884 PJH |
| Plaintiff(s), | **DECLARATION OF BRIAN C. FRONTINO IN SUPPORT OF OPPOSITION OF DEFENDANTS VW CREDIT LEASING, LTD. AND VW CREDIT, INC. TO PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND AND TO ADD DEFENDANTS** |
| vs. | |
| BOARDWALK AUTO CENTER, INC. and VW CREDIT LEASING LTD. And VOLKSWAGEN CREDIT, INC. | |
| Defendant(s). | Hearing Date:<br>Date: May 7, 2008<br>Time: 9:00 a.m.<br>Crtrm: 3 |

LA 51047124

# DECLARATION OF BRIAN C. FRONTINO

1.  I am admitted to practice before this Court and am an associate of Stroock & Stroock & Lavan LLP ("Stroock"), counsel for defendants VW Credit Leasing, Ltd. and VW Credit, Inc. (together, "VCI"), in this action. I submit this Declaration in support of the Opposition of VCI to the Motions for Leave to Amend and to Add Defendants filed by plaintiff Osahon Omoregie ("Plaintiff"). The facts set forth herein are true of my own personal knowledge, except where based upon my review of the pleadings and other papers produced in this action. If called as a witness, I could and would competently testify thereto.

2.  On April 11, 2008, Plaintiff sent counsel for defendant Boardwalk Auto Center, Inc., and me an email advising that he no longer would be seeking damages for emotional distress in this action. That same day, I responded by requesting that he withdraw the instant motion and proposed Second Amended Complaint if it did not accurately reflect his current allegations and prayers for relief. Plaintiff did not further respond. Attached hereto as Exhibit A is a true and correct copy of my email correspondence with Plaintiff from April 11, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of April, 2008, at Los Angeles, California.

/s/ Brian C. Frontino
Brian C. Frontino

LA 51047124

- 1 -

DECLARATION OF BRIAN C. FRONTINO IN SUPPORT OF OPPOSITION OF DEFENDANTS VW CREDIT LEASING, LTD. AND VW CREDIT, INC. TO PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND AND TO ADD DEFENDANTS
Case No. C 07-03884 PJH