# EXHIBIT A

| | |
|---|---|
| **From:** | Frontino, Brian |
| **Sent:** | Friday, April 11, 2008 9:51 AM |
| **To:** | 'Osahon Omoregie'; jvucinich@clappmoroney.com; pco@clappmoroney.com |
| **Subject:** | RE: Omoregie v. Boardwalk |

Then you should be re-file your motion with a proposed complaint that accurately represents your allegations and prayers for relief. We should not have to oppose a motion to amend on a proposed complaint that you now concede is inaccurate.

-----Original Message-----
From: Osahon Omoregie [mailto:oomoregie@gmail.com]
Sent: Friday, April 11, 2008 9:48 AM
To: Frontino, Brian; jvucinich@clappmoroney.com; pco@clappmoroney.com
Subject: Omoregie v. Boardwalk

Your oppositions to my motions to amend and to add additional defendants are not due until next Wednesday, however, I would like to give you notice that I will no longer be asking the court for damages resulting from mental anguish, humiliation or embarrassment.

I will be following up with my prior discovery requests in a few days.