# Exhibit A

**Frontino, Brian**

**From:** Osahon Omoregie [oomoregie@gmail.com]
**Sent:** Saturday, August 18, 2007 7:10 AM
**To:** Frontino, Brian
**Subject:** Fw: Omoregie v. Boardwalk Auto Center, Inc., et al.

**Attachments:** Letter to Osahon Omoregie dated 8-17-07.pdf



Letter to
)n Omoregie (

```
             Mr. Frontino,

Per the email below, I will now direct all correspondents relating to this matter to your
office.

Please advice your clients that though I have only named VW Credit Leasing and VW Credit
in this complaint, I may latter add other affiliated VW entities as I learn more of their
involvement.

Regards,
Osahon Omoregie


-----Original Message-----
From: "Pekrul, Lore" <lpekrul@stroock.com>

Date: Fri, 17 Aug 2007 18:07:08
To:oomoregie@gmail.com
Cc:"Frontino, Brian" <bfrontino@stroock.com>
Subject: Omoregie v. Boardwalk Auto Center, Inc., et al.


 <<Letter to Osahon Omoregie dated 8-17-07.pdf>>
The attached .pdf file is sent to you from Brian Frontino.  Please respond directly to
bfrontino@stroock.com.  Thank you.

Lore Pekrul
Legal Secretary
Stroock & Stroock & Lavan LLP
2029 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone:  (310) 556-5800
Email:  lpekrul@stroock.com
The information in this communication and any attached documents contain information from
the law firm of Stroock & Stroock & Lavan, LLP that may be confidential and/or privileged.
If you are not the intended recipient, or an agent responsible for delivering it to the
intended recipient, you may not read, copy, distribute or use this information. If you
have received this transmission in error, please notify the sender immediately by reply e-
mail and then delete all electronic copies and destroy any hard copies.

================================================================================
===========================
 IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS in
Circular 230, we inform you that any tax advice contained in this communication (including
any attachment that does not explicitly state otherwise) is not intended or written to be
used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any transaction
or matter addressed herein.
```

1

# Exhibit B

Case 3:07-cv-03884-PJH    Document 104    Filed 04/23/2008    Page 3 of 4



## Leasing Guidelines
## Reserves

**Dealer Reserve Program**
Volkswagen Credit will pay a dealer reserve on lease transactions where the customer rent charge factor exceeds current Volkswagen Credit published rent charge factors, and is limited to a .00125 increase unless otherwise noted. Dealer Participation is available on all programs, unless otherwise noted. There is no dealer flat rate reserve paid on leases.

The dealer earns reserves on the markup over the base rent charge factor. The base rent charge factor may be adjusted for $0 security deposits, $0 acquisition fees, multiple security deposits, and single pay leases. The dealer will earn 75% of his markup.

**Lease Reserve Calculations**

| Example: {[(Adjusted Cap Cost + Residual Value) X Dealer Participation Factor] X Lease Term} X 0.75 = Dealer Lease Reserve  Gas Guzzler Tax can *not* be residulized when calculating residual value for lease or Driver's Option. The GGT must be deducted from MSRP before calculating the residual value. | | |
|---|---|---|
| Step 1: Adjusted Capitalized Cost 35,000.00 | + | Adjusted Residual Value 18,000.00 = 53,000.00 |
| Step 2: Dealer Participation Factor .00125 | X | 53,000.00 = 66.25 |
| Step 3: Lease Term 36 | X | 79.50 = 2,862.00 |
| Step 4: Dealer's 75% of markup | X | 2,862.00 = 2,146.50 |

*Volkswagen Credit retains the remaining 25%. This amount is not paid to the dealer.*

Dealer Lease Reserves are guaranteed and will not be charged back provided the customer makes the first three scheduled payments. A payoff is not a scheduled payment. Reserves are fully earned provided the customer makes the first three scheduled payments. If the first three scheduled payments are not made, the entire reserve is charged back.

*The maximum dealer participation in the customer rent charge factor is .00125 over the dealer rent charge factor.*

