# Exhibit A

**Table of Contents**

## SUMMARY OF STRUCTURE AND FLOW OF FUNDS

    This structural summary briefly describes certain major structural components, the relationship among the parties, the flow of funds and certain other material features of the transaction. This structural summary does not contain all of the information that you need to consider in making your investment decision. You should carefully read this entire prospectus supplement and the accompanying prospectus to understand all the terms of this offering.



- The special unit of beneficial interest, or SUBI, represents a beneficial interest in specific Origination Trust assets.
- The SUBI represents a beneficial interest in a pool of closed-end Volkswagen and Audi vehicle leases and the related Volkswagen and Audi leased vehicles.
- The UTI represents Origination Trust assets not allocated to the SUBI or any other special unit of beneficial interest similar to the SUBI and the issuing entity has no rights in either the UTI assets or the asset of any other SUBI.