UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSAHON OMOREGIE,

    Plaintiff,

    v.

BOARDWALK AUTO CENTER, INC., et al.,

    Defendants.

No. C 07-3884 PJH

**ORDER VACATING HEARING DATE**

Before the court are plaintiff's motions for leave to amend the complaint, and to add new defendants. Plaintiff has requested that both motions be decided without oral argument. Defendants, for their part, have not filed any opposition to this request.

Accordingly, the court GRANTS plaintiff's request, and the matters raised in both motions are hereby submitted for decision without oral argument. The May 7, 2008 hearing date is therefore VACATED.

**IT IS SO ORDERED.**

Dated: May 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge