1  OSAHON OMOREGIE
   PRO SE
2  ONE ASTOR PLACE, APT. 6-O
   NEW YORK, NY 10003
3  (917) 805-8309
   OOMOREGIE@GMAIL.COM
4
   Plaintiff.
5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | OSAHON OMOREGIE,                        | Case No. C07-3884 PJH

13 | Plaintiff,                              | DECLARATION OF OSAHON OMOREGIE

14 | v.

15 | BOARDWALK AUTO CENTER, INC.,
   | VW CREDIT, INC., and
16 | VW CREDIT LEASING, LTD.,

17 | Defendants.

I, Osahon Omoregie, declare as follows:

**1.** The following describes i) my efforts to obtain a stipulation in support of the accompanying motion from each of the defendants and ii) my diligence in attempting to obtain the discovery I require from Defendants to support my claims.

## EFFORTS TO OBTAIN STIPULATIONS

**2.** I sent counsel for Defendant Boardwalk Auto Center, Inc. ("Boardwalk") a letter via overnight delivery on May 7, 2008, pursuant to their request to only be contact via regular mail, requesting that Boardwalk stipulate to extend the non-expert discovery cutoff by six months. As of the filing of the accompanying motion, they have not responded to my request. True and correct copies of this letter and of the overnight delivery records are available for production to the Court upon request.

**3.** I sent counsel for Defendants VW Credit, Inc. ("VCI") and VW Credit Leasing, Ltd. ("VCL") an email on May 7, 2008 requesting that VCI and VCL stipulate to extend the non-expert discovery cutoff by six months. On May 16, 2008, they responded that they would only be willing to make such a stipulation if I accepted certain conditions and, if at a future point, they believed circumstances warranted an extension. On May 16, 2008, I informed counsel for VCI and VCL that due to approaching deadlines, I desired to apprise the Court of the need for an extension as soon as possible. I asked counsel for VCI and VCL if they would be willing to make a stipulation without preconditions. As of the filing of the accompanying motion, they have not responded to my request. True and correct copies of these correspondences are available for production to the Court upon request.

## DILIGENCE IN ATTEMPTING TO OBTAIN DISCOVERY

**4.** On January 14, 2008, I propounded my first round of discovery on all Defendants.

**5.** Counsel for VCI and VCL asked and were granted two extensions of time to deliver their responses to these requests.

**6.** The responses from all Defendants contained numerous objections to every request. Many of these objections were generic and did not provide sufficient detail or factual references to the requests for me to evaluate or respond to. I have been attempting to work with Defendants' counsels to clarify these objections so that the discovery disputes surrounding these objections can be resolved without judicial intervention. I anticipate that it may take some time to resolve these issues.

**7.** After several requests, I received a privilege log from counsel to VCI and VCL on May 5, 2008. Though counsel for VCI and VCL asserted various privileges in response to many of my discovery requests, the privilege log I was provided only appeared to be partly responsive to one discovery request. I have been attempting to resolve this issue with counsel for VCI and VCL without judicial intervention and anticipate that it may take some time.

**8.** Counsel for Boardwalk have indicated that they will not be able to provide me with a privilege log until May 27, 2008.

**9.** Counsel for Boardwalk have also indicated that they are only willing to confer over discovery disputes through regular mail. As I am located in New York and they are located in California, I believe this will add additional time to resolving these disputes.

**10.** My diligence in attempting to obtain discovery from Defendants has been documented in various correspondence with Defendants, true and correct copies of these correspondences are available for production to the Court upon request.

**11.** As a result of these circumstances, I believe that I will be unable to obtain the necessary discovery I require from Defendants by the current discovery cutoff.

**12.** Additionally, the mediation that was conducted on March 27, 2008, subsequent related post-meditation discussions, my deposition which was taken on March 28, 2008, and my review and correction of the transcript produced during that deposition, have been factors in my attempt to diligently obtain discovery from Defendants.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  
3  Executed on May 19, 2008

4  /s/ Osahon Omoregie
   Osahon Omoregie

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28