1 | OSAHON OMOREGIE
PRO SE
2 | ONE ASTOR PLACE, APT. 6-O
NEW YORK, NY 10003
3 | (917) 805-8309
OOMOREGIE@GMAIL.COM
4 |
Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OSAHON OMOREGIE, | Case No. C07-3884 PJH |
|---|---|
| Plaintiff, | [DISCOVERY MATTER] |
| v. | MOTION TO EXTEND TIME FOR NON-EXPERT DISCOVERY |
| BOARDWALK AUTO CENTER, INC., VW CREDIT, INC., and VW CREDIT LEASING, LTD., | |
| Defendants. | |

Plaintiff Osahon Omoregie moves this Court for an order extending the non-expert discovery cutoff to December 31, 2008. This motion is brought pursuant to Section E of the Pretrial Instructions attached to the Pretrial Order of December 21, 2007 (the "Pretrial Order") and Civil Local Rule 7-11. An accompanying declaration pursuant to Civil Local Rule 7-11(a) has been filed with this motion.

## STANDARD

The standard for extending the discovery cutoff is one of good cause, unless the extension is otherwise authorized by local rules or an order of the Court. Fed. R. Civ. P. 16(b)(4); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 608 (9th Cir. 1992). Section E of the Pretrial Instructions attached to the Pretrial Order states that the Pretrial Order may be changed upon a showing of good cause by a moving party. Good cause is established by showing diligence in seeking discovery. In re Imperial Credit Indus. Secs. Litig., 252 F. Supp. 2d 1005, 1017 (C.D. Cal 2003).

## GROUNDS FOR RELIEF

**1.** The Pretrial Order calls for non-expert discovery to be completed by June 30, 2008.

**2.** Through circumstances unforeseen at the time and complicated by the fact that Plaintiff represents himself pro se, Plaintiff now believes he will be unable to obtain the necessary discovery he requires from Defendants by the current discovery cutoff. (Omoregie Decl. ¶ 11). The facts and circumstances that led to this delay are set forth in detail in the supporting declaration of Osahon Omoregie filed with this motion. Briefly, the delay has been caused by significant discovery disputes regarding discovery requests propounded by Plaintiff on Defendants and attempts to resolve these disputes informally without judicial intervention. (Omoregie Decl. ¶¶ 4-12). These disputes have prevented Plaintiff from obtaining information necessary to propound further requests for discovery critical to supporting his claims. (Omoregie Decl. ¶ 11)

**3.** Counsel for Defendant Boardwalk Auto Center, Inc. were contacted on May 7, 2008 by Plaintiff in an attempt to obtain a stipulation in support of the requested relief. As of the filing of this motion, they have not responded to this request. (Omoregie Decl. ¶ 2)

**4.** Counsel for Defendants VW Credit, Inc. ("VCI") and VW Credit Leasing, Ltd. ("VCL") were contacted on May 7, 2008 by Plaintiff in an attempt to obtain a stipulation for the requested relief. On May 16, 2008, they responded that they would only be willing to make such a stipulation if Plaintiff accepted certain conditions and, if at a future point, counsel for Defendants VCI and VCL believed circumstances warranted an extension. On May 16, 2008, Plaintiff informed counsel for VCI and VCL that due to approaching deadlines, Plaintiff desired to apprise the Court of the need for an extension as soon as possible. Counsel for VCI and VCL were asked if they would be willing to make a stipulation without preconditions. As of the filing of this motion, they have not responded to this request. (Omoregie Decl. ¶ 3)

**5.** The extension of the non-expert discovery cutoff sought will result in a corresponding modification of the current pretrial schedule.

**6.** As the accompanying Declaration of Osahon Omoregie shows, Plaintiff has worked diligently in attempting to obtain the necessary discovery from Defendants. (Omoregie Decl. ¶¶ 4-12) The extension sought was unavoidable by Plaintiff.

This motion is based on this Motion, the accompanying Declaration of Osahon Omoregie and the pleadings and papers on file in this action.

Date: May 19, 2008

/s/ Osahon Omoregie
Osahon Omoregie

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSAHON OMOREGIE,<br><br>Plaintiff,<br><br>v.<br><br>BOARDWALK AUTO CENTER, INC.,<br>VW CREDIT, INC., and<br>VW CREDIT LEASING, LTD.,<br><br>Defendants. | Case No. C07-3884 P~~J~~H<br>  DENYING<br>[P~~ROPOSED~~] ORDER ~~GRANTING~~ PLAINTIFF'S MOTION TO EXTEND TIME FOR NON-EXPERT DISCOVERY. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having read the papers submitted in support of and in opposition to the motion, the Court finds that good cause exists to modify the Pretrial Order of December 21, 2007; accordingly, Plaintiff's motion for an extension of the non-expert discovery cutoff to December 31, 2008 is ~~GRANTED~~.

1  IT IS ORDERED THAT:

2

3     **1.**   The motion is GRANTED;

4     **2.**   The non-expert discovery cutoff for this action is December 31, 2008.

5     **3.**   The deadline for disclosure of experts is April 30, 2009.

6     **4.**   The expert discovery cutoff for th[e]

7     **5.**   Dispositive motions are to be heard

8

9  Date: 5/28/08 _____

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Stamp: DENIED / Judge Phyllis J. Hamilton]

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing motion, supporting declaration, and proposed order were made upon the following counsels through the Electronic Filing System on the 19th day of May, 2008.

Jeffrey Michael Vucinich
Joshua W. Rose
Clapp Moroney Bellagamba and Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

Date: May 19, 2008

/s/ Osahon Omoregie
Osahon Omoregie