Osahon Omoregie
One Astor Place, Apt. 6-O
New York, NY 10003

June 26, 2008

Hon. Phyllis J. Hamilton
United States District Judge
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: Omoregie v. Boardwalk, VW Credit, Inc., and VW Credit Leasing, Ltd., Case No. C07-3884 PJH

Judge Hamilton,

I am writing the Court because I am unsure how to proceed in my case. I have filed two unopposed motions for relief in which I have requested additional time to work with the Defendants to resolve issues that have arisen during discovery. In both motions, I stated that I was having difficulty obtaining requested discovery from all the Defendants. Both motions were denied without explanation. I am unsure why these motions were denied, therefore, I am writing to ask for an explanation so that I can determine how to proceed.

I represent myself pro se in this action. I do not have much experience filing these types of motions and I am doing my best to ensure that I file them properly. As the motions were denied without explanation, I am not able to discern why they were denied. It is thus hard for me to determine how to proceed. I do not doubt that the Court had good reason for denying my motions; however, due to my lack of experience in these matters, it is hard for me to determine what that reason might have been. Additionally, that no explanation was given in the orders also makes it difficult for me to determine if it is necessary to seek review of the Court's decisions.

I believe that the Defendants are engaged in activities that are unfair and unjust on their face. I am only asking for the opportunity to present evidence of this and to fairly seek the relief that I believe I am entitled. My motions were filed so that I would be able to do this in a sufficient manner and not be prejudiced by what I have perceived to be the Defendants' misconduct. As my motions were unopposed and no Defendant had actually said no during my attempts to solicit stipulations, I have been surprised to see my motions denied without explanation.

      I have no desire to repeatedly file motions asking for similar relief based on my assumptions of what the Court may have found deficient in my prior motions. I am thus writing to ask for an explanation as to why my motions were denied and to see if there is any way I can correct any deficiencies in them that the Court may have perceived. If there are no circumstances under which this Court will grant my request for additional time, that would be helpful to know, as I could then decide how best to proceed.

                                                Sincerely,

                                                Osahon Omoregie

cc:

Jeffrey Michael Vucinich
Joshua W. Rose
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067