UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSAHON OMOREGIE,

    Plaintiff(s),            No. C 07-3884 PJH

    v.                         **ORDER**

BOARDWALK AUTO CENTER, INC.,
et al.,

    Defendant(s).

_____/

    To the extent that the court's issuance of a formal clarification of its prior rulings in response to a letter from plaintiff, has led plaintiff to believe that he is free to correspond at will with the court, he is mistaken. Plaintiff's letter dated June 30, 2008 and received by the court on July 7, 2008, is STRICKEN. If plaintiff, or any other party, wishes to seek action by the court, he must do so in accordance with the local rules – either by informal motion for administrative relief (Civil Local Rule 7-11) or by formal motion (Civil Local Rule 7-2), both of which afford defendants with an opportunity to respond before the court acts.

    **IT IS SO ORDERED.**

Dated: July 8, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge