Osahon Omoregie
One Astor Place, Apt. 6-O
New York, NY 10003

July 17, 2008

Hon. Phyllis J. Hamilton
United States District Judge
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: Omoregie v. Boardwalk, VW Credit, Inc., and VW Credit Leasing, Ltd.,
Case No. C07-3884 PJH

Judge Hamilton,

The purpose of this letter is to advise the Court of, and place on the record, my intention to motion for your honor to recuse herself from this action pursuant to 28 U.S.C. § 455. Judge Hamilton, I believe that your actions have shown a bias and prejudice towards me that places your ability to remain impartial in this action reasonably in doubt. I believe that the source of this bias and prejudice stems from an incident that occurred when I was contacted by a member of the court staff on October 19, 2007. This incident was evidently partially relayed to your honor through extrajudicial communications. These extrajudicial communications left no trace on the record, other than your honor's opinion of the incident,[1] that would allow me to controvert or test what was conveyed to the Court.

I am still in the process of researching and drafting the motion for recusal and will serve and file it at the earliest possible date. I will also concurrently with the filing of the motion for recusal, or soon thereafter, file a motion to stay the scheduled proceedings and decisions on the motions currently before the Court,[2] pending the resolution of this matter before the Court or, if necessary, pending a review of the Court's decision by a petition for a writ of mandamus.

---

[1] *See* Court Order Granting Plaintiff's motion to shorten time, October 26, 2007 (Docket Entry 75).

[2] The motions currently before the Court are Plaintiff's motion for leave to amend the complaint and Plaintiff's motion to add additional defendants. Both motions were filed March 12, 2008, fully briefed on April 23, 2008 and have yet to be rule on.

I also note that 28 U.S.C. § 455 places an affirmative duty on judges to recuse themselves on their own accord when their impartiality in an action can be reasonably questioned.

Sincerely,

*Osahon Omoregie*

Osahon Omoregie

cc:

Jeffrey Michael Vucinich
Joshua W. Rose
Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

Lisa Marie Simonetti
Brian C. Frontino
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067