1
2
3
4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    OSAHON OMOREGIE,

8              Plaintiff(s),                      No. C 07-3884 PJH
9
          v.                                      **JUDGMENT**
10
     BOARDWALK AUTO CENTER, INC., et al.,
11
               Defendant(s).
12   _____/

13          This action came on for hearing before the court and the issues having been duly heard

14   and the court having granted defendants' motions for summary judgment on the one federal

15   claim and having declined supplemental jurisdiction over the remaining state law claims

16          it is Ordered and Adjudged

17          that the federal claim is dismissed with prejudice and the state law claims are dismissed

18   without prejudice.

19          IT IS SO ORDERED.

20   Dated: November 12, 2008

21

22                                               _____
                                                 PHYLLIS J. HAMILTON
23                                               United States District Judge

24

25

26

27

28